RCH
F.# 2018R01309

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

RASHID SULTAN RASHID AL MALIK
ALSHAHHI,
    also known as "Rashid Al Malik"
    and "Rashid Al-Malik,"
THOMAS JOSEPH BARRACK and
MATTHEW GRIMES

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R
1:21-cr-00371(BMC)(TAM)

CR _____ ( )

Upon the application of JACQUELYN M. KASULIS, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Ryan C. Harris, for an order partially unsealing the Indictment and arrest warrants in the above-captioned matter for the limited purpose of providing the Indictment and arrest warrants to United States government officials in connection with potential efforts to arrest and extradite the defendants and for other national security purposes.

    WHEREFORE, it is ordered that the Indictment and arrest warrants in the above-captioned matter be partially unsealed.

Dated:   Brooklyn, New York
            _____July 16_____, 2021

                                     _/s/ James R. Cho_____
                                     HONORABLE JAMES R. CHO
                                     UNITED STATES MAGISTRATE JUDGE
                                     EASTERN DISTRICT OF NEW YORK