UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHID SULTAN RASHID AL MALIK ALSHAHHI,<br>THOMAS JOSEPH BARRACK and<br>MATTHEW GRIMES,<br><br>                                  Defendants. | 1:21-CR-00371(BMC)(TAM)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Phara A. Guberman of Paul Hastings LLP hereby appears as counsel for Defendant Thomas Joseph Barrack in the above entitled action.

Dated: New York, New York
       July 26, 2021

By: /s/   Phara A. Guberman
Phara A. Guberman (PS-9588)
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
pharaguberman@paulhastings.com

*Attorney for Defendant Thomas Joseph Barrack*