# CRIMINAL CAUSE FOR ARRAIGNMENT

**BEFORE:** Magistrate Judge Sanket J. Bulsara   **DATE: 7/26/2021**
**TIME:** 12:00 P.M   **DOCKET#** 21-CR--371(2)(BMC)

**DEFENDANT:** THOMAS BARRACK
 X  present   ___ not present        ___ cust.      X  bail

**DEFENSE COUNSEL:** PHARA A. GUBERMAN   AND   MATTHEW HERRINGTON
 X  present ___ not present   ___ CJA   _X_ Retained   d. Federal Defenders

**A.U.S.A.:** NATHAN REILLY           **CLERK:** E. MANSON
**FTR:** _____   IN COURTROOM: **13D South**
**INT:** NONE   **COURTREPORTER:** ANTHONY FRISCOLONE

__X__   CASE CALLED

DEFT.  __X__      SWORN
       __X__      ARRAIGNED
       _____      INFORMED OF RIGHTS
       _____      WAIVE TRIAL BEFORE DISTRICT COURT
                  _____ INDICTMENT FILED   _____ SUPERCEDING INDICTMENT FILED
                  _____ INFORMATION FILED   _____ SUPERCEDING INFORMATION FILED
       _____  WAIVER OF INDICTMENT EXECUTED FOR DEFT.
       _____  DEFT FAILED TO APPEAR,  BENCH WARRANT ISSUED.

__X__  DEFT ENTERS **PLEA OF NOT GUILTY** TO COUNT(S) ONE (1) - SEVEN(7)   OF THE
       _X_ INDICTMENT  _____ SUPERSEDING INDICTMENT;
       _____ INFORMATION;   _____ SUPCD. INFO.

_____  COURT FINDS A FACTUAL BASIS FOR THE PLEA.

__X__  STATUS CONFERENCE: Will be held before Judge Cogan on  9/2/2021 at 10:00 A.M.

__X__  BAIL CONT'D FOR DEFT.
_____  DEFT CONT'D IN CUSTODY.
_____  CASE ADJ'D TO _____ FOR _____

_____  **SPEEDY TRIAL** INFO FOR DEFT   _____ STILL IN EFFECT
       CODE TYPE_____   START_____   STOP_____
       _____ ORDER / WAIVER EXECUTED &   ___ ENT'D ON RECORD.

       FILED. **Transcript   Ordered   for   Judge Cogan**

**OTHER:** Defendant released on bond see attachment.