UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHID SULTAN RASHID AL MALIK ALSHAHHI,<br>THOMAS JOSEPH BARRACK and MATTHEW GRIMES,<br><br>                    Defendants. | 1:21-CR-00371(BMC)(TAM)<br><br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

To:   Counsel for the United States of America

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Matthew J. Herrington, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Paul Hastings LLP and a member in good standing of the bars of the State of Maine and Washington, D.C., as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant Thomas Joseph Barrack, Jr. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: New York, New York
       July 28, 2021

                                By:   /s/ Matthew J. Herrington
                                Matthew J. Herrington
                                Paul Hastings LLP
                                2050 M Street NW
                                Washington, D.C. 20036
                                matthewherrington@paulhastings.com
                                (202) 551-1820