UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHID SULTAN RASHID AL MALIK ALSHAHHI,<br>THOMAS JOSEPH BARRACK and<br>MATTHEW GRIMES,<br><br>                      Defendants. | 1:21-CR-00371(BMC)(TAM)<br><br>AFFIDAVIT IN SUPPORT OF<br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

I, Matthew J. Herrington, being duly sworn, hereby depose and say as follows:

    1.    I am a Partner with the law firm of Paul Hastings LLP.

    2.    I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

    3.    As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Maine and the bar of Washington, D.C.

    4.    There are no pending disciplinary proceedings against me in any state or federal court.

    5.    I have never been convicted of a felony.

    6.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

    7.    Attorney Registration Numbers: Maine Bar 007855 (1994); District of Columbia Bar 452364 (1996).

    8.    Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in case *United States v. Rashid Sultan Rashid Al Malik Alshahhi, et al.* for Defendant Thomas Joseph Barrack, Jr.

Dated: New York, New York
July 28, 2021

By: _____
Matthew J. Herrington
Paul Hastings LLP
2050 M Street NW
Washington, D.C. 20036
matthewherrington@paulhastings.com
(202) 551-1820

I, MATTHEW HERRINGTON, hereby certify that this is a true and correct copy of the original document.
AFFIDAVIT
_____ Signatory
District of Columbia: SS
Subscribed and sworn to before me,
this 28th day of July, 2021
_____ Notary Public, D.C.
My commission expires September 14, 2021

