UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

                                              ORDER
                                              FOR ACCEPTANCE OF CASH BAIL

   -against-

                                              Docket No.  21-CR-371 (BMC) (SJB)

THOMAS J. BARRACK
-------------------------------------------------X

        Bail having been fixed by Hon. **SANKET J. BULSARA**, in the above entitled action in the amount of $ **250,000,000** of which sum $ **5,000,000** in cash is to be deposited with the Clerk of the Court.

        It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ **5,000,000** when tendered on behalf of the above defendant.

        SO ORDERED.

Dated:    Brooklyn, New York

            **July 29, 2021**

                                                    s/ Sanket J. Bulsara
                                                   **UNITED STATES MAGISTRATE JUDGE**

Receipt No. _____
**Money Deposited By:**   Paul Hastings LLP ; _____
**address & Telephone**   Counsel(s) Matthew Herrington
                                 and Phara Guberman for Defendant
                                 Thomas J. Barrack.