**Query**     **Reports**     **Utilities**     **Help**     **What's New**     **Log Out**

**CLOSED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-03402-DUTY All Defendants

| | |
|---|---|
| Case title: USA v. Barrack | Date Filed: 07/20/2021 |
| Other court case number: 1:21CR371 Eastern District of New York | Date Terminated: 07/23/2021 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Thomas Joseph Barrack**     represented by     **Matthew J Herrington**
*TERMINATED: 07/23/2021*                                                           Steptoe and Johnson LLP
                                                                                                     1330 Connecticut Avenue NW
Washington, DC 20036
202-429-9164
Fax: 202-429-3902
Email: mherring@steptoe.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ronak D Desai**
819 C Street SE
Washington, DC 20003
202-383-5120
Email: ronak.desai@post.harvard.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Assistant 2241-2255 US Attorney LA-CR**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| **Date Filed** | **#** | **Docket Text** |
|---|---|---|

| | | | |
|---|---|---|---|
| 07/20/2021 | 1 | | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Thomas Joseph Barrack, originating in the Eastern District of New York. Defendant charged in violation of: 18:951(a),2. Signed by agent Kaare Mathison, FBI, Special Agent. (mhe) (Entered: 07/22/2021) |
| 07/20/2021 | 2 | | REPORT COMMENCING CRIMINAL ACTION as to Defendant Thomas Joseph Barrack; defendants Year of Birth: 1947; date of arrest: 7/20/2021 (mhe) (Entered: 07/22/2021) |
| 07/20/2021 | 3 | | SEALED Defendant Thomas Joseph Barrack arrested on warrant issued by the USDC Eastern District of New York at Brooklyn. (Attachments: # 1 Charging Documents)(mhe) (Entered: 07/22/2021) |
| 07/20/2021 | 4 | | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Patricia Donahue as to Defendant Thomas Joseph Barrack. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Ronak D Desai for Thomas Joseph Barrack, Retained, present. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 7/26/2021 08:00 AM before Magistrate Judge Patricia Donahue. (mhe) (Entered: 07/23/2021) |
| 07/20/2021 | 5 | | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Thomas Joseph Barrack. (mhe) (Entered: 07/23/2021) |
| 07/20/2021 | 6 | | CONSENT to Video Conference/Telephonic Conference filed by Defendant Thomas Joseph Barrack. (mhe) (Entered: 07/23/2021) |
| 07/20/2021 | 7 | | WAIVER OF RIGHTS approved by Magistrate Judge Patricia Donahue as to Defendant Thomas Joseph Barrack. (mhe) (Entered: 07/23/2021) |
| 07/20/2021 | 8 | | DECLARATION RE: PASSPORT filed by Defendant Thomas Joseph Barrack, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 07/23/2021) |
| 07/20/2021 | 9 | | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Thomas Joseph Barrack (mhe) (Entered: 07/23/2021) |
| 07/23/2021 | 10 | | TRANSCRIPT ORDER as to Defendant Thomas Joseph Barrack for Court Smart (CS). Order for: Criminal Non Appeal.(jlo) (Entered: 07/23/2021) |
| 07/23/2021 | 11 | | EX PARTE APPLICATION to Unseal Case Filed by Plaintiff USA as to Defendant Thomas Joseph Barrack. (mhe) (Entered: 07/26/2021) |
| 07/23/2021 | 12 | | SEALED ORDER by Magistrate Judge Patricia Donahue: granting 11 EX PARTE APPLICATION to Unseal Case as to Thomas Joseph Barrack (1) (mhe) (Entered: 07/26/2021) |

| | | | |
|---|---|---|---|
| 07/23/2021 | 13 | | MINUTES OF Detention Hearing held before Magistrate Judge Patricia Donahue as to Defendant Thomas Joseph Barrack, The Court Orders: Thomas Joseph Barrack (1) $250,000,000 Appearance Bond see attached for terms and conditions., Court orders defendant held to answer to Eastern District of New York. Bond to Transfer. Defendant ordered to report on 7/26/21 by noon. RELEASE ORDER NO 40765 Court Smart: CS 7/23/21. (mhe) (Entered: 07/26/2021) |
| 07/23/2021 | 14 | | WAIVER of Defendants Presence filed by Defendant Thomas Joseph Barrack (mhe) (Entered: 07/26/2021) |
| 07/23/2021 | 23 | | ORDER Setting Conditions of Release by Magistrate Judge Patricia Donahue as to Defendant Thomas Joseph Barrack (1) $250,000,000 Appearance Bond (mhe) (Entered: 08/17/2021) |
| 07/26/2021 | | | Notice to Eastern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Thomas Joseph Barrack. Your case number is: 1:21CR371. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 13 Detention Hearing. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 07/26/2021) |
| 07/26/2021 | 15 | | TRANSCRIPT ORDER as to Defendant Thomas Joseph Barrack for Court Smart (CS). Order for: Criminal Non Appeal. Non party requester. (jlo) (Entered: 07/26/2021) |
| 07/26/2021 | 16 | | TRANSCRIPT ORDER as to Defendant Thomas Joseph Barrack for Court Smart (CS). Order for: Criminal Non Appeal. Non party requester. (jlo) (Entered: 07/26/2021) |
| 07/26/2021 | 17 | | TRANSCRIPT filed as to Defendant Thomas Joseph Barrack for proceedings held on 7/23/21. Court Reporter/Electronic Court Recorder: BABYKIN COURTHOUSE SERVICES, phone number 626-963-0566. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 8/16/2021. Redacted Transcript Deadline set for 8/26/2021. Release of Transcript Restriction set for 10/25/2021.(jlo) (Entered: 07/26/2021) |
| 07/26/2021 | 18 | | NOTICE OF FILING TRANSCRIPT filed as to Defendant Thomas Joseph Barrack for proceedings 7/23/21 re Transcript 17 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jlo) TEXT ONLY ENTRY (Entered: 07/26/2021) |
| 07/26/2021 | 19 | | TRANSCRIPT ORDER as to Defendant Thomas Joseph Barrack for Court Smart (CS). Order for: Criminal Non Appeal. Non party requester. (jlo) (Entered: 07/26/2021) |
| 07/28/2021 | 20 | | TRANSCRIPT ORDER as to Defendant Thomas Joseph Barrack for Court Smart (CS). Order for: Criminal Non Appeal.(jlo) (Entered: 07/28/2021) |
| 07/29/2021 | 21 | | TRANSCRIPT filed as to Defendant Thomas Joseph Barrack for proceedings held on 7/20/21. Court Reporter/Electronic Court Recorder: BABYKIN COURTHOUSE SERVICES, phone number 626-963-0566. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of |

|  |  |  |
|---|---|---|
|  |  | this date. Redaction Request due 8/19/2021. Redacted Transcript Deadline set for 8/30/2021. Release of Transcript Restriction set for 10/27/2021.(jlo) (Entered: 07/30/2021) |
| 07/29/2021 | 22 | NOTICE OF FILING TRANSCRIPT filed as to Defendant Thomas Joseph Barrack for proceedings 7/20/21 re Transcript 21 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jlo) TEXT ONLY ENTRY (Entered: 07/30/2021) |
| 08/17/2021 |  | Notice to Eastern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Thomas Joseph Barrack. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 23 Order Setting Conditions of Release for a defendant. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 08/17/2021) |