FILED

2021 JUL 20 AM 11:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___B___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA <br> PLAINTIFF(S) <br> v. <br> Thomas Joseph Barrack <br> DEFENDANT(S). | **CASE NUMBER** <br> 1:21-cr-00371 <br> 21MJ03402 <br> **DECLARATION RE** <br> **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: United States District Court
in the Eastern District of New York on 7/16/21
at ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 4/2016 - 4/2018
in violation of Title 18, USC Sec 951(a)2 U.S.C., Section(s) 951(a),2 / 371 / 1512(c)(2) / 1001(a)(2)
to wit: Conspiracy to Act as unregistered Agents of foreign gov / obstruction / material false statements

A warrant for defendant's arrest was issued by: Eastern District of New York

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/20/21
          Date

_____          Kaare Mathison
Signature of Agent                Print Name of Agent

FBI                               Special Agent
Agency                            Title

CR-52 (03/20)    DECLARATION RE OUT-OF-DISTRICT WARRANT