# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. 21-MJ-3402  CourtSmart 7/23/21  Date: July 23, 2021

Present: The Honorable PATRICIA DONAHUE, U.S. Magistrate Judge

| Isabel Martinez | Nathan Reilly and Michael Morse (Zoom) | N/A |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. Thomas Joseph Barrack

☑ Present  ☑ Custody  ☐ Bond  ☑ Not present

Attorney Present for Defendant:
Matt Herrington and Ronak Desai (via Zoom)

☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**

☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☑ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
   ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☑ Court sets bail at: $ 250,000,000.00 .  ☑ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐ a.m. / ☐ p.m. in Courtroom _____ before Judge _____.
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____, in Courtroom _____ before Judge _____.
☐ Release Order Issued - Release No. _____.
☑ Other: Defendant waives appearance. Defendant held to answer in the Eastern District of NY by noon on 7/26/21.
See Judge Donahue's Order Setting Conditions of Release.

**PROCEEDINGS:**  ☐ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
              ☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's  ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
              ☐ GRANTED  ☐ DENIED

Court ORDERS bail as to the above-named defendant  ☐ modified to  ☐ set at: $ _____
   ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
   ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____.
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. 40765                                   : 30

Deputy Clerk Initials IM

M-46 (06/10)  MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING



FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. BARRACK, JR.,<br><br>Defendant. | No. CR 2:21-MJ-3402<br><br>**ORDER SETTING CONDITIONS OF RELEASE** |

The Court hereby ORDERS the defendant Thomas J. Barrack, Jr. ("Defendant") be released on bail under the following conditions:

1. A bond in the amount of $250 million secured by (1) $5 million in cash that has been deposited and is held in the trust account of Paul Hastings LLP pending further direction from the Court; and (2) the property specified in the Appearance Bonds signed by each of the three sureties, Rachelle Barrack, Thomas J. Barrack, III, and Jonathan Grunzweig, and submitted to the Court.

2. Defendant shall submit to Pretrial Services Agency ("PSA") supervision as directed by PSA.

3.    Defendant shall surrender all passports and travel documents to PSA no later than July 23, 2021, sign a Declaration re Passport and Other Travel Documents (Form CR-37), and shall not apply for a passport or other travel document during the pendency of this case.

4.    Defendant shall reside as approved by PSA, and Defendant shall not relocate without prior permission from PSA.

5.    Defendant shall have no contact with the first named defendant in Eastern District of New York matter No. 1:21-cr-00371(BMC)(TAM), or with any officials of the United Arab Emirates or the Kingdom of Saudi Arabia or their associates. Defendant shall have no contact with the third named defendant in Eastern District of New York matter No. 1:21-cr-00371(BMC)(TAM), other than in the company of their respective counsel.

6.    Defendant shall travel only by road or common air carrier.

7.    As directed by the government, and subject to further order of the United States District Court for the Eastern District of New York, Defendant shall appear in that Court on Monday, July 26, 2021 (the "EDNY Initial Hearing"). In advance of travel to the EDNY Initial Hearing, Defendant will remain in the Central District of California, and shall remain and travel in the company of his counsel of record, Matthew J. Herrington of Paul Hastings LLP. Within 24 hours of notice being provided of the EDNY Initial Hearing schedule, Defendant shall provide a complete travel itinerary to the government.

8.    After the EDNY Initial Hearing, travel shall be restricted to the Central District of California, the Eastern District of New York, and the Southern District of New York. Written advanced notice shall be provided to government of all itineraries not less than three business days in advance of travel between these districts.

9. As directed by the government, and subject to further order of the United States District Court for the Eastern District of New York, on the day of the EDNY Initial Hearing Defendant shall report to EDNY Pretrial Services, shall agree to such telephone and/or internet contact protocol as is directed, and shall submit to GPS monitoring, at his own expense.

10. Defendant shall participate in the following Location Monitoring Program and abide by all of the requirements of the Program and any indicated restrictions, under the direction of PSA:

    Location Monitoring with a bracelet;

    Global Positioning System (GPS);

    Release to PSA only for placement of the bracelet;

    Curfew: Defendant is restricted to his residence as directed by PSA.

