UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     -against-<br><br>RASHID SULTAN RASHID AL MALIK ALSHAHHI,<br>     also known as "Rashid Al Malik"<br>     and "Rashid Al-Malik,"<br>THOMAS JOSEPH BARRACK and<br>MATTHEW GRIMES,<br>                      Defendants. | 21-CR-371 (BMC)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Michael S. Schachter of Willkie Farr & Gallagher LLP hereby appears as attorney of record for Defendant Thomas Joseph Barrack, in the above-captioned matter, and further requests that copies of all papers in this action be served upon the undersigned.

Dated: New York, New York
       August 24, 2021

**WILLKIE FARR & GALLAGHER LLP**

 /s/ Michael S. Schachter

Michael S. Schachter
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8102
mschachter@willkie.com

*Attorneys for Defendant Thomas Joseph Barrack*