UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHID SULTAN RASHID AL MALIK ALSHAHHI,<br>THOMAS JOSEPH BARRACK and<br>MATTHEW GRIMES,<br><br>                    Defendants. | 1:21-CR-00371(BMC) |

## MOTION AND [PROPOSED] ORDER OF WITHDRAWAL AS COUNSEL OF RECORD

Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4, the undersigned respectfully requests the withdrawal of Paul Hastings, LLP as counsel of record for Defendant Thomas J. Barrack, Jr. As demonstrated in the accompanying Declaration of Phara Serle Guberman, Mr. Barrack has requested that Paul Hastings withdraw from this matter. Paul Hastings consents to this withdrawal and respectfully requests that Phara Serle Guberman and Matthew J. Herrington (admitted *pro hac vice*) be removed as counsel of record for Mr. Barrack.

Dated:  October 8, 2021                    Respectfully submitted,


                                           */s/ Phara Serle Guberman*
                                           Phara Serle Guberman
                                           Matthew J. Herrington
                                           PAUL HASTINGS LLP
                                           200 Park Avenue
                                           New York, NY 10166
                                           Tel.: (212) 318-6252
                                           pharaguberman@paulhastings.com
                                           matthewherrington@paulhastings.com


ENTERED this ___ day of ____, 2021

SO ORDERED


_____
Honorable Brian M. Cogan
United States District Judge