UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHID SULTAN RASHID AL MALIK ALSHAHHI,<br>THOMAS JOSEPH BARRACK and<br>MATTHEW GRIMES,<br><br>                    Defendants. | 1:21-CR-00371(BMC) |

# DECLARATION OF PHARA SERLE GUBERMAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Phara Serle Guberman, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm of Paul Hastings, LLP and a member in good standing of the bar of the State of New York and this Court. I respectfully submit this declaration pursuant to Local Criminal Rule 1.1 (b) and Local Civil Rule 1.4 in support of the accompanying motion to withdraw as counsel of record for Defendant Thomas J. Barrack, Jr.

2. Mr. Barrack has requested that Paul Hastings withdraw as counsel for this matter. Michael S. Schachter and Randall W. Jackson of Willkie Farr & Gallagher, LLP will remain as counsel for Mr. Barrack.

3. Paul Hastings has consented to the withdrawal and is not asserting a retaining or charging lien.

4. This case is currently in its early stages, with no motion dates or trial date set. Due to the early stage of this proceeding, the requested withdrawal of Paul Hastings will not unnecessarily delay this action. As a result, we respectfully request that the Court grant the motion to withdraw.

Dated:  October 8, 2021                                    Respectfully submitted,


                                                           /s/ *Phara Serle Guberman*
                                                           Phara Serle Guberman
                                                           PAUL HASTINGS LLP
                                                           200 Park Avenue
                                                           New York, NY 10166
                                                           Tel.: (212) 318-6252
                                                           pharaguberman@paulhastings.com