UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

AL MALIK ALSHAHHI, *et. al.*

Defendants.

Case No. 21-CR-371 (BMC)

---

NOTICE OF APPEARANCE

Please enter the appearance of Nicole M. Argentieri of O'Melveny & Myers LLP as counsel for Defendant Thomas Joseph Barrack in the above-captioned case.

Dated: New York, New York
October 8, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

/s/  *Nicole M. Argentieri*

Nicole M. Argentieri
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:  nargentieri@omm.com

*Attorney for Thomas Joseph Barrack*