UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>AL MALIK ALSHAHHI, *et. al.*<br><br>Defendants. | **Case No. 21-CR-371 (BMC)** |

### AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, James A. Bowman, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of O'Melveny & Myers, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are not pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in Case No. 21-CR-371 (BMC) for Defendant Thomas Joseph Barrack.

Dated: Goleta, CA
October 8, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

*[signature]*

James A. Bowman
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
New York, New York 10036
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: jbowman@omm.com

*Attorney for Thomas Joseph Barrack*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Sworn to and subscribed before me this 8th day of October.

*[signature]*
NOTARY PUBLIC

PHEBE MANSUR
COMM. # 2316811
NOTARY PUBLIC • CALIFORNIA
SANTA BARBARA COUNTY
Comm. Exp. DEC. 22, 2023