

# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *James Abbot Bowman*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that James Abbot Bowman, #220227 was on the 19th day of June, 2002 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 8th day of October 2021.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Celia Wong, Senior Deputy Clerk*

