UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -against- | |
| AL MALIK ALSHAHHI, *et. al.* | Case No. 21-CR-371 (BMC) |
| Defendants. | |

NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

**PLEASE TAKE NOTICE** that upon Movant's Affidavit in support of this Motion, and the attached Certificate of Good Standing, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts, for the Southern and Eastern Districts of New York, for an Order allowing admission of Movant, a member in good standing of the Bar of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **THOMAS JOSEPH BARRACK.** There are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: Los Angeles, CA
October 8, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

/s/  *Daniel M. Petrocelli*

Daniel M. Petrocelli, Esq.
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779
E-mail:  dpetrocelli@omm.com

*Attorney for Thomas Joseph Barrack*