UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>AL MALIK ALSHAHHI, *et. al.*<br><br>Defendants. | Case No. 21-CR-371 (BMC) |

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Daniel M. Petrocelli, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of O'Melveny & Myers, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are not pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in Case No. 21-CR-371 (BMC) for Defendant Thomas Joseph Barrack.

Dated: Los Angeles, CA
October 8, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

_____

Daniel M. Petrocelli, Esq.
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
E-mail: dpetrocelli@omm.com

*Attorney for Thomas Joseph Barrack*

Sworn to and subscribed before me this 8th day of October.

_____
NOTARY PUBLIC

DONA L. BERGSTROM
Notary Public - California
Los Angeles County
Commission # 2281963
My Comm. Expires Apr 17, 2023