

O'Melveny & Myers LLP　　T: +1 310 553 6700
1999 Avenue of the Stars　　F: +1 310 246 6779
8th Floor　　omm.com
Los Angeles, CA 90067-6035

October 14, 2021

**Daniel M. Petrocelli**
D: +1 310 246 6850
dpetrocelli@omm.com

**VIA ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:　United States v. Thomas J. Barrack
　　　Criminal Docket No. 1:21-CR-371-2 (BMC)**

Dear Judge Cogan:

We represent defendant Thomas J. Barrack, Jr., and we respectfully request that the status conference scheduled for November 2, 2021 at 11:30 am be held in person instead of by Zoom. We have consulted with counsel for the government and defendant Matthew Grimes and they do not object to our request.

Respectfully submitted,


/s/ Daniel M. Petrocelli

Daniel M. Petrocelli
James A. Bowman
Nicole M. Argentieri
Partners
of O'MELVENY & MYERS LLP