Attachment A

1. As needed, with prior approval from Pretrial, the defendant shall be permitted to temporarily reside at a fixed location, to be approved by Pretrial Services, in the Central District of California for the purpose of visiting with his children and attending meetings with his lawyers and otherwise preparing for trial in this matter.

2. As needed, with prior approval from Pretrial, the defendant shall be permitted to travel to New York and to temporarily reside at a fixed location, to be approved by Pretrial Services, for the purpose of attending meetings with his lawyers and otherwise preparing for trial in this matter, and to attend business meetings.

3. Defendant shall not engage in any domestic financial transactions in excess of $2 million (excepting normal and customary payment of attorneys' fees, and including but not limited to any transactions involving publicly held securities of any description) without the prior written consent of the government.

    a. For transactions between $1 million and $2 million, the defendant shall give notice of the transaction to the government within 48 hours, including information related to the transaction date, amount and recipient.

4. Defendant shall have no contact with the first named defendant in Eastern District of New York matter No. 1:21-cr-00371 (BMC)(TAM), or with any officials of the United Arab Emirates or the Kingdom of Saudi Arabia or their known associates.  Defendant shall have no contact with the third named defendant in Eastern District of New York matter No. 1:21-cr-00371 (BMC)(TAM), other than in the company of their respective counsel.

5. Defendant has surrendered his passports to Pretrial Services on July 23, 2021.  He shall not apply for any passport or travel document during the pendency of this case.

6. Defendant shall travel only by road or common air carrier.

7. The defendant shall be subject to GPS monitoring, at his own expense.

8. The defendant shall observe a curfew with hours to be fixed by Pretrial Services.

9. The defendant shall not transfer any funds overseas or engage in any financial transaction with any overseas counterparty.

10. Defendant shall provide any air charter companies used in the last 3 years with a copy of this bond and its travel restrictions.