UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                         21-CR-371(BMC) (TAM)

RASHID SULTAN RASHID AL MALIK
ALSHAHHI,
      also known as "Rashid Al Malik,"
      and "Rashid Al-Malik,"
THOMAS JOSEPH BARRACK and
MATHEW GRIMES,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Craig R. Heeren from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Craig R. Heeren
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6467
    Fax: (718) 254-6320
    Email: craig.heeren@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Craig R. Heeren at the email address set forth above.

Dated: Brooklyn, New York
November 18, 2021

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Assistant U.S. Attorney

cc: Clerk of the Court (BMC) (TAM)