

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

December 23, 2021

**Daniel M. Petrocelli**
D: +1 310 246 6850
dpetrocelli@omm.com

<u>**VIA ECF**</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:  <u>United States v. Thomas J. Barrack
       Criminal Docket No. 1:21-CR-371-2 (BMC)</u>**

Dear Judge Cogan:

On behalf of defendant Thomas J. Barrack, Jr., we submit this brief letter in response to the government's letter earlier today regarding advancement of legal fees for defendant Matthew Grimes.  We wish to advise the Court that this is a matter that we brought to the government's attention so that the parties could address any issues in advance of any payments.  To date, no advancement of fees has occurred.  Additionally, the Fee Agreement specifically provides that Mr. Grimes retains and has the right to control his defense in this action, and that his counsel shall take direction from Mr. Grimes alone.  Finally, the Fee Agreement provides for advancement up to a specified amount, which is subject to reimbursement in certain circumstances.

We can address any questions the Court may have at the January 5, 2022 status conference.

Respectfully submitted,


*/s/ Daniel M. Petrocelli*

Daniel M. Petrocelli
James A. Bowman
Nicole M. Argentieri
Partners
of O'MELVENY & MYERS LLP