UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                                          1:21-cr-00371(BMC)(TAM)

RASHID SULTAN RASHID AL MALIK
ALSHAHHI,
  also known as "Rashid Al Malik"
  and "Rashid Al-Malik,"
THOMAS JOSEPH BARRACK and
MATTHEW GRIMES,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Trial Attorney Matthew J. McKenzie, of the U.S. Department of Justice, National Security Division, Counterintelligence and Export Control Section, from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Trial Attorney Matthew J. McKenzie
        National Security Division
        U.S. Department of Justice
        950 Pennsylvania Ave., NW
        Washington, DC 20530
        Tel:  (202) 514-7845
        Email: matthew.mckenzie@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Matthew J. McKenzie at the email address set forth above.

Dated: Washington, DC
        January 5, 2022

                                          Respectfully submitted,

                                          MATTHEW G. OLSEN
                                          Assistant Attorney General
                                          U.S. Department of Justice
                                          National Security Division

                        By:    <u>/s/ Matthew J. McKenzie</u>
                                          Matthew J. McKenzie
                                          Trial Attorney
                                          National Security Division
                                          U.S. Department of Justice

cc:      Clerk of the Court (BMC)(TAM)