UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AL MALIK ALSHAHHI, et al.<br><br>Defendants. | Case No.: 1:21-cr-00371-BMC-TAM<br><br>**NOTICE OF DEFENDANT THOMAS J. BARRACK, JR.'S MOTION TO DISMISS THE INDICTMENT** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support and the declaration of James A. Bowman and all exhibits attached thereto, defendant Thomas J. Barrack, Jr. moves this Court for an order dismissing the government's indictment and requests that the Court hear oral argument on this motion during the March 22, 2022 status conference or as soon thereafter as available on the Court's calendar.

PLEASE TAKE FURTHER NOTICE that, upon prior order of the Court, answering papers, if any, shall be served on or before February 28, 2022, and any reply papers shall be served on or before March 14, 2022.

Dated: January 31, 2022
Los Angeles, CA

Respectfully submitted,

O'MELVENY & MYERS LLP

 /s/ Daniel M. Petrocelli
Daniel M. Petrocelli, Esq. (admitted *pro hac vice*)
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
E-mail: dpetrocelli@omm.com

James A. Bowman (admitted *pro hac vice*)
400 South Hope Street, 18th Floor Los Angeles, CA 90071
Telephone: (213) 430-6000

Facsimile: (213) 430-6407
E-mail: jbowman@omm.com

Nicole M. Argentieri
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: nargentieri@omm.com

*Attorneys for Thomas J. Barrack, Jr.*