# Exhibit 1
# Declaration of James A. Bowman
# **Filed Under Seal**

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM

# Exhibit 2
# Declaration of James A. Bowman
# **Filed Under Seal**

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM

# Exhibit 3
# Declaration of James A. Bowman
# **Filed Under Seal**

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM

# Exhibit 4
# Declaration of James A. Bowman
# **Filed Under Seal**

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM

# Exhibit 5
# Declaration of James A. Bowman
# **Filed Under Seal**

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM