

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

February 8, 2022

**Daniel M. Petrocelli**
D: +1 310 246 6850
dpetrocelli@omm.com

<u>**VIA ECF**</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:**  ***United States v. Thomas J. Barrack, Jr.***
      **Criminal Docket No. 1:21-CR-371-2 (BMC)**

Dear Judge Cogan:

On behalf of defendant Thomas J. Barrack, Jr., we write to inform the Court that Mr. Barrack joins in the January 31, 2022 motion made by defendant Matthew Grimes seeking: (i) the prosecution's legal instructions to the grand jury; (ii) access to certain empanelment records; and (iii) the voir dire questions presented to potential grand jurors ("the Motion"). Mr. Barrack hereby incorporates the Motion (Dkt. 70) and Exhibit A thereto (Dkt. 70-1).

For purposes of Mr. Barrack's joinder, Mr. Grimes's position fully mirrors Mr. Barrack's position, such that the points and authorities detailed in the Motion should be deemed to apply to Mr. Barrack and the relief requested in the Motion considered to be requested by Mr. Barrack as well. Mr. Barrack joins in the Motion to avoid burdening the Court with duplicative papers, and he requests that the Court grant the relief requested.

Respectfully submitted,

*/s/ Daniel M. Petrocelli*

Daniel M. Petrocelli
James A. Bowman
Nicole M. Argentieri
Partners
of O'MELVENY & MYERS LLP