UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AL MALIK ALSHAHHI, et al.<br><br>Defendants. | Case No.: 1:21-cr-00371-BMC-TAM<br><br>**REPLY DECLARATION OF JAMES A. BOWMAN IN SUPPORT OF DEFENDANT THOMAS J. BARRACK, JR.'S MOTION TO DISMISS THE INDICTMENT** |

I, James A. Bowman, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney licensed to practice law in California and appearing in the above-entitled action *pro hac vice*. I am a partner with the law firm O'Melveny & Myers LLP, attorney for defendant Thomas J. Barrack, Jr. in this matter. I respectfully submit this further declaration in support of Mr. Barrack's motion to dismiss the indictment.

2. Attached as Exhibit 1 is a true and correct copy of a March 1, 2022 letter from Assistant United States Attorney Ryan Harris to counsel for Mr. Barrack.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2022
      Santa Barbara, CA

Respectfully submitted,

O'MELVENY & MYERS LLP

_____
James A. Bowman (admitted *pro hac vice*)
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: jbowman@omm.com

*Attorney for Thomas Joseph Barrack, Jr.*