11. Defendant shall not transfer any funds overseas or engage in any financial transaction with any overseas counterparty. Defendant shall not engage in any domestic financial transactions in excess of $50,000 (excepting normal and customary payment of attorneys' fees, and including but not limited to any transactions involving publicly held securities of any description) without the prior written consent of the government.

12. Defendant shall obtain from PSA a copy of the General Conditions of Release and is ordered to comply with those conditions.

13. Defendant shall comply with all local, state, and federal guidelines regarding COVID-19.

14. Defendant shall provide a copy of these release conditions and the general release conditions to all of the sureties.

**IT IS SO ORDERED.**

*/s/ Patricia Donahue*
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

DATED: July 23, 2021
Los Angeles, CA

4

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Central District of California ▼

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:21-3402M |
| Thomas J. Barrack, Jr. ) | |
| ) | |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Thomas J. Barrack Jr._____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )    to appear for court proceedings;
    ( X )    if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $ 250,000,000.00 , secured by:

    ( X )  (a) $ 5,000,000.00 , in cash deposited ~~with~~ **at the direction of** the court.

    ( X )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property
            *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

            -21,239,192 DigitalBridge Opearting Company, LLC OP Units (see Digital Bridge-Barrack agreement letter)
            -Primary residences of Tom Barrack;T.J. Barrack III; R. Barrack; J. Grunzweig (see letters to EDNY USAO)
            If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 07/22/2021

_____
*Defendant's signature*

Rachelle Barrack
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

Thomas J. Barrack, III
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

Jonathan Grunzweig
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

_____
*Judge's signature*

Case 2:21-cr-00034-B4O-UAM Document 33-2 Filed 07/23/21 Page 8 of 18 PageID #:216
Case 2:21-cr-00034-B4O-UAM Document 13-2 Filed 07/23/21 Page 8 of 18 PageID #:216

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 07/22/2021

*Defendant's signature*

Rachelle Barrack
*Surety property owner – printed name*

*Rachelle Barrack*
*Surety property owner – signature and date*

Thomas J. Barrack, III
*Surety property owner – printed name*

*Surety property owner – signature and date*

Jonathan Grunzweig
*Surety property owner – printed name*

*Surety property owner – signature and date*

CLERK OF COURT

Date:

*Signature of Clerk or Deputy Clerk*

Approved.

Date:

*Judge's signature*

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

   (1)   all owners of the property securing this appearance bond are included on the bond;
   (2)   the property is not subject to claims, except as described above; and
   (3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 07/22/2021

*Defendant's signature*

Rachelle Barrack
*Surety/property owner – printed name*

*Surety/property owner – signature and date*

Thomas J. Barrack, III
*Surety/property owner – printed name*

*Surety/property owner – signature and date*

Jonathan Grunzweig
*Surety/property owner – printed name*

[signature] 7/22/21
*Surety/property owner – signature and date*

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

*Judge's signature*

Case 2:21-cr-00346-JAM Document 13-2 Filed 07/23/21 Page 10 of 18 Page ID #:218
Case 1:21-mj-03734-JTM Document 33-1 Filed 07/28/21 Page 10 of 18

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 07/22/2021

_____
*Defendant's signature*

Rachelle Barrack
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

Thomas J. Barrack, III
*Surety/property owner – printed name*

[signature] 7/22/21
*Surety/property owner – signature and date*

Jonathan Grunzweig
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

_____
*Judge's signature*

Case 2:21-cr-00346-JAM Document 13-2 Filed 07/23/21 Page 10 of 18 Page ID #:218
Case 1:21-mj-03734-JTM Document 33-1 Filed 07/28/21 Page 10 of 18

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **THOMAS JOSEPH BARRACK**    **Case No.** 21 MJ 3402

☒ Defendant  ☐ Material Witness

**Violation of Title and Section:** 18:951; 371, 1512, 2, 1001

☐ Summons  ☐ Out of District  ☐ **UNDER SEAL**  ☐ Modified Date: _____

*Check only one of the five numbered boxes below (unless one bond is to be replaced by another):*

1. ☐ Personal Recognizance (*Signature Only*)
2. ☐ Unsecured Appearance Bond  $ _____
3. ☒ Appearance Bond  $ 250 million
   (a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*)
   (b). ☐ Affidavit of Surety Without Justification (*Form CR-4*) Signed by:

(c). ☒ Affidavit of Surety With Justification (*Form CR-3*) Signed by:
   Rachelle Barrack, Thomas J. Barrack, III, Jonathan Grunzweig

   ☒ With Full Deeding of Property:

4. ☒ Collateral Bond in the Amount of (*Cash or Negotiable Securities*):
   $ $5 million held trust by Paul Hastings
5. ☐ Corporate Surety Bond in the Amount of: $ _____

Release No. 40765
☒ Release to Pretrial ONLY
☐ Release to Probation ONLY
☐ Forthwith Release

☐ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by:

☐ Third-Party Custody Affidavit (*Form CR-31*)

☒ Bail Fixed by Court: PD / IM
(Judge / Clerk's Initials)

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).
☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).
☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to: ☒ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO.
*(The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency.")*

☒ Surrender all passports and travel documents to Supervising Agency no later than 7/23/21 to Pretrial Services, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to CDC, Eastern District of NY, and Southern Dist. of NY unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☐ Maintain or actively seek employment and provide proof to Supervising Agency. ☐ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Initials affixed electronically with permission provided by Mr. Barrack to his counsel Ronak D. Desai (Date: 7/23/21)

Defendant's Initials: /s/ TJB    Date: 7/23/21

CR-1 (07/21)    CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM    PAGE 1 OF 5

| Case Name: United States of America v. THOMAS JOSEPH BARRACK | Case No. 21 MJ 3402 |
|---|---|

☑ Defendant ☐ Material Witness

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ _____ ; ☐ except _____.

☑ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: SEE ATTACHMENT

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☑ Do not sell, transfer, or give away any asset valued at $ SEE ATTACHMENT or more without notifying and obtaining permission from the Court, except _____.

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Submit to: ☐ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ Release to PSA only ☐ Release to USPO only

☐ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☑ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency. You are financially responsible for any lost or damaged equipment.

**Location Monitoring Technology**

☐ Location Monitoring technology at the discretion of the Supervising Agency

or

Initials affixed electronically with permission provided by Mr. Barrack to his counsel Ronak D. Desai (Date: 7/23/21)
Defendant's Initials: /s/ TJB   Date: 7/23/21

**Case Name:** United States of America v. **THOMAS JOSEPH BARRACK**      Case No. 21 MJ 3402

☒ Defendant   ☐ Material Witness

☒ Location Monitoring **with** a bracelet

  ☐ at the discretion of the Supervising Agency **or**

  ☐ Radio Frequency (RF) **or**

  ☒ Global Positioning System (GPS)

  ☒ Release to the Supervising Agency only **or**    ☐ Placement of bracelet within 24 hours of release

**or**

☐ Location Monitoring **without** a bracelet

  ☐ at the discretion of the Supervising Agency **or**

  ☐ Virtual/Biometric **or**

  ☐ Voice Recognition

**Restrictions**

☐ Location Monitoring only - no residential restrictions

☒ Curfew - You are restricted to your residence every day:

  ☐ from _____ to _____

  ☒ as directed by Supervising Agency

☐ Home Detention - You are restricted to your residence at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and _____, all of which must be preapproved by the Supervising Agency

☐ Home Incarceration - You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances and obligations, and _____, all of which must be preapproved by the Supervising Agency

☐ You are placed in the third-party custody (*Form CR-31*) of _____ .

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency.   ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

Defendant's Initials: /s/ TJB    Date: 7/23/21

CR-1 (07/21)         CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM         PAGE 3 OF 5

Initials affixed electronically with permission provided by Mr. Barrack to his counsel Ronak D. Desai (Date: 7/23/21)

| Case Name: United States of America v. **THOMAS JOSEPH BARRACK** | Case No. 21 MJ 3402 |
|---|---|
| ☒ Defendant ☐ Material Witness | |

☐ Do not view or possess child pornography or child erotica. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S. Marshal.

☒ Other conditions:

Comply with local, state and federal guidelines regarding COVID-19 pandemic.

Copy of the bond to be provided to surety (ies). Defendant is subject to all the General Conditions of Release, a copy of which defendant must request from Pretrial Services and provide to every surety.

SEE ATTACHMENT.

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Initials affixed electronically with permission provided by Mr. Barrack to his counsel Ronak D. Desai (Date: 7/23/21)

Defendant's Initials: /s/ TJB     Date: 7/23/21

| Case Name: United States of America v. **THOMAS JOSEPH BARRACK** | Case No. 21 MJ 3402 |
|---|---|

■ Defendant ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

July 23, 2021

*Signature: Thomas J Barrack Jr*

310-383-0175

*Date* | *Signature of Defendant / Material Witness* | *Telephone Number*

Signature affixed electronically with permission provided by Mr. Barrack to his counsel Ronak D. Desai (Date: 7/23/21)

Rancho Cucamonga, CA

*City and State (**DO NOT INCLUDE ZIP CODE**)*

☐ **Check if interpreter is used**: I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

*Interpreter's Signature* | *Date*

Approved: _____

*United States District Judge / Magistrate Judge* | *Date*

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Initials affixed electronically with permission provided by Mr. Barrack to his counsel Ronak D. Desai (Date: 7/23/21)

Defendant's Initials: /s/ TJB    Date: 7/23/21

CR-1 (07/21) | CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM | PAGE 5 OF 5

# United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

PACTS No.: 7532971   Foreign   1 of 3

## Passport Receipt

**Defendant:** BARRACK, Thomas Joseph
**Name on passport, if different:** same    enter text.
**Country of Origin:** Lebanon
**Date passport issued:** August 18, 2020
**Expiration date of passport:** August 17, 2025
**Ordered by court in the** Central District of California
**Docket Number:** 0973 2:21MJ03402-1

Thomas J. Barrack  *Thomas Barrack*    7-23-2021
**Surrendered By**  by Matthew Herrington   **Date**
                    his attorney

Gabriel Barrera  *Gabriel Barrera*    7-23-2021
**Received By**    **Date**

_____   _____
**Returned To**    **Date**

_____   _____
**Surrendered By**    **Date**

**Purpose Returned**
**Address (if mailed)**

# United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial
Services Officer

**PACTS No.:** 7532971

U. S. Passport    2 of 3

**Passport Receipt**

**Defendant:** BARRACK, Jr. Thomas Joseph
**Name on passport, if different:** same              enter text.
**Country of Origin:** California USA
**Date passport issued:** April 4, 2017
**Expiration date of passport:** April 3, 2027
**Ordered by court in the** Central District of California
**Docket Number:** 0973 2:21MJ03402-1

Thomas J. Barrack  _Thomas Barrack by_     7-23-2021
**Surrendered By** _his attorney Matthew Herrington_     **Date**

Gabriel Barrera _Gabriel Barrera_     7-23-2021
**Received By**     **Date**

_____     _____
**Returned To**     **Date**

_____     _____
**Surrendered By**     **Date**

**Purpose Returned**
**Address (if mailed)**

# United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

**PACTS No.:** 7532971

**U. S. Passport** 3 of 3

## Passport Receipt

**Defendant:** BARRACK, Jr. Thomas Joseph
**Name on passport, if different:** same          enter text.
**Country of Origin:** California USA
**Date passport issued:** June 21, 2019
**Expiration date of passport:** June 20, 2023
**Ordered by court in the** Central District of California
**Docket Number:** 0973 2:21MJ03402-1

Thomas J. Barrack  *Thomas Barrack by his attorney Matthew Herrington*    7-23-2021
**Surrendered By** — **Date**

Gabriel Barrera  *Gabriel Barrera*    7-23-2021
**Received By**                       **Date**

_____    _____
**Returned To**                              **Date**

_____    _____
**Surrendered By**                         **Date**

**Purpose Returned**
**Address (if mailed)**