Exhibit 20
Declaration of James A. Bowman

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry      01/29/2019

Stephen K. BANNON was interviewed at the Special Counsel's Office, located at Patriots Plaza I, 395 E Street SW, Washington, DC. Bannon was accompanied by his attorneys [                    ] Present for the interview were Special Agents (SA) [                    ] Intelligence Analyst (IA) [          ]     b6
[          ] Senior Counselor to the Special Counsel James L. Quarles,     b7C
Senior Assistant Special Counsels Jeannie Rhee and Andrew Goldstein, Assistant Special Counsel Aaron Zelinsky.  During the second half of the interview, Senior Assistant Special Counsel Zainab Ahmad and Staff Operations Specialist (SOS) [                    ] were present.  After being advised of the identity of the interviewing agents and the nature of the interview, BANNON provided the following information:

Roger STONE had told BANNON, by phone and other methods, that he had a relationship with Julian ASSANGE. STONE had been bragging about his relationship with ASSANGE on Twitter, during interviews, etc. The conversation where STONE told BANNON he had a relationship with ASSANGE was about other things and STONE had brought up his relationship with ASSANGE. This was prior to BANNON joining the Trump Campaign. STONE was kind of a "braggart" and the conversation might have been around a time when STONE came on Breitbart Radio. STONE described the nature of his relationship with ASSANGE in a way that STONE knew him or had a personal relationship. It was implied that STONE knew ASSANGE and knew what ASSANGE     b6
was doing. [                                                        ]     b7A
                                                                          b7C

On 10/4/2016 ASSANGE was supposed to have a press conference which     b7A
didn't happen and was a non-event. [                              ]

BANNON's relationship with STONE prior to 8/13/2016 was one where STONE     b6
would brag to BANNON while he was at Breitbart. STONE was known as the     b7C
"Trump whisperer". [                                                ]

---

Investigation on  10/26/2018  at  Washington, District Of Columbia, United States (In Person)     b6
                                                                                                    b7C
File #  [ SM-2284941,                                         ]     Date drafted  10/29/2018     b7E

by [                                              ]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

b7E

SM-2284941

Continuation of FD-302 of  (U) Interview of Stephen K. Bannon , On 10/26/2018 , Page 2 of 16

b6
b7A
b7C

As far as what WikiLeaks had, the implication from STONE was that it would
be good for Donald TRUMP. The implication that it would be stuff damaging
or embarrassing to the CLINTON camp. BANNON wondered how tey could verify
the authenticity. If it was somehow linked to the 33,000 missing emails,
that would be the "money shot". BANNON thought the white whale was the
33,000 missing emails from CLINTON. BANNON spent the spring of 2016 trying
to find them. BANNON thought the 33,000 missing emails were the Holy
Grail, but even if they found them, there was no way to verify that they
were real. STONE's contact with BANNON typically regarded
STONE bragging. STONE never talked about the 33,000 missing emails.

b6
b7A
b7C

    The weekend after the 10/7/2016 WikiLeaks release somebody was trying
to take credit for the timing of the release of the Podesta emails after
the "Billy Bush thing". BANNON described the events surrounding 10/7/2016
as the sum and substance of the campaign. BANNON could not remember who it
was, but someone on the campaign was relaying that someone who was not on
the campaign was trying to take credit for the timing of the WikiLeaks
releases and getting ASSANGE to release the information.

b6
b7A
b7C

                         BANNON speculated it could have been

                    The person trying to take credit for the timing of the
WikiLeaks releases was likely STONE. STONE was the only person, to BANNON'
s knowledge, who was claiming to have a relationship with ASSANGE and
WikiLeaks.

    BANNON was shown an email dated 10/04/2016, Bates stamped SB_00068079.
When BANNON wrote "What as that this morning???" and "He didn't cut deal

b7E

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of (U) Interview of Stephen K. Bannon , On 10/26/2018 , Page 3 of 16

w/ Clintons???" he was referring to ASSANGE.

b6
b7A
b7C

BANNON didn't have a professional relationship with [redacted]
during the summer of 2016. BANNON could barely remember [redacted] during his
time on the Trump Campaign during the fall of 2016. [redacted] was a volunteer
and he could remember seeing her coming in and out of the "war room". [redacted]
BANNON described [redacted] as "another person walking around". [redacted] was
working on [redacted] was not a
senior level person and she would help to put people in touch with BANNON.
[redacted] BANNON couldn't remember
any instances that occurred during the campaign time frame. During the
campaign, BANNON knew [redacted] through BOSSIE and [redacted] BANNON
described [redacted]

b5 per DOJ/OIP

b6
b7A
b7C

[redacted] BANNON couldn't
remember ever talking with [redacted]. BANNON couldn't remember
[redacted] BANNON couldn't remember ever talking with
[redacted], but he wouldn't be surprised if he did.

On 10/7/2016 [redacted] might have been on the 14th floor at Trump Tower,
but BANNON didn't specifically remember seeing her there. BANNON could
remember a lot of women associated with the Trump Campaign being there,
such as Kellyanne CONWAY and Hope HICKS, and [redacted] might have been one of
those. BANNON had be preparing to shoot a film with candidate TRUMP that
would be posted on Facebook. The plan was to have the movie posted by 7 p.
m., but it ended up being done at 12:00 a.m. BANNON wouldn't be surprised
if he got a text from [redacted] saying "well done", since he thought the film
was well done.

b6
b7C

[redacted] STONE would pester
BANNON. STONE talked about what he was trying to do in order to be put in
touch with donors. BANNON was giving the impression that he would, but
didn't remember ever doing it. STONE had contacted BANNON in order to be
put in touch with the [redacted] BANNON thought he put STONE in touch with
the [redacted] lawyers. STONE might have sent some spots to BANNON regarding
the information he was putting out, or sent him some online videos, but
BANNON doesn't recall looking at them.

b6
b7C

FD-302a (Rev. 05-08-10)

b7E

SM-2284941

Continuation of FD-302 of (U) Interview of Stephen K. Bannon , On 10/26/2018 , Page 4 of 16

BANNON was shown a text dated 8/27/2016, from BANNON to STONE. BANNON didn't remember this text message. BANNON never heard of the plan referenced in the text and BANNON didn't remember a project. BANNON was aware of a plan

b6
b7C

not involved in this plan, but BANNON was upset that STONE was taking credit for it. came to BANNON 10-14 days after BANNON took over the Trump Campaign. There were ideas on how to do this, and to get Fox News and Sean HANNITY to do it, but Fox News and HANNITY waived off. The film was to be done on "Billy Bush day" with it going to the news shows that weekend. STONE tried to take credit for the effort which BANNON thought was lunacy and "B.S."

Breitbart did not follow up on it.

BANNON was shown an email dated

b6
b7A
b7C

BANNON was shown an email dated

b3
b6
b7A
b7C

BANNON barely knew          at the time of this email. BANNON talked with          about meeting with the Special Counsel's Office (SCO).

BANNON was aware that          but wasn't aware of the content          The only thing          told BANNON

BANNON described Jerome CORSI as a Harvard guy who works at World Net Daily. BANNON thought CORSI was

b6
b7C

BANNON called CORSI and said
because now

b7E

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of  (U) Interview of Stephen K. Bannon        . On  10/26/2018 . Page  5 of 16

During the campaign, BANNON didn't remember talking to
CORSI although CORSI may have reached out.

b6
b7C

BANNON was shown an email dated

b3
b6
b7A
b7C

BANNON didn't
recall any conversations about

At the time, BANNON was unaware
of Ted MALLOCH's relationship to                      Before the election win,
BANNON didn't know MALLOCH or hear about him. BANNON thought that
                    were all "wing-nut promoters". BANNON did have contact
with MALLOCH once BANNON was in the White House. BANNON didn't know if
MALLOCH had a relationship with

In 2010, BANNON came up with BOSSIE to talk to TRUMP about possibly
running for president. The meeting lasted approximately two hours on the 26
th floor of Trump Tower. Michael COHEN was there. At the end of the
meeting TRUMP asked BANNON what he thought about STONE. BANNON said he
didn't know STONE very well but thought

b6
b7C

TRUMP asked if STONE was connected. BANNON replied that STONE is
                    While BANNON was at Breitbart in 2013-
2015, BANNON had a strong relationship with              BANNON heard from
                STONE was still talking to TRUMP and was an advisor. STONE
subsequently made those statements to BANNON as well. BANNON was suspect
and upset. BANNON believed you had to keep TRUMP "on program". While
BANNON was on the Trump Campaign he never heard any mention of STONE from
TRUMP or anyone else on the campaign. Corey LEWANDOWSKI had said that
STONE was not part of the Trump Campaign. After the win, STONE tried a
full court press in order to get a meeting with TRUMP.
eventually set up a meeting with TRUMP and STONE in early December 2016 on
the 26th floor of Trump Tower. TRUMP didn't want to take the meeting with
STONE. TRUMP told BANNON to be in the meeting and that after 5 minutes, if
the meeting hadn't concluded, to throw STONE out. STONE came in with a
book he wrote and possibly had a folder and notes.
                                                    TRUMP didn't
say much to STONE beyond "Thanks, thanks a lot". To BANNON, this
reinforced STONE                        After five to six minutes, the
meeting was over and STONE was out. STONE was        due to the fact that
during the meeting TRUMP just stared. This reinforced what BANNON thought
about STONE, that STONE was a            BANNON never heard TRUMP talk
about STONE. The 2010 conversation with TRUMP about STONE was the only
time, to the best of BANNON's recollection. BANNON never heard that STONE
was talking to candidate TRUMP while BANNON was on the campaign. BANNON
never asked then candidate TRUMP if he talked with STONE. Candidate TRUMP
could have talked to STONE, without BANNON knowing about it, and he had
the opportunity to do so. BANNON was not aware of who TRUMP talked to in

b7E

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of  (U) Interview of Stephen K. Bannon                    , On  10/26/2018 , Page  6 of 16

the evenings and they could have had a phone call. BANNON was not aware of
who TRUMP was talking to in the evening, but he was definitely talking to
people. BANNON did not have visibility into that. TRUMP was not shy about
throwing names out of people he had talked to, and he never said STONE.

[                              ] that BANNON fired at
Breitbart. [                        ] who was doing research on Barack
OBAMA's time at Harvard. At ANDREW BREITBART's funeral,[        ] was saying
how he had a solution to OBAMA's birth certificate. BANNON was not
interested in OBAMA's birth certificate and was interested in how the
Harvard research was going. While [                ]
he was calling BANNON saying he heard from kids at a madrassa that OBAMA
was a Muslim. At that point, in April 2012, BANNON fired [        ] BANNON
didn't want a story out saying that Breitbart was asking kids at a
madrassa about OBAMA being a Muslim. Breitbart was not interested in OBAMA'
s birth certificate, only the research about OBAMA's time at Harvard from
the files at NYU. BANNON's contact with [        ] was only occasional texts
and emails from [        ] to BANNON in which BANNON did not respond.

b6
b7C

BANNON was shown an email dated [                                    ]
[                                                                      ]

b6
b7A
b7C

BANNON was shown an email dated [                                    ]
subject: [                                                            ]
[                              ]

b6
b7A
b7C

During the transition timeframe, [        ] reached out and sent emails to
BANNON offering help, for example saying he knew the Polish Prime
Minister. BANNON didn't remember any outreach from [                  ]
[                                                                      ]

b6
b7A
b7C

BANNON knew [              ] and described him as a [              ]
BANNON was not aware of [                          ] but he wouldn't be
surprised if he did. [        ] was into stuff like that.

b6
b7A
b7C

b5 per DOJ/OIP

[                                                                      ]

b6
b7C

b7E

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of  (U) Interview of Stephen K. Bannon                    , On  10/26/2018 , Page  7 of 16

b5 per DOJ/OIP

b6
b7C

BANNON was shown an email dated _____
_____ When BANNON wrote "Love it" in the email, he was saying he
thought it was fantastic, epic, and that he wasn't going to get back to
you. There would be no follow on. BANNON described it as a "quasi blow-
off".

b6
b7A
b7C

_____ When BANNON wrote "Love it" he was not
approving it, or else he would say he was approving it. It also did not
indicate that he was going to do something. At that time, in June 2016,
BANNON was going to go over to cover Brexit for Breitbart. BANNON had
spent a lot of time and effort trying the find CLINTON's 33,000 missing
emails. At the time, BANNON did not think that was dangerous as he was
part of a media company. In 2017, ___ was totally blown out of proportion
to the point where it was purported that ___ was TRUMP's _____ BANNON
believed this story metastasized into something that was totally
misconstrued and it made a tacit connection to the Trump Campaign. When
BANNON wrote "Love it", he was not saying not to do it. In June 2016,
there wasn't any reason why doing it would be wrong. In his role at a
media company it was a good idea.

b5 per DOJ/OIP

b6
b7C

b5 per DOJ/OIP

b6
b7C

SM-2284941

Continuation of FD-302 of (U) Interview of Stephen K. Bannon , On 10/26/2018 , Page 8 of 16

b5 per DOJ/OIP

b5 per DOJ/OIP

b6
b7C

b5 per DOJ/OIP

b6
b7C

The "FLYNN thing" caught them by surprise and

It concerned BANNON since he had dealings with foreign
governments. Back then talking with a foreign government was ok. The
Foreign Agents Registration Act (FARA) was a part of the indictment.
BANNON was concerned he would be investigated for dealing with foreign
governments even though he did nothing wrong. The Special Counsel's Office
had an "open writ" and was a fishing expedition.

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of (U) Interview of Stephen K. Bannon _____, On 10/26/2018 , Page 9 of 16

b5 per DOJ/OIP

BANNON was shown an email dated 11/05/2016, from BANNON to Jared
KUSHNER and BOSSIE, subject: Re: Securing the Victory. After BANNON came
onto the Trump Campaign he didn't interact with Paul MANAFORT. BANNON didn'
t know who MANAFORT was talking to on the campaign after his departure. At
one time BANNON heard that candidate TRUMP was still meeting with MANAFORT
and taking his calls. BANNON thought he might have heard this from BOSSIE,
[                    ] or Reince PRIEBUS. BANNON was unaware of the content of the       b6
calls, and assumed that they were campaign related. BANNON didn't hear               b7C
candidate TRUMP talk about MANAFORT. On 8/13/2016 to 8/14/2016 BANNON didn'
t want MANAFORT fired, just kept on with no power or authority. After the
New York Times article came out about MANAFORT, BANNON knew MANAFORT was
done. BANNON told TRUMP and KUSHNER that no one should have contact with
MANAFORT, [                    ] BANNON never talked with MANAFORT during            b6
the transition timeframe. BANNON "picked up in the ether" that the                     b7C
Russians were working with WikiLeaks. BANNON was 100% convinced they would
win the election. BANNON had no knowledge of MANAFORT providing advice to
KUSHNER. KUSHNER was the one who fired MANAFORT. After MANAFORT was fired,
BANNON was unaware of any meetings between KUSHNER and MANAFORT. The last
BANNON had spoken with MANAFORT was around 8/14/2016 to 8/15/2016.
MANAFORT sent BANNON an email around the debates, and a congratulatory
email after the win. There was no other conversation surrounding this
email. When BANNON came onto the Trump Campaign, they were in a "free
fall" and were down 20 points. BANNON had gone up to visit MANAFORT [        ]
[            ] in Trump Tower. The New York Times story had come out that
associated MANAFORT with Russia, since the story was about MANAFORT taking          b6
money from Ukraine/Russia and that MANAFORT was [              ] BANNON thought       b7C
MANAFORT was [            ] and could see it in the operations. BANNON did not
associate WikiLeaks with Russia but believed that it was a narrative that
was derived from media stories. BANNON did not discuss the topics of this
email with anyone else in the campaign, besides this email itself. There
were no discussions on the Trump Campaign during this timeframe on whether
WikiLeaks was working with the Russians. BANNON believed that this was
"noise" and he was more worried about the fact that they were 6 to 7
points down. BANNON couldn't remember if there were any conversations from
when he joined the Trump Campaign in August 2016 to Election Day on
whether Russia and WikiLeaks were working together. BANNON couldn't
remember, but he wouldn't be surprised if those conversations may have
occurred. GIULIANI, FLYNN, or Chris CHRISTIE might have talked about it,
and that it was in the "realm of possibility". BANNON had no recollection
on preparing for answers to debate questions that the Russians had hacked
a political opponent.

BANNON didn't remember meeting with Erik PRINCE during early January
2017. BANNON did remember PRINCE coming in three to four times during the

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of  (U) Interview of Stephen K. Bannon    , On  10/26/2018  , Page  10 of 16

transition timeframe. BANNON has no memory of discussing George NADER with
PRINCE. BANNON met NADER months later. BANNON didn't remember PRINCE
telling him that he would be travelling to the Seychelles prior to his
trip. PRINCE did not tell BANNON that he would be meeting with a Russian
individual in the Seychelles. PRINCE didn't tell BANNON about Kirill
DMITRIEV prior to PRINCE meeting DMITRIEV in the Seychelles. PRINCE didn't
talk with BANNON about an individual associated with the Russian Direct
Investment Fund (RDIF) prior to PRINCE travelling to the Seychelles.
PRINCE didn't tell BANNON about a Vladimir PUTIN associated individual
that he would be meeting with prior to PRINCE's trip to the Seychelles.
PRINCE didn't show the CV of a Russian individual to BANNON prior to his
trip to the Seychelles. It is possible that BANNON talked with PRINCE
about sanctions on Russia, but he wasn't sure about it. BANNON didn't
remember any contact with PRINCE on 1/11/2017. PRINCE didn't tell BANNON
that he was in the Seychelles and that he was meeting with a Russian
individual. BANNON did not talk to PRINCE about the Russian aircraft
carrier Kuznetsov docking at a port in Libya while PRINCE was in the
Seychelles. BANNON did talk with PRINCE about Libya. PRINCE had advocated
for working with the "good guys" in Libya, in November/December 2016,
after they won the election. PRINCE never talked about working with the
Russians, just the UAE. BANNON didn't recall meeting with PRINCE on 1/16
/2017. PRINCE never told BANNON he met with a Russian government official.
PRINCE never told BANNON he met with an individual from the RDIF. PRINCE
never told BANNON he met with a representative of PUTIN. PRINCE never gave
a business card of an individual associated with Russia to BANNON. BANNON
didn't say anything to PRINCE about following up with the Russians. BANNON
didn't say anything to PRINCE about setting up another line of
communication with Russia that he remembers.

   BANNON was shown a text dated 9/8/2016, Bates stamped SB_00068078. This
conversation with PRINCE was not regarding PUTIN. The text from PRINCE was
in regards to debate prep. BANNON heard PRINCE say the phrase in this text
a bunch of times. BANNON used the phrase as well. BANNON believed this was
a concept on the campaign.

   BANNON reiterated again that PRINCE never gave BANNON a business card
from a Russian who wanted to meet with the President and he didn't
remember that happening. BANNON again said PRINCE never told him he met
with a Russian associated with the RDIF and didn't remember that
happening. PRINCE did say he met with Sheikh Mohamed bin Zayed al-Nahyan
(MBZ) of the UAE, but not in the Seychelles. PRINCE had said he met with
MBZ to discuss PRINCE's Afghanistan concept, and talked with him about his
ideas on the Arab League and Libya. PRINCE told BANNON he met with MBZ
after the meeting happened, not before. BANNON passed these things onto
FLYNN. PRINCE was a business guy and BANNON didn't know that PRINCE had a
relationship with MBZ. BANNON met MBZ in December of 2016. PRINCE
travelling to the Seychelles wouldn't have stood out to BANNON. If PRINCE
had told BANNON he had a meeting with Russians and given BANNON a business
card from the Russians, BANNON would have remembered it. PUTIN had called
TRUMP the first morning after TRUMP took office and therefore you wouldn't

b7E

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of  (U)  Interview of Stephen K. Bannon  , On  10/26/2018  , Page  11 of 16

need a back-channel or "other guys running around". In January 2017 there
were stories in the press that Russia was trying to help TRUMP win. BANNON
believed that TRUMP had to see the documents that OBAMA had seen which
convinced him to throw the 29 Russian diplomats out of the country. On 1/4
/2017 BANNON was consumed with the upcoming intelligence briefing they had
on 1/6/2017. PRINCE meeting with Russians would have stood out to BANNON.
Receiving a business card from a Russian, through PRINCE, would have stood
out to BANNON. BANNON believed that guys shouldn't run around freelancing
in a meeting such as that. PUTIN and TRUMP had called each other one to
two times, so why would they need a back-channel. BANNON would have had an
issue with PRINCE meeting with a Russian.

BANNON did read PRINCE's testimony to the U.S. House of Representatives
Permanent Select Committee on Intelligence (HPSCI). BANNON discussed it
with PRINCE because he thought it was wrong for PRINCE to not hire a
lawyer or prepare for his testimony. PRINCE believed that it was a
political witch hunt, he would tell them what happened, and he didn't need
a lawyer. PRINCE considered his testimony before HPSCI a "chat". BANNON
never asked PRINCE if his testimony was truthful.

BANNON is in touch with PRINCE frequently. [                    ]              b3
[                                              ] BANNON and PRINCE never
discussed the DMITRIEV meeting in the Seychelles.

b5 per DOJ/OIP

[                                                                          ]

In regards to the texts with PRINCE on BANNON's blackberry, BANNON didn'
t know what was kept or not kept. In regards to archiving his messages,
BANNON didn't do anything different in regards to his texts with PRINCE
and just gave his phone to his secretary. BANNON did use his personal
email for White House business. BANNON did not make any attempts to
preserve the White House record information from his personal accounts.

BANNON met Bob FORESMAN through Mark BURNETT. BANNON thought FORESMAN
might have been [                                        ]                    b6
BURNETT said he had a guy who was trying to save Christians in the Middle    b7C
East and Russia. FORESMAN knew people in Russia, the Middle East, and
Eastern Europe. BANNON rolled him over to FLYNN. There was zero talk about
giving FORESMAN a position in the administration during the meeting with
BANNON. To BANNON, FORESMAN didn't seem [                    ]

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of (U) Interview of Stephen K. Bannon .On 10/26/2018 . Page 12 of 16

BANNON's "phone guy" is located in Los Angeles. BANNON has known him for 15 years, but didn't remember his name. BANNON met him during his time in L.A. One of BANNON's secretaries is in L.A. BANNON's "phone guy" is the one who sets up his devices.

b5 per DOJ/OIP

When the Special Counsel was setup there was talk about conflicts of interest right away.

b6
b7C

b5 per DOJ/OIP

b6
b7C

b5 per DOJ/OIP

BANNON thought all of the stated conflicts were ridiculous,

b6
b7C

TRUMP did not respond when BANNON pushed back on the stated conflicts of interest.

the issue about            having            as an attorney was not a conflict in the legal community.                    they had invited MUELLER in to give TRUMP a perspective on what the FBI was and thought they might beseech him to take the job as FBI Director. MUELLER did not come in looking for the job as FBI Director.

The purpose of the meeting was to give TRUMP a perspective on the institution of the FBI

BANNON told TRUMP why he thought all these conflicts were ridiculous.

b5 per DOJ/OIP

BANNON

**b7E**

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of (U) Interview of Stephen K. Bannon , On 10/26/2018 , Page 13 of 16

b5 per DOJ/OIP

explained it as it was not go get rid of MUELLER,

BANNON told TRUMP he
didn't think that these were conflicts.

BANNON told TRUMP that
that's ridiculous and petty.

b6
b7C

MCGAHN and PRIEBUS pushed back
on the conflicts of interest TRUMP raised.

b5 per DOJ/OIP

b5 per DOJ/OIP

b5 per DOJ/OIP

b7E

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of  (U)  Interview of Stephen K. Bannon  , On  10/26/2018  , Page  14 of 16

b5 per DOJ/OIP

b6
b7C

b5 per DOJ/OIP

b5 per DOJ/OIP

b5 per DOJ/OIP

FD-302a (Rev. 05-08-10)

SM-2284941

Continuation of FD-302 of (U) Interview of Stephen K. Bannon _____ , On _10/26/2018_ , Page _15_ of _16_

b7E

b5 per DOJ/OIP

BANNON never talked to TRUMP or KUSHNER about injecting money into the
campaign. Jeff DEWIT, PARSCALE, KUSHNER, and BANNON were going through the
cash flow. They realized that they were going to need $15 million dollars.
They would need to generate more money or the candidate would have to
write a check. KUSHNER said, as far as the candidate writing a check, that
was not going to happen. KUSHNER said he was not a guy who while six to
eight points down, was going to write $25 million dollar checks. They were
not even in the hunt. Coming out of the last debate, they were in fantasy
land, they were so far behind. TRUMP is a probability guy, and if it's not
a dead lock, don't expect $25 million. Since KUSHNER said there was no way
this was going to happen they worked to get it down to $10 million. Steve
MNUCHIN came up with a cash flow plan. MNUCHIN called it a cash advance.
They had enough money coming from small donors that it would lag to it and
this money would eventually come in. Just this last $10 million was needed
to come in to buy the television time. MNUCHIN would structure it like a
loan and he had a term sheet, but it was like a cash advance. They had a
five hour conversation with TRUMP. MNUCHIN, BANNON, KUSHNER, and TRUMP
were present. MNUCHIN turned over the term sheet, which was structured as
a loan, and he had the wire instruction documents for the $10 million.
TRUMP didn't know that MNUCHIN had the documents ready. It was ten days to
two weeks ahead of Election Day and they couldn't do the final television
spot without it. BANNON didn't think TRUMP even read the documents. TRUMP
wasn't thrilled that MNUCHIN had the wire instructions ready. BANNON didn'
t think that TRUMP talked to [                    ], MCGAHN, or DEWIT from the
Trump Organization. The conversation about the $10 million with TRUMP

b6
b7C

started on the 26th floor of Trump Tower, with MNUCHIN, BANNON, KUSHNER
and TRUMP. They were flying to a campaign stop so they continued the
conversation on the plane. They kept working on TRUMP until he couldn't
take it anymore, and then MNUCHIN pulled out the sheets with the wire
instructions. TRUMP was convinced the cash would be there. TRUMP
understood the logic of it. 

b5 per DOJ/OIP

As far as the messages on his phone being deleted prior to 2/23/2017,
BANNON was told all of his stuff was deleted. BANNON never deleted the

FD-302a (Rev. 05-08-10)                                                                                    b7E

[ ] SM-2284941

Continuation of FD-302 of   (U) Interview of Stephen K. Bannon   , On   10/26/2018   , Page   16 of 16

PRINCE messages himself. BANNON never discussed with anyone about deleting
his messages with PRINCE. BANNON didn't know why they were deleted and
didn't tell anyone else to delete the PRINCE messages. BANNON was told
everything was deleted before a certain date. BANNON never deleted his
messages with PRINCE or instructed, asked, or told anyone to delete his
messages. BANNON never set up a function to not to retain his messages.
BANNON didn't discuss with his tech guys on why these messages were
missing. The only other person who had access to BANNON's Blackberry was        b6
[                    ] and that was only once or twice. BANNON had "no earthly idea"   b7C
on why the messages were deleted.

    BANNON did not have a lot of contacts with [          ] during the election.   b6
BANNON didn't remember what his interactions with [          ] during the        b7A
campaign consisted of. From approximately March to May of 2016 [          ] had   b7C
come up with a concept to show that [                              ]
[         ] BANNON was just making sure that [          ] didn't blow him up.
BANNON thought that [          ] was another guy who was better [              ]
[                    ] BANNON didn't remember what they were discussing. It wasn'
t a big enough deal for BANNON to remember, he got texts from a lot of
people. BANNON thought [                              ] BANNON thought that if
you don't keep guys like STONE [                    ] happy they eventually
would settle scores in their books. When investigator detailed the amount
of calls and messages BANNON had during the campaign, BANNON didn't know
what the messages with [          ] were about, but BANNON said they were
likely talking about the election or ideas [          ] had. BANNON didn't know
anything about WeSearchr or anything about using crowd sourced funds for
bounty information. BANNON didn't know anything about getting [          ]
getting hacked or leaked information. BANNON didn't remember anything
about passing deep web or hacked information. BANNON didn't remember
anything about [          ] getting any information from WikiLeaks. [          ] was
always talking about his relationship with [                              ]
[                    ] [          ] talked about the dark web/deep web, but BANNON
didn't remember the specifics. BANNON was not interested in dark web
information. [          ] was telling BANNON about his theories about [          ]
or an idea of what district he should be in. [          ] would say that he
knows stuff from the dark web. [          ] would come up with stuff like
helping on social media and helping to find stuff on the dark web. [          ]
might have mentioned the 33,000 missing CLINTON emails while BANNON was
looking for them. [          ] might have talked to BANNON about his efforts to
get in contact with WikiLeaks. BANNON didn't remember the information that
[          ] was trying to get from WikiLeaks or the access. The only time
[          ] spoke to BANNON about his meetings with WikiLeaks were the two
emails. On the campaign, [          ] might have mentioned the dark web.
[          ] would have outside the box ideas like getting the DNA for [          ]
[          ] would text with BANNON about these things. The dark web was always
something [          ] would talk about. It was likely [          ] had told BANNON
he had a contact with WikiLeaks in only these two emails. [          ] possibly
texted BANNON about WikiLeaks.

# Exhibit 21
# Declaration of James A. Bowman

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM

FD-302 (Rev. 5-8-10)                          - 1 of 12 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry        05/01/2018

    Erik Dean Prince, date of birth (DOB) [____] was interviewed at
the Special Counsel's Office, Washington, D.C.  Present representing
Prince were [_____] and [_____]          **b6**
[____] The interviewing team were FBI Special Agents [_____] and      **b7C**
[_____] and Assistant Special Counsels Jeannie Rhee, Zainab Ahmad
and Aaron Zelinsky.

    Prior to the start of the interview, ASC Zelinsky verbally reviewed the
terms of a letter setting forth the agreement upon which Prince made
himself available for the interview (Document 1).  Prince stated that he
understood the terms of the letter agreement.  Prince and [_____] signed      **b6**
the letter.  After being advised of the identities of the interview team      **b7C**
and the nature of the interview, Prince provided the following information:

    Prince was not initially a Donald Trump supporter.  As the campaign
heated up, Prince found that he agreed with many of Trump's
positions.  Prince spoke with [_____] about holding a      **b6**
fundraiser for Trump. [_____] told Prince that the Campaign had rejected      **b7C**
Prince's request to hold a fundraiser because Prince was too
controversial.  Prince did not speak with anyone else in the Campaign
about the fundraiser.

    Prince contributed money directly to the Trump Campaign.  Prince also
donated at a Las Vegas event, to a Political Action Committee (PAC) run by      **b6**
the [_____] and to Roger Stone's ads and social media efforts regarding      **b7C**
[_____]

    Prince met Steve Bannon in 2013 at an event held at Breitbart for
Prince's book.  Bannon and Prince hold similar beliefs on many
issues.  Bannon knew Prince's experience and respected Prince's knowledge
of certain matters.  Bannon had Prince as a regular call-in guest on
Bannon's radio show.  During the campaign, Prince sent Bannon mostly
unsolicited policy papers.

    Prince was introduced to Donald Trump, Jr. at Trump Tower. [_____]      **b6**
[_____] may have introduced Prince to Trump, Jr.  The      **b7C**
first meeting was brief, Prince expressed his support and encouragement

Investigation on  04/04/2018  at  Washington, District Of Columbia, United States (In Person)

File # [_____]                          Date drafted  04/05/2018      **b6 b7C b7E**

by [_____]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FBI(19cv1278)-2152

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of   (U) Interview of Erik Prince 04.04.2018   , On   04/04/2018   , Page   2 of 12

for the Trump Campaign.  Prince met Trump, Jr. approximately two more
times at Trump Tower before the election.  At one of the meetings, Trump,
Jr. asked if Prince had met Trump.  Prince said no.  Trump, Jr. walked
Prince into a room and introduced Prince to Trump.  Trump and about ten
other people were in the room and Mike Pence was on the telephone.

   Prince organized a meeting between [        ] and Trump, Jr. to discuss
Iranian civil rights issues. [                                                    ]

introduced Prince to [        ]  Prince met [        ] in the Brussels Airport a
year or two before their meeting with Trump, Jr.  At the airport, [        ]

b6
b7C

[                                                              ] Prince is not
aware of any attempts by [        ] to get money from foreign
governments.

   During their airport meeting, [        ] provided Prince with some documents
pitching his project.  Prince does not recall the details of [        ]
project.

b6
b7C

   Sometime before the election in 2016, [        ] requested that Prince set
up a meeting with a high level person connected to Trump.  [        ] did not
request anyone in particular.  Prince knew Trump, Jr. and Bannon.  Prince
knew Bannon better and Bannon was a policy guy.  Prince does not recall
why he arranged the meeting with Trump, Jr. instead of Bannon.  Bannon may
have been unavailable because, at this time, he was very busy and often
traveling with Trump.  [        ] did not say that he wanted to pitch Trump,
Jr. for money, only that [        ] wanted to discuss Iranian issues, such as
the Obama administration's nuclear deal with Iran and payment of cash to
Iran.

b6
b7C

   [        ] arrived for the meeting with George Nader.  Prince had not
expected Nader to be with [        ]  Prince had worked with Nader in Iraq
around 2006.  In 2006, Nader was a courtesan for the Vice-President of

b6
b7C

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018 ,On 04/04/2018 ,Page 3 of 12

Iraq. Prince,[        ]and Nader met with Trump, Jr. in Trump Jr.'s
office. Prince introduced[     ]to Trump, Jr. as an Iran policy
person. Prince introduced Nader as a person with knowledge of the Middle
East. Prince also told Trump, Jr. that Prince had known Nader in Iraq ten
years earlier. [        ]took the lead on explaining why the nuclear             **b6**
agreement with Iran was wrong. [        ]gave a brief synopsis of his            **b7C**
communications project but only as a way to bolster his position for a
change in Iran policy. Trump, Jr. said that it was interesting
information and that he would take it onboard. Trump, Jr. had no time or
interest for a granular discussion. During the meeting,[        ]never said
anything about using his company to help the Trump Campaign. [        ]did
not discuss anything with Prince about the Trump Campaign's social media
activities.

Prince does not recall anyone else attending the meeting. Prince does
not recall Stephen Miller attending the meeting. Prince believes that
Nader was helping[        ]meet potential investors. Prince does not recall    **b6**
Nader speaking at the meeting with Trump, Jr. Prince does not know if        **b7C**
Nader had a separate agenda for attending the meeting. Prince does not
recall whether he was with[        ]and Nader throughout the entire time that
they were upstairs at Trump Tower.

Prince does not know[        ]other business interests. Prince has heard       **b6**
of the PSY Group as an Israeli technology and communications company.          **b7C**
[        ]had mentioned the PSY Group to Prince, but Prince does not recall
the context. Prince does not know if[     ]was associated with the PSY
Group.

In July or August 2016, Prince had breakfast with Bannon. Bannon
understood the union mentality of Trump's supporters. Bannon had been in
contact with them through his radio show. Prince and Bannon discussed
policy at the breakfast. Two days later, the Trump Campaign hired Bannon.

Prince sold Blackwater in 2010. Prince's main policy desire was to
have a president that would be open to private contractors conducting
stability operations. Prince helped the UAE successfully combat Somali
pirates. Prince has focused on "peripheral" areas where the Department of
Defense does not have a significant presence, such as Yemen, Somalia and
Libya. Prince has also focused on Afghanistan. Prince sent Bannon a
policy paper "Update on Problem Areas." Prince also sent Bannon his "Case
for a Private Option." Prince got the impression that Bannon had more
important policy matters on his plate.

Prince met Bannon a couple of times at Trump Tower before the
election. Prince set up the meetings by texting Bannon or communicating          **b6**
with[        ]  Prince and Bannon discussed foreign policy and                   **b7C**

FBI(19cv1278)-2154

**b7E**

Continuation of FD-302 of (U) Interview of Erik Prince 04.04.2018 , On 04/04/2018 , Page 4 of 12

trade.  Prince does not recall the subject of Russia coming up during any
of their discussions.

**b6**
**b7C**

[blank] introduced Prince to Roger Stone. [blank] told Prince that Stone
was working on a 501(c)(4) Fund. [blank] did not say that Bannon or the
Campaign approved of Stone's fund.

**b6**
**b7C**

Stone mentioned WikiLeaks a few times.  Prince began one conversation
by asking what Stone thought would be released next.  Prince does not
recall anything that Stone said about WikiLeaks.  Stone did not give
Prince any inside information on the WikiLeaks release of Democratic
National Committee e-mails nor any information on Stone's contacts with
Julian Assange.  Prince was not aware of Stone's public statements about
WikiLeaks or Stone's contacts with Assange.

Barbara Ledeen had a trove of e-mails from the dark web that were
purportedly deleted e-mails from Hillary Clinton's server.  Ledeen wanted
to authenticate the e-mails.  Prince provided funding so that [blank]
[blank] could hire a tech advisor to determine whether the e-mails were

**b6**
**b7C**

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018  , On  04/04/2018  , Page  5 of 12

real. [        ] reported to Prince that the tech advisor had determined
the e-mails were not authentic. [        ] returned the unused portion of
Prince's money.  Prince does not believe that anyone from the Campaign
knew of the effort.

b6
b7C

Prince spent election night at Trump Tower watching the voting
returns. [        ] cleared Prince into the event.  When it appeared that
Trump would win, Prince and other people walked over to the Hilton to hear
Trump's speech.

b6
b7C

Prince met Bannon in Trump Tower a few days after the election.  Prince
advocated for people to fill key National Security positions.  Prince
wanted people that would support his private approach and support
disentangling America from foreign conflicts. [                    ]
[                    ] Prince returned a few weeks later and met again
with Bannon.  Prince again discussed personnel decisions.  Trump did not
select any of the individuals that Prince recommended.  Prince never
sought a position for himself.  On one occasion, Prince rode the train
back from New York to Washington, D.C. with KellyAnne Conway.  They did
not have any substantive conversations during the train ride.

b6
b7C

Prince met Flynn in June 2016, before the Republican convention, for
breakfast in Alexandria. [                ] introduced the two men.  Prince and
Flynn discussed foreign policy.  Flynn had not yet become active in
Trump's campaign.  Prince does not recall any other substantive
interactions with Flynn until after the election.  Post-election, Flynn
and Prince had a quick meeting at Trump Tower regarding which people
should fill National Security positions.  Another time, Prince and Flynn
met at an Irish Pub and talked about how to put out fires in peripheral
areas.  Prince never talked about the role of Russia with Flynn.

b6
b7C

Prince met Trump three times.  The first time was the introduction by
Trump, Jr. in Trump Tower.  The second time, Prince met Trump during a
campaign event in Las Vegas before the last debate.  The third time,
Prince met Trump at a [                    ]
[                    ] Prince never spoke for more than a minute to
Trump.  The substance was always Prince expressing his support and
encouragement.

b6
b7C

Prince has Trump's phone numbers in his cell phone. [            ]
[                                                              ]

b6
b7C

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018   , On  04/04/2018  , Page  6 of 12

briefly introduced Prince to Jared Kushner while they were in
Trump Tower.  Prince and Kushner did not have any substantive
conversations.

b6
b7C

Prince discussed National Security appointments with Dave
Bossie.  Prince and Bossie also discussed Robert Levinson, a former FBI
Agent, that disappeared in Iran.

Prince briefly met K.T. McFarland.  Prince said hello to McFarland
while she was in an office talking with Judge Jeanine Pirro.

The earliest text messages in Prince's cell phone are from March
2017.  Prince used his cell phone prior to March 2017.  Prince does not
know why the text messages do not go back farther than March 2017.  Other
than housekeeping, such as deleting spam messages, Prince has not deleted
any text messages from his cell phone.

b6
b7C

Prince did not know in advance about the December 15, 2016 meeting in
New York between Trump representatives and UAE officials.  During the
meeting or shortly after it, Prince met Nader in the coffee shop of the
Four Seasons Hotel where the meeting was taking place.  Nader said that
Kushner, Flynn and Bannon were at the meeting with Mohammed Bin Zayed
(MBZ) and other UAE officials.  Nader said that they discussed Middle East
issues including Iran, Syria, Iraq, the Muslim Brotherhood and terrorism
generally.  Prince does not know who set up the meeting.

Prince reviewed a series of text messages that he and Nader exchanged
on December 15, 2016 (Document 2).  In the first message, Nader asked
Prince when they could meet at the Pierre Hotel where Nader was
staying.  Prince responded that he had been asked to come straight to
Trump Tower upon arriving in New York.           had probably told Prince
that Bannon had a window to see him.  Prince ended up meeting Nader in the
lobby of the Four Seasons Hotel.  Prince agreed to give Nader a policy
paper on the Muslim Brotherhood to pass on to MBZ.  Prince probably went
somewhere to print the paper, then returned and left it at the front desk
for Nader.  After their meeting in the lobby, Nader messaged Prince that
Nader "told Steven that we just met and he was delighted."  Nader always
stated things in the superlative.  Prince had told Nader that Prince had
met with Bannon.  In another message on December 15, Nader writes that he
cannot wait to "[f]ollow upon our excited mission."  Prince assumes that
the mission is getting the UAE and Saudi Arabia (KSA) to financially
support Prince's solution to end the fighting in Yemen.  Prince's solution

b6
b7C

b7E

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of   (U) Interview of Erik Prince 04.04.2018   , On   04/04/2018   , Page   7 of 12

involved a smaller, more-focused, and perhaps private, armed
force. Prince was confident that the UAE or KSA would go forward with
this solution if Prince could get permission from the U.S.
Government. Prince met with Bannon on December 16, 2016. Bannon said
that Prince was right about MBZ being a great guy. Prince had told Bannon
about a 2010 conference on freedom and Islam that Prince hosted in the UAE
and that MBZ had attended.

After Trump won the election, Nader wanted access to as many people as
possible. One time, Nader and Prince were waiting outside of Bannon's
office. Prince does not believe they came to Trump Tower
together. Prince does not recall any meetings that he attended with both
Bannon and Nader. Trump, Jr. walked by and Nader attempted to talk with
him. Trump, Jr. told Nader not to contact him anymore because he no
longer handled policy matters. Trump, Jr. separately told Prince that he
wanted Nader to stop texting him all the time. Nader received
inauguration tickets from somebody at the stratum of Kushner. After
inauguration, in May or June 2017, Prince ran into Nader in the White
House. Nader did not say who he was meeting in the White House.

Prince reviewed messages between himself and Nader (Document 3). On
December 20, 2016, Nader messaged Prince about Nader visiting the
"neighboring country." Prince interpreted the "neighboring country" as
Saudi Arabia and that Nader would be meeting with Mohammed bin Salman
(MBS). Prince interpreted Nader's reference to going "big real hunting,"
as Prince's solution to end fighting in Yemen. Prince had discussed his
ideas for ending fighting in Yemen with Nader but provided no detailed
operations plan. Prince and Nader did not discuss the Trump
administration and UAE working together. Prince does not know why Nader
sent Prince an image of Nader and Putin together, other than the fact that
Nader always likes to show off his connections.

b6
b7C

Prior to this interview, Prince reviewed records showing that he
travelled to New York on January 3, 2017. Prince does not recall the
travel. The trip was probably to see Bannon. Prince does not recall
checking whether Bannon or Trump, Jr. would be available before he
travelled to New York. Prince reviewed messages exchanged between him and
Nader from December 31, 2016 to January 4, 2017 (Document 4). Based on
the messages, Prince believes that he planned to meet Nader in New York on
January 3. Nader was pushing for a meeting with anyone from the Trump
team. Prince does not know why Nader wanted to meet with someone from the
Trump team. Prince does not recall setting up any meetings for Nader with
the Trump team.

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018   , On   04/04/2018   , Page   8 of 12

Prince reviewed a message that he sent at approximately 1:36 p.m., on January 3, wherein he wrote that he would be at the Pierre Hotel restaurant in 10 minutes to meet Nader (Document 4). Prince does not recall meeting Nader. Prince and Nader probably planned to meet so that Nader could download the information from Nader's meetings with MBZ and MBS. Prince reviewed a set of messages arranging a later meeting at the Pierre Hotel restaurant, the messages ended with Prince writing "[a]m in the restaurant" at 7:32 p.m (Document 4). Prince does not recall the second meeting with Nader either. It was probably a continuation of the same issues as the first meeting.

Agents showed Prince images of the Pierre Hotel and its restaurant. After viewing the images, Prince recalled meeting Nader in the restaurant (Document 5). Prince does not recall what they discussed. They may have discussed Prince's upcoming meeting with MBZ. Prince does not recall them discussing Russia, Dmitriev or contacts with the Trump administration.

Prince does not recall going to Trump Tower on January 3. Prince may have been trying to meet Bannon. Prince had spoken with former U.S. intelligence people about his plan and may have wanted to update Bannon. Prince often sat in the Starbucks in the Trump Tower lobby hoping that Bannon would have an opening to see him.

Prince does not know why Nader sent Prince information on Kirill Dmitriev - a link to a Wikipedia page, "Quotes KD_DT.pdf," and "Kirill DMITRIEV.pdf" - on January 3 and January 4 (Document 4). Nader may have sent the information because it came up during their dinner. Prince would be surprised if Nader sent the information without any discussion. The first time that Prince heard of Dmitriev was at Prince's meeting with MBZ in the Seychelles. At the end of that meeting, MBZ or one of his brothers said that there was a Russian guy that the UAE had done business with and that Prince should meet him.

Prince does not recall opening the attachments sent by Nader on January 4, which contained the information on Dmitriev (Document 4). Prince does not recall calling                      shortly          b6 after the attachments were opened. Prince would have called     to see     b7C if Bannon had time to meet with Prince. Prince probably did not meet Bannon on January 3 because Prince would not have come back on January 4 if he had met with Bannon the day before. There were other times when Prince went to Trump Tower trying to meet with Bannon and never got in to see him. Prince does not recall whether he met with Bannon on January 4. Prince does not recall telling Bannon or anyone else with the Trump Transition team about Dmitriev before the meeting in the Seychelles.

Continuation of FD-302 of (U) Interview of Erik Prince 04.04.2018 , On 04/04/2018 , Page 9 of 12

Prince was like a kid at Christmas about his meeting with MBZ, he could
only focus on the presents under the tree. Prince had previously
conducted significant business with the UAE and he hoped to gain business
for the future. Prince does not recall when he first learned that his
meeting with MBZ would be in the Seychelles rather than the Middle
East. Prince does not recall communicating to Bannon or anyone else that
Prince would be meeting with MBZ.

b6
b7C

When Prince landed in the Seychelles, one of MBZ's men walked Prince
through customs and drove him to the Four Seasons Hotel. MBZ owns the
resort so Prince did not have to pay for his room. Prince met separately
with Nader before meeting with MBZ. Nader warned Prince about the
atmospherics of MBZ's court and the rent-seeking behavior of its
members. Prince and Nader took a golf cart to MBZ's villa. Prince talked
with MBZ about problems in peripheral countries where the UAE had troops,
like Somalia, Libya and Yemen. MBZ was exasperated by the Obama
administration. In Prince's mind, Prince was not there on behalf of the
upcoming Trump administration. Prince did not play up his relationship
with Bannon or anyone else close to Trump. MBZ asked though whether
Prince thought that the Trump administration would support the ideas that
they were discussing. In response, Prince cited Trump's campaign promises
and what Prince had heard from Trump's Strategic Policy Advisor, Bannon,
on the issues. Prince spent about an hour and a half with MBZ. MBZ
offered Prince a ride back to Abu Dhabi on MBZ's airplane. At the end of
the meeting, one of MBZ's people said that there was a Russian guy at the
resort, that the UAE had put money into his funds, and that he would be a
useful guy for Prince to meet.

After the MBZ meeting, Prince went back to his room and napped. Prince
then went to dinner, he believes Nader ate dinner with him. After dinner,
Prince and Nader walked over to the bar and met Dmitriev. Dmitriev's wife
was with him but soon walked away. Dmitriev spent the first six or seven
minutes discussing his hope that their countries could work better
together. Prince responded that if Roosevelt could work with Stalin to
defeat the Nazis then Trump and Putin could work together to fight
terrorism. Dmitriev also talked about the two countries resuming normal
trade relations, but Prince does not recall Dmitriev specifically
mentioning sanctions. Dmitriev knew Prince had been a loud advocate for
Trump but Prince does not recall Dmitriev speaking as if Prince was a
contact to the Trump people. Dmitriev did not say when he had been asked
to meet with Prince or who asked him to meet with Prince. Prince
understood that Dmitriev was in the Seychelles to meet MBZ. Prince and
Dmitriev spent most of their time discussing oil prices. Prince owns a

geoscience business that searches for oil.  Prince explained to Dmitriev
how the Saudis failed to put the U.S. fracking companies out of business
by increasing production to keep prices low because the companies
continued to operate under U.S. bankruptcy laws.  Dmitriev insinuated to
Prince that he wanted Prince to pass along the message of better relations
to people in the U.S.  Dmitriev emphasized wanting to get past the
past.  Prince does not recall any discussion of potential Russian
interference in the 2016 Presidential election.  Prince had a beer during
their conversation.

Prince went back to his room after the meeting with Dmitriev.  Prince
got a message from a Libyan friend that the Russian aircraft carrier
Kuznetsov had been toured by Khalifa Haftar of Libya.  Prince contacted
Nader and asked to meet with Dmitriev again.  Prince initially told
investigators that the second meeting also occurred in the bar.  After
Agents showed Prince images of Villa ___ at the Four Seasons Seychelles       b6
(Document 6), Prince stated that his second meeting with Dmitriev was in    b7C
Nader's villa.  Prince pointed out to Dmitriev that Dmitriev had talked
about wanting to work together but that Prince personally thought that the
Kuznetsov incident would be offensive to the Trump
administration.  Dmitriev answered that he did not know about the incident
and that the Russian armed forces sometimes got ahead of themselves.

Prince told Nader that he would let Bannon know that Prince had talked
with Dmitriev.  Prince would pass along to Bannon that someone in the
Russian power structure was interested in better relations.

Prior to meeting Dmitriev, Prince read Dmitriev's biography that Nader
had previously sent him.  Prince cannot recall how he knew to look in his
cell phone for Dmitriev's information.  Prince posits that Nader must have
told him that Dmitriev is the person about which I previously sent you
information.  Even given the fact that Nader had sent the information
earlier, Prince is not sure whether the meeting between him and Dmitriev
was pre-arranged.  Having read the biography and knowing that Dmitriev
managed Russia's sovereign wealth fund, Prince knew before the meeting
that Dmitriev had strong political connections in Russia.

b6
b7C

On the plane back to Abu Dhabi, Prince spoke alone with MBZ for about
an hour.  They mostly talked about planes and Prince's idea for using a
modified crop duster as a counterinsurgency plane.  MBZ is a

b7E

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018  , On  04/04/2018  , Page  11 of 12

gearhead.  Prince does not recall discussing Dmitriev with MBZ.  Prince
landed in Abu Dhabi and went to China the next day.  Prince spent three or
four days in China before flying back to the U.S. on January 15.

The next day, on January 16, Prince met with Bannon at the Breitbart
house. [                                                    ] Prince also told
Bannon about his meetings with MBZ and Dmitriev.  Prince said that MBZ was
interested in his solution to the fighting in Yemen and other
areas.  Prince described Dmitriev as a Western educated, sovereign wealth
fund manager.  Prince told Bannon that Dmitriev wanted an improved and
more cooperative relationship with the U.S.  On the morning of January 16,
before visiting Bannon, Prince captured a screenshot of Dmitriev's
Wikipedia page on his cell phone (Document 8).  Prince believes that he
captured the image so that he could remember Dmitriev's name when he met
with Bannon.  Prince cannot recall whether he showed Bannon the
screenshot.  Likewise, Prince cannot recall whether he told Bannon that
the meeting was in the Seychelles.

b6
b7C

Prince reviewed a January 17, 2017, message from Nader asking if Prince
had time to meet with [        ] (Document 9)  Prince replied yes.  Prince
does not know who [        ] is.  Nader then messaged "[w]hat about Kirill?"
(Document 9)  Prince does not think he responded to this message.  Prince
does not recall communicating with Nader about Dmitriev after they left
the Seychelles.  Prince does not recall sending a message to Nader stating
Prince had been contacted by the Senate Intel Committee "all thanks to the
Russian guy you wanted me to meet."  Nader would not take any action
unless it was approved by MBZ.  Prince does not know why he would have
wrote "you" wanted me to meet when it was one of MBZ's other people that
suggested the meeting unless it was because Nader walked Prince into the
meetings with MBZ and Dmitriev.  Prior to the Washington Post article in
April 2017, only Bannon, Nader, Dmitriev and the UAE officials knew that
Prince had met with Dmitriev.  Prince may have told Flynn but he does not
believe that he told Flynn.

b6
b7C

On the day of his testimony before the House Permanent Select Committee
on Intelligence (HPSCI), Prince believed that he was only going to speak
with Devin Nunes about illegal unmasking of Americans and the wrongful use
of SIGINT.  Prince agreed to the release of his HPSCI testimony because,
after speaking with [                                    ] Prince did not
believe that he had a choice.

b6
b7C

[                                                                      ]

b6
b7C

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of  (U)  Interview of Erik Prince 04.04.2018  , On  04/04/2018  , Page  12 of 12

[ ]  MBZ would have arranged the meeting for
strategic reasons such as chipping away at the relationship between Russia
and Iran.

b6
b7C

Exhibit 22
Declaration of James A. Bowman

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//~~FOUO~~

## FEDERAL BUREAU OF INVESTIGATION

Date of entry        07/13/2018

JARED COREY KUSHNER, date of birth (DOB) [                    ] was
interviewed at the Special Counsel's Office (SCO) on April 11,
2018. Also present during the interview were KUSHNER's attorneys
[                                        ] from Norton Rose
Fulbright US LLP, Senior Assistant Special Counsel (SASC) Zainab
Ahmad, SASC Andrew Goldstein, FBI Special Agent (SA) [          ]       **b6**
[        ] and FBI SA[                        ] The interview began at   **b7C**
approximately 9:15 a.m. and concluded at approximately 5:45 p.m.
Water was provided to KUSHNER and his three attorneys. Multiple 5-
10 minute breaks were taken. One 30 minute lunch break was taken.
After being advised of the identity of the interviewing agents,
KUSHNER voluntarily provided the following information:

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

UNCLASSIFIED//~~FOUO~~

Investigation on    04/11/2018    at   Washington, District Of Columbia, United States (In Person)

File # [                              ]                           Date drafted   04/20/2018      **b6**
                                                                                                 **b7C**
by [                                                      ]                                       **b7E**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FBI(19cv1278)-1053

FD-302a (Rev. 05-08-10)

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner                            , On  04/11/2018  , Page  2 of 33

**b5 Per DOJ/OIP**

## CNI/DIMITRI SIMES

**b5 Per DOJ/OIP**

RICHARD PLEPLER, [              ] invited KUSHNER to a TIME  **b5 Per DOJ/OIP**
WARNER lunch with HENRY KISSINGER and DMITRI SIMES. [        ]

**b6**
**b7C**

[                    ] KUSHNER remembered this
being a time when the campaign was having a hard time getting
people to support them. [                    ]

[                    ] KUSHNER admitted to
"pursuing" SIMES. [        ]

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner                                          , On 04/11/2018 , Page 3 of 33

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of (U//~~FOUO~~) Interview of Jared Corey Kushner , On 04/11/2018 , Page 4 of 33

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

At the reception KUSHNER met KISLYAK He shook their hands, chatted for 1-2 minutes and moved on. KUSHNER recalled KISLYAK saying "we like what your candidate is saying. . . it's refreshing."

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

(U//FOUO) Interview of Jared Corey
Continuation of FD-302 of Kushner                                    , On 04/11/2018 , Page 5 of 33

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7A
b7C

FBI(19cv1278)-1057

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

(U//FOUO) Interview of Jared Corey

Continuation of FD-302 of  Kushner                                          , On  04/11/2018   , Page  6 of 33

b5 Per DOJ/OIP

b6
b7A
b7C

b5 Per DOJ/OIP

b6
b7A
b7C

FBI(19cv1278)-1058

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U/~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner _____ , On 04/11/2018 , Page 7 of 33

b5 Per DOJ/OIP

b6
b7A
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner                          , On 04/11/2018 , Page 8 of 33

b5 Per DOJ/OIP

b6
b7A
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

KUSHNER did not recall if the June 9, 2016 Trump Tower meeting
(TRUMP TOWER MEETING) ever came up during a family meeting.     b5 Per DOJ/OIP

b5 Per DOJ/OIP

**b7E**

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey

Continuation of FD-302 of  Kushner _____ , On  04/11/2018 , Page  9 of 33

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

his assistants where he was trying
to get an excuse to get out of the TRUMP TOWER MEETING. KUSHNER
sent an email

**b6**
**b7C**

**b5 Per DOJ/OIP**

FBI(19cv1278)-1061

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of (U//~~FOUO~~) Interview of Jared Corey Kushner , On 04/11/2018 , Page 10 of 33

" KUSHNER did not discuss the TRUMP TOWER MEETING with TRUMP **b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

KUSHNER

leaving early

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b6**
**b7A**
**b7C**

**b5 Per DOJ/OIP**

**b7A**

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey

Continuation of FD-302 of Kushner                    , On  04/11/2018  , Page  11 of 33

b5 Per DOJ/OIP

b6
b7A
b7C

b5 Per DOJ/OIP

SIMES and KUSHNER stayed in touch after the CNI Foreign Policy
speech.                                               b5 Per DOJ/OIP

b5 Per DOJ/OIP

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of  Kushner                                   , On  04/11/2018 , Page  12 of 33

b5 Per DOJ/OIP

SIME b5 Per DOJ/OIP
sent KUSHNER SIMES' "memo on what Mr. Trump may want to say about
Russia."

b5 Per DOJ/OIP

KUSHNER did meet with SIMES in New York at KUSHNER'S
office. KUSHNER had met with SIMES before in his office.

KUSHNER never got from SIMES information that could be
"operationalized."

KUSHNER believe b5 Per DOJ/OIP
at that time there was little chance of something new being
revealed about the CLINTONS since they had been public figures for
decades.

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U/~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner _____, On 04/11/2018 , Page 13 of 33

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of _Kushner_____ , On _04/11/2018_ , Page _14 of 33_

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP  b6
b7A
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP  b6
b7A
b7C

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey

Continuation of FD-302 of Kushner                                    , On  04/11/2018  , Page  15 of 33

b5 Per DOJ/OIP

b6
b7A
b7C

b5 Per DOJ/OIP

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of (U//~~FOUO~~) Interview of Jared Corey Kushner , On 04/11/2018 , Page 16 of 33

b5 Per DOJ/OIP

b6
b7A
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7A
b7C

FBI(19cv1278)-1068

b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U/~~FOUO~~) Interview of Jared Corey

Continuation of FD-302 of Kushner _____, On  04/11/2018 , Page  17 of 33

b5 Per DOJ/OIP

b6
b7A
b7C

b5 Per DOJ/OIP

b6
b7C

Meetings with Kislyak and Gorkov

b5 Per DOJ/OIP

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

(U//FOUO) Interview of Jared Corey

Continuation of FD-302 of  Kushner                                      , On  04/11/2018  , Page  18 of 33

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

In KUSHNER'S meeting with Ambassador KISLYAK, they discussed Syria and having the Russian generals brief FLYNN. FLYNN said there was not a secure line of communication so KUSHNER asked whether they could communicate using the Russian Embassy. Ambassador KISLYAK quickly said "no that won't work."

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

KUSHNER told KISLYAK that he wanted to make sure he was speaking with people "who can make decisions."

b5 Per DOJ/OIP

b5 Per DOJ/OIP

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner                                   , On 04/11/2018 , Page 19 of 33

VARGAS told KUSHNER KISLYAK was being **b5 Per DOJ/OIP**
very insistent. KUSHNER asked [    ] to see if KISLYAK would meet
with AVI BERKOWITZ and ultimately KISLYAK agreed. KISLYAK told
BERKOWITZ that KUSHNER should meet with someone else who was a
better channel through which to communicate to PUTIN.

KUSHNER took the meeting with SERGEY GORKOV                    **b5 Per DOJ/OIP**

KUSHNER did no prep for the meeting. No one on the transition team
googled GORKOV.                                                **b5 Per DOJ/OIP**

**b6**
**b5 Per DOJ b7A**
**b7C**

The meeting with GORKOV started with GORKOV presenting KUSHNER with
two very thoughtful gifts; a bag of dirt/soil from the town in
Belarus where KUSHNER'S family is from and a painting.        **b5 Per DOJ/OIP**

UNCLASSIFIED//~~FOUO~~

FBI(19cv1278)-1071

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner _____ , On 04/11/2018 , Page 20 of 33

b5 Per DOJ/OIP

KUSHNER did not recall anything
about GORKOV's bank (VEB) being sanctioned, or any discussions of
US sanctions.

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7A
b7C

b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey

Continuation of FD-302 of Kushner                              , On 04/11/2018  , Page 21 of 33

b5 Per DOJ/OIP

b5 Per DOJ/OIP
b6
b7A
b7C

b5 Per DOJ b6 P
b7C

Meeting with MBZ and _____ the UAE

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7A
b7C

During the transition, GERSON was being used
by MBZ _____ to reach out _____

b5 Per DOJ/OIP

FBI(19cv1278)-1073

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey

Continuation of FD-302 of Kushner                              , On 04/11/2018 , Page 22 of 33

b5 Per DOJ/OIP

b6
b7A
b7C

b5 Per DOJ/OIP
b5 Per DOD

b5 Per DOJ/OIP

b5 Per DOJ P
b6
b7A
b7C

b5 Per DOJ/OIP

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U/~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of  Kushner _____ , On  04/11/2018  , Page  23 of 33

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

FBI(19cv1278)-1075

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~)  Interview of Jared Corey

Continuation of FD-302 of  Kushner                                          , On  04/11/2018  , Page  24 of 33

**b5** Per DOJ/OIP

**b5** Per DOJ/OIP

**b5** Per DOJ/OIP

Former FBI Director James Comey:

**b5** Per DOJ/OIP

KUSHNER [                                    ]        **b5** Per DOJ/OIP
[                    ] had no recollection of whether TRUMP asked
COMEY to stay behind. [                                    ]

b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey

Continuation of FD-302 of Kushner _____ , On 04/11/2018 , Page 25 of 33

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

May 5,                                    b6

dinner.                                   b7C

KUSHNER said the first draft of [      ] letter reflected the
reasons TRUMP wanted to fire COMEY and was the truest
representation of what TRUMP said in that dinner.

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner _____, On  04/11/2018 , Page  26 of 33

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

(U//FOUO) Interview of Jared Corey
Continuation of FD-302 of ___Kushner_____, On __04/11/2018__, Page __27 of 33__

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner                          , On 04/11/2018 , Page 28 of 33

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U/~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner _____, On 04/11/2018 , Page 29 of 33

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

UNCLASSIFIED//~~FOUO~~

FBI(19cv1278)-1081

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey

Continuation of FD-302 of  Kushner                                    , On 04/11/2018 , Page 30 of 33

b5 Per DOJ/OIP

Statements Regarding June 9, 2016 Meeting:

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of    Kushner                                    , On  04/11/2018  , Page  31 of 33

b5 Per DOJ/OIP
b6
b7C

b5 Per DOJ/OIP

KUSHNER did not recall speaking to TRUMP at all about the meeting

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7A
b7C

UNCLASSIFIED//~~FOUO~~

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of  Kushner                                          , On  04/11/2018  , Page  32 of 33

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

two printouts containing ideas on how to improve US-Russia
relations. [                    ] the document was two or three pages

KUSHNER scanned
the documents quickly and gave one each to BANNON and TILLERSON.
Neither BANNON nor TILLERSON followed up with KUSHNER. [          ]

b5 Per DOJ/OIP

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of Jared Corey
Continuation of FD-302 of Kushner _____, On 04/11/2018 , Page 33 of 33

b5 Per DOJ/OIP

Exhibit 23
Declaration of James A. Bowman

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM

b3
b7E

FD-302 (Rev. 5-8-10)

-1 of 15-

UNCLASSIFIED//~~FOUO~~

OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/11/2018

GEORGE NADER, date of birth (DOB) [          ] was interviewed at 395    **b6**
E. Street SW, Washington, D.C. NADER was represented by attorneys [          ]    **b7C**
[          ] and [          ] from Holland and Hart LLP.   Also present at the
interview were Senior Assistant Special Counsels Zainab Ahmad, Brandon Van
Grack, and Jeannie Rhee.

At approximately 9:15 AM, NADER's attorneys and SCO attorneys    **b6**
discussed the attached proffer letter. [          ] made notations to the proffer    **b7C**
letter. Ahmad indicated that these notations did not indicate the SCO
agreed to these notations.

[          ] raised concerns about the search warrant that was executed on    **b6**
January 17, 2018 and when NADER would get his phones back. Ahmad explained    **b7C**
the difficulty in imaging NADER's iPhone 6 and iPhone 7.

Ahmad explained to NADER that he was a subject, but not a target of
the SCO and that his phones might have evidence of crimes committed by
other people.

At approximately 9:34 AM, Ahmad made notations to the attached
proffer letter. Ahmad explained the proffer letter to NADER and emphasized
the importance of truthfulness. Ahmad told NADER that false statements to
FBI agents would be violations of Title 18, U.S.C. Section 1001.

After being advised of the identity of the interviewing Agents and the
nature of the interview, NADER provided the following information:

NADER's Background

[                                                                    ]    **b6**
[                                                                    ]    **b7C**
[                    ] NADER introduced Vice President DICK CHENEY to AHMED CHALABI.

[    NADER continued an informal relationship with CHENEY through [          ]    **b6**
[                                                                ]    **b7C**

UNCLASSIFIED//~~FOUO~~

Investigation on  01/19/2018  at  Washington, District Of Columbia, United States (In Person)    **b3**
**b6**
File # [                                                    ]    Date drafted  01/23/2018    **b7C**
**b7E**
by [                                                        ]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FBI(19cv1278)-2742

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

b3
b7E

(U/~~FOUO~~) Interview of GEORGE NADER, 1/19

Continuation of FD-302 of  /2018                                     , On  01/19/2018  , Page  2 of 15

NADER first met ERIK PRINCE in Iraq. PRINCE was running the security company Blackwater, and was a well-paid consultant for the U.S. occupation of Iraq. NADER advised PRINCE on the customs and business practices in Iraq. NADER was in the process of obtaining a business license for Blackwater to operate in Iraq when the Nisour Square shooting occurred.

NADER is currently a business consultant in Abu Dhabi, United Arab Emirates (UAE). NADER has an unofficial advisory relationship with the leaders of UAE and Saudi Arabia, but is not an employee of the government of UAE or Saudi Arabia. This relationship is similar to how he worked for CHENEY. NADER specialized in bringing companies together for real estate deals or licenses.

During the 2016 Presidential Campaign, NADER advised the leaders of UAE and Saudi Arabia to be on good terms with both the HILLARY CLINTON and DONALD TRUMP campaigns. NADER found it easy to develop contacts inside the Clinton Campaign because he knew President BILL CLINTON. However, TRUMP was an enigma, and no one knew exactly what he stood for. Regardless of who won, they would need to be on good relations with the incoming administration.

NADER's greatest strength as an advisor is because he is a U.S. citizen who has respect and contacts with both sides in a difficult environment. (Note: [   ] provided the attached Congressional Records at this time). For example, NADER has had contacts with both Israeli Prime Minister BENJAMIN NETANYAHU and Ayatollah RUHOLLAH KHOMEINI.

b6
b7C

Meeting DONALD TRUMP JR.

NADER had attempted to develop connections to the senior level of the Trump Campaign through WALID PHARES. PHARES had tried to introduce NADER to JARED KUSHNER, but the meeting did not happen.

PRINCE brokered a meeting between TRUMP JR., [       ] PRINCE, and NADER.

b6
b7C

Although PRINCE moved to Abu Dhabi, NADER had not talked to him in a long time. [                                                    ]

b6
b7C

[     ] advised NADER that PRINCE was well connected to the Trump Campaign and TRUMP family. [     ] is a traditional Republican, and like

b6
b7C

FBI(19cv1278)-2743

b3
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U/~~FOUO~~) Interview of GEORGE NADER, 1/19

Continuation of FD-302 of /2018 , On 01/19/2018 , Page 3 of 15

most traditional Republicans refused to join the Trump Campaign. However,
_____ focus is on pro-Israel policies and the threat posed by Iran.
_____ is close to Israeli Ambassador RONALD DERMER.

b6
b7C

_____ knew that PRINCE was working with _____ on a project. _____

b6
b7C

Because NADER was _____

b6
b7C

NADER first met _____ at the Park Hyatt Hotel at 24th and M Street,
Washington, DC. _____ told NADER that he had an independent way to connect
with the Trump Campaign through _____ and an individual in New
York. _____ also mentioned that PRINCE was well connected to the Trump
campaign and Trump family and that PRINCE would be the fastest and best
avenue to reach the TRUMP Campaign.

b6
b7C

_____ and PRINCE jointly set up a meeting with TRUMP JR. The meeting
occurred at Trump Tower and lasted for 35 to 40 minutes. NADER initially
recalled that this meeting happened in July 2016, but upon reviewing his
text messages, he concluded it took place on August 1, 2016. PRINCE did
most of the talking explaining to TRUMP JR what he was doing to help the
campaign and about a fundraiser he was planning on holding at his house.
NADER asked to be invited to the fundraiser.

b6
b7C

PRINCE introduced NADER to TRUMP JR and explained that NADER was an
expert in the gulf region. _____

b6
b7C

TRUMP JR stated that the U.S.'s best allies in the region were Egypt,
Israel, UAE and Saudi Arabia. TRUMP JR specifically emphasized Egypt.
PRINCE told TRUMP JR that relations with UAE, Saudi Arabia, Egypt, and
Israel would all be better after TRUMP won the election that during the
time of President BARRACK OBAMA.

b6
b7C

UNCLASSIFIED//~~FOUO~~

FBI(19cv1278)-2744

**b3**
**b7E**

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of (U/~~FOUO~~) Interview of GEORGE NADER, 1/19 /2018 ,On 01/19/2018 ,Page 4 of 15

**b6**
**b7C**

After the meeting with TRUMP JR, NADER, PRINCE and [ ] met for coffee.

**b6**
**b7C**

PRINCE said NADER's connections with Middle East leadership could help with fundraising. PRINCE said that NADER should ask Gulf leaders for funds because a Trump Campaign victory would be good for them. NADER said that he would help with countering Iran, but not with asking about providing funds to support the campaign.

NADER's second and third meetings with TRUMP JR:

Approximately two to three weeks after their initial meeting, NADER met with TRUMP JR again. This meeting occurred in TRUMP JR's offices at Trump Tower and lasted for approximately 15 minutes. NADER had been staying at the Taj Pierre Hotel in New York when TRUMP JR told him to come to Trump Tower. Because NADER had heard about TRUMP JR traveling for the campaign, he wanted to invite him to meet MBZ and the then Deputy Crown Prince of Saudi Arabia MOHAMMAD BIN SALMAN (MBS) in Morocco. MBZ and MBS stay for several weeks at a compound in Morocco every summer. TRUMP JR said he would check with his team prior to going.

Approximately two to three days later, TRUMP JR and NADER met again.

**b6**
**b7C**

While this meeting was occurring, KUSHNER walked into TRUMP JR's office to ask about another meeting. TRUMP JR introduced KUSHNER to NADER and they shook hands.

All of these meetings occurred in TRUMP JR's personal office, not in the campaign offices at Trump Tower. At one of these meetings, TRUMP JR asked NADER about [ ] specifically what he did, and why he had been at the initial meeting.

**b6**
**b7C**

FBI(19cv1278)-2745

b3
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

Continuation of FD-302 of ___(U//~~FOUO~~) Interview of GEORGE NADER, 1/19/2018___ , On _01/19/2018_ , Page _5 of 15_

NADER's fourth meeting with TRUMP JR:

In mid-September 2016, NADER was in New York for the U.N. General Assembly (UNGA). NADER informed TRUMP JR that he was in town. TRUMP JR asked NADER to stop by Trump Tower.

NADER told TRUMP JR that he was going to be heading to Washington, DC to meet with DERMER. TRUMP JR said he was trying to arrange a meeting between <u>NETANYAHU and Candidate TRUMP</u>. TRUMP JR told NADER words to the effect, [_____] I know you're close with DERMER and can you make it happen? I know NETANYAHU is meeting with CLINTON. We need this meeting for our credibility."

b6
b7C

TRUMP JR started calling NADER hourly to check on the status of this meeting.

NADER checked with DERMER and was told that this meeting could not happen. NETANYAHU had met with Candidate MITT ROMNEY in 2012 and the meeting had caused problems. DERMER said he was traveling to Israel and coming back to the U.S. with NETANYAHU.

[_____]

b6
b7C

[_____]

b6
b7C

This was the last substantive contact NADER had with TRUMP JR until after the 2016 election.

[_____] and PRINCE follow up questions

b6
b7C

[_____]

b6
b7C

PRINCE was pushing for NADER to help PRINCE reconnect with MBZ.

Exhibit 21 (WhatApp chats between [_____] and NADER):

b6
b7C

Page 1 (June 8, 2016):

UNCLASSIFIED//~~FOUO~~

b3
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of GEORGE NADER, 1/19

Continuation of FD-302 of /2018 , On 01/19/2018 , Page 6 of 15

NADER identified the reference to "St. P" as St. Petersburg, Russia.

NADER was in St. Petersburg for a business conference that is like the Davos conference, but in Russia. NADER attends this conference every year.

While in St. Petersburg, NADER met [ ] for a half hour at the bar.

b6
b7C

NADER did not hear about any Trump Campaign staff travelling to Russia.

NADER initially stated he did not meet any Russian government officials during this trip.

NADER then said that Russian President VLADIMIR PUTIN was at a luncheon NADER attended during this trip. NADER met and shook hands with PUTIN. The Russian ministers of oil and industry were also present at this luncheon.

NADER met with KIRILL DMITRIEV, the head of Russian Direct Investment Fund (RDIF). NADER and DMITRIEV discussed regional politics. NADER and DMITRIEV did not discuss the Trump Campaign.

Pages 2 and 3 (June 15, 2016):

b6
b7C

The photo of NADER and PUTIN was taken while at the St. Petersburg conference.

NADER identified the "big friend" as NETANYAHU. NADER said there was no particular reason he wanted [ ] to share with photo with NETANYAHU other than to show that NADER was well connected.

b6
b7C

Page 4 (June 15, 2016):

b6
b7C

FBI(19cv1278)-2747

b3
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED/~~FOUO~~

(U/~~FOUO~~) Interview of GEORGE NADER, 1/19
/2018

Continuation of FD-302 of                                  On  01/19/2018   Page  7 of 15

b6
b7C

Page 5 (June 28, 2016):

mention of "chief of staff" is a reference to DERMER's Chief
of Staff.

b6
b7C

Page 6 (July 2, 2016):

b6
b7C

b6
b7C

Page 9 (July 16, 2016):

b6
b7C

b6
b7C

NADER did not discuss the Trump Campaign with          on this trip.
NADER thinks he had already met with          PRINCE and TRUMP JR, but he
might be remembering the days wrong.

b6
b7C

b3
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of GEORGE NADER, 1/19
Continuation of FD-302 of /2018                                           , On  01/19/2018 , Page  8 of 15

Page 10 (July 16, 2016):

"Our friend" refers to

b6
b7C

"Proper introduction and management" refers to meeting the Trump
Campaign team.

b6
b7C

NADER personally preferred CLINTON as a candidate. NADER had good
contacts within the Clinton Campaign. NADER was actually invited and
present at the Clinton Campaign party on election night in 2016.   NADER
had been invited to the party

b6
b7C

NADER's friends in the Middle East wanted TRUMP to win as they
thought CLINTON would continue the policies of OBAMA. They thought that
CLINTON's advisor HUMA ABEDIN was associated with the Muslim Brotherhood.
They also associated CLINTON with the ouster of former Egyptian President
HOSNI MUBARAK which occurred when CLINTON was Secretary of State.

UAE's Ambassador to the U.S. YOUSEF OTAIBA was also a supporter of
CLINTON.

Pages 13 and 14 (July 19, 2016):

b6
b7A
b7C

b6
b7C

Page 16 (July 22, 2016):

UNCLASSIFIED//~~FOUO~~

FBI(19cv1278)-2749

b3
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

(U//FOUO) Interview of GEORGE NADER, 1/19

Continuation of FD-302 of /2018 , On 01/19/2018 , Page 9 of 15

"Zero exposure" refers to NADER's concerns about connecting to the Trump Campaign through PRINCE. Previously, [ ] had only mentioned [ ] as being the connection to the campaign.

b6
b7C

NADER intended for this meeting to open a dialogue between the Trump Campaign and the leadership of Middle East countries.

Page 18 (July 22, 2016):

[ ] mention of "something important to bring to the table" refers to the connection to the Middle East through NADER.

Discussions were occurring with American Jewish leaders such as [ ] and [ ] to support the Trump Campaign.

b6
b7C

Page 21 (July 23, 2016):

b6
b7C

Page 23 (July 23, 2016):

"RD" refers to DERMER.

Pages 19 and 20 (July 22, 2016):

"The Girl" refers to possibly meeting IVANKA TRUMP.

b6
b7C

Pages 25 to 27 (July 30, 2016):

NADER reviewed this exchange and indicated that he was referring to PRINCE. [ ] had previously told NADER that PRINCE was going to be at the meeting with TRUMP JR.

b6
b7C

Pages 30 - 32 (July 30, 2016):

FBI(19cv1278)-2750

b3
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of GEORGE NADER, 1/19
Continuation of FD-302 of /2018 , On 01/19/2018 , Page 10 of 15

NADER is informing [ ] that MBZ and MBS are encouraging him to
contact the Trump Campaign.

b6
b7C

"ERIC" is a reference to ERIC TRUMP. NADER has only met ERIC TRUMP at
the inauguration. NADER asked to meet ERIC TRUMP several times.

[ ] came up when NADER told [ ] the Trump Campaign needed
greater support from the Jewish community. NADER had been discussing with
[ ] how to garner additional support for the Trump Campaign within the
American Jewish community. NADER never met [ ]

b6
b7C

Page 35 (August 4, 2016):

"HH" refers to MBS.

"HRH" refers to MBZ.

NADER told MBS and MBZ that the meeting with TRUMP JR was positive.
TRUMP JR said that they would be allies with UAE and Saudi Arabia and not
stab them in the back.

b6
b7C

Page 39 (August 7, 2016):

These messages refer to NADER asking [ ] if TRUMP JR will be coming
to Morocco to see MBS and MBZ.

b6
b7C

Pages 41 to 43 (August 7, 2016):

NADER had spoken with TRUMP JR about the potential meeting in Morocco
and is relating their conversations with [ ] TRUMP JR did not like to
speak on the phone.

b6
b7C

b6
b7C

b6
b7C

FBI(19cv1278)-2751

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of GEORGE NADER, 1/19

Continuation of FD-302 of /2018 , On 01/19/2018 , Page 11 of 15

Page 44 (August 7, 2016):

b6
b7C

Page 51 (August 13, 2016):

b6
b7C

Page 62 (August 25, 2016):

b6
b7C

Seychelles Meeting

Erik PRINCE met with Kirill DMITRIEV in the Seychelles. NADER was present at the meetings, but stated that NADER helping to arrange the meeting was "too strong" of a wording. NADER stated that it was never meant for the Russians to be included in the Seychelles meeting. NADER subsequently further described the Seychelles meeting.

On December 14th, 2016, the day before the meeting between the UAE representatives and Jared KUSHNER, Steve BANNON and Michael FLYNN in New York, PRINCE came by and said he wanted to meet again with MBZ and therefore asked NADER to help set it up. NADER wanted to hear from and receive the approval from Donald TRUMP JR, KUSHNER, BANNON or one of the transition team principles to make sure PRINCE had their approval before he setup the meeting with MBZ. If they granted their approval, NADER would facilitate a meeting between PRINCE and MBZ. A meeting subsequently occurred where FLYNN, BANNON, TRUMP JR, PRINCE and NADER were present. During the meeting TUMP JR told NADER that from now on, he would no longer be a point of contact for these type of issues and NADER would therefore work with "these guys" in reference to FLYNN and BANNON. PRINCE was asking to setup a meeting with MBZ to discuss security/military issues and asked

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U/~~FOUO~~) Interview of GEORGE NADER, 1/19

Continuation of FD-302 of /2018                          , On  01/19/2018  , Page  12 of 15

if it was ok "with you guys". FLYNN and BANNON told NADER that PRINCE was
a great guy, work with him and anything he sets up we will support.

PRINCE wanted to meet with MBZ because he believed he never finished
the job in Iraq and believed the incoming administration would support his
efforts. PRINCE believed that any agreement made between him and MBZ would
get the approval of the incoming administration. PRINCE believed he could
get the incoming administration to back the agreement and said to leave
the American side for him to handle. NADER asked MBZ when to setup the
meeting, and MBZ said to do it in January 2017.                          **b6**
                                             and MBZ didn't want to go out of his way   **b7C**
to facilitate the meeting.

PRINCE went to the Seychelles and met with MBZ. During the meeting it
was apparent that PRINCE needed to be on the same level as the Russians,
who were currently coordinating with MBZ and Egypt. PRINCE wanted to meet,
coordinate, and cooperate with the Russians after he got to the
Seychelles. The purpose would be to de-conflict with the Russians in
advance. NADER didn't recall and didn't believe telling DMITRIEV that
PRINCE was going to be in the Seychelles prior to their meeting.   The
discussion between MBZ and PRINCE went well, so NADER set up PRINCE with
DMITRIEV. PRINCE wasn't saying he was coming on behalf of the Americans,   **b6**
                                                                            **b7C**
                   NADER reiterated that the PRINCE and DMITRIEV in the
Seychelles meeting was not planned ahead of time, and that MBZ suggested
it after his meeting with PRINCE.

Exhibit 25, page 15

When shown the text message of NADER sending to PRINCE links and
articles of DMITRIEV's biography and information on January 3, 2017 NADER
said that in regards to PRINCE talking with someone of the issue of
Russia, and who he could meet, NADER thought DMITRIEV would be the person.
NADER knew they would both be there, and it is possible that he told
PRINCE that DMITRIEV would be there, but NADER did not pre-plan the
meeting between PRINCE and DMITRIEV as such. NADER then stated that the
meeting could have been pre-arranged. NADER was aware of the Washington
Post article on the Seychelles meeting, did discuss it with DMITRIEV, and
                                   NADER stated that he mentioned DMITRIEV to   **b6**
PRINCE after meeting with MBZ and NADER contributed to setting up the          **b7C**
PRINCE and DMITRIEV meeting. The purpose of the meeting was to talk
business. Whatever needed to be done as a result of the meeting, PRINCE
would coordinate with the "people back home" and it was PRINCE's
responsibility on the American side to work it out accordingly. DMITRIEV
would look on his side to find out what party to reach out too. NADER didn'

UNCLASSIFIED//~~FOUO~~

b3
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of GEORGE NADER, 1/19

Continuation of FD-302 of /2018                                      , On  01/19/2018  , Page 13 of 15

t believe that PRINCE mentioned he was part of the incoming
administration, and that PRINCE was interested in talking with DMITRIEV
about going after their common enemies.

DMITRIEV was determined to be the most reliable and had an interest in
meeting a representative of the Trump Campaign. DMITRIEV was attending a
conference in New York City and NADER said to wait until after the new
administration was in the White House, and he never mentioned it to the
Americans.

Exhibit 22, page 40

When shown the text message dated January 3, 2017, NADER was not sure
who it was referred to him meeting with. NADER did not meet with TRUMP JR,
BANNON or anyone in the Trump Campaign in January 2017. NADER stated that
he would have to refresh his memory and review the documents. NADER doesn'
t remember sending DMITRIEV's bio to anyone besides PRINCE.

Exhibit 22, page 43

When shown the text referring to a person designated by "Steve" for
DMITRIEV to meet, NADER stated the person was PRINCE, and that "Steve" was
BANNON. BANNON designated PRINCE to meet with DMITRIEV. PRINCE may have
been the one that told NADER that BANNON was designating PRINCE to meet
with DMITRIEV. PRINCE has a very close relationship to BANNON. MBZ was
backing NADER, and PRINCE had the support of BANNON and FLYNN on how to
fight terrorists. NADER stated it was not a backchannel between Americans
and Russians, just for both to fight common enemies. For the PRINCE and
DMITRIEV meeting, both knew beforehand that they were meeting in the
Seychelles, and it is possible that BANNON sent PRINCE.

NADER felt it was not his business to introduce DMITRIEV to the
incoming administration, or to be a conduit, and he only mentioned
DMITRIEV to PRINCE. After the meeting in the Seychelles, NADER asked
KUSHNER about PRINCE, and KUSHNER told NADER to have nothing to do with
PRINCE. NADER stated that Secretary of Defense James MATTIS later re-
affirmed KUSHNER's stance of not working with PRINCE.

In regards to BANNON, PRINCE let NADER to believe that whatever
agreement they reached with MBZ and the Russians, PRINCE stated that
"Steve is my pocket and              . PRINCE further said "I have Steve
totally on board and in my pocket." PRINCE would know how to go about it
to get backing from the American side.
NADER was clear that PRINCE told NADER that BANNON had sent PRINCE.

b6
b7C

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of GEORGE NADER, 1/19

Continuation of FD-302 of /2018 , On 01/19/2018 , Page 14 of 15

NADER described the Seychelles meeting between PRINCE and DMITRIEV as
such. [redacted] and     b6
he was encouraged to come into the Seychelles earlier then he planned.   b7C
PRINCE had come to the Seychelles to meet with MBZ on a project involving
Libya and Afghanistan. PRINCE stated that "this administration will owe
you forever" and that the UAE would get protection in return. NADER
remembers PRINCE going over maps with MBZ and saying the project might
cost $1-2 billion.   DMITRIEV's name came out as a very important Russian,
and PRINCE was very eager to work with the Russians in an effort to "clean
up" Afghanistan.   No political discussions were held between DMITRIEV and
PRINCE. DMITRIEV was the Russian side who could put PRINCE in contact with
the right person in Russia, and that DMITRIEV was the guy to work with on
anything to do with Russia.

NADER knew DMITRIEV for approximately 5-7 years [redacted]   b6
[redacted] DMITRIEV is reliable and efficient and [redacted]   b7C
[redacted] NADER emphasized to PRINCE that DMITRIEV is good in business and
connected to the government in Russia. DMITRIEV could put PRINCE in touch
with the right person or company. After the meeting with PRINCE, DMITRIEV
had a meeting with MBZ and they did discuss the RDIF.

The meeting between DMITRIEV and PRINCE took place in a bar by the sea,
[redacted] The only ones present during the meeting   b6
were PRINCE, DMITRIEV and NADER. The meeting took approximately 25-30   b7C
minutes. PRINCE talked about how much the U.S. and Russia had in common,
Russia was 20% Muslim, had problems with militant Islam in Chechnya.
PRINCE stated that there was a unique opportunity and that the Americans
had his back. PRINCE wanted to meet with his counterpart on the Russian
side, who was determined be DMITRIEV. DMITRIEV stated that he was glad to
meet, there were a lot of misunderstanding between the two countries but
they had common goals. There was talk about Libya and Egypt. According to
NADER there was no discussion of anything political. DMITRIEV stated he
was a great admirer of the new administration, excited to work with them,
in terms of the United States and Russia. It was apparent that PRINCE was
very proud of being an American, but he did not mention BANNON or KUSHNER,
PRINCE was most talking for himself.   When the meeting ended, NADER said
that before anything was done, they must first see what MBZ's decision
would be. It was cordial between PRINCE and DMITRIEV as they left, they
said it was nice to meet each other. No business cards were exchanged or
any lines of communication established. They would work through the UAE
and first wait for MBZ's decision first. [redacted]   b6
[redacted] Just the plan that   b7C

UNCLASSIFIED//~~FOUO~~

b3
b7E

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//~~FOUO~~

(U//~~FOUO~~) Interview of GEORGE NADER, 1/19

Continuation of FD-302 of  /2018 _____ , On  01/19/2018 , Page  15 of 15

was discussed. U.S. sanctions against Russia didn't come up, as well as
the RDIF. After the meeting, DMITIREV stated that he was uneasy with the
conversation with PRINCE.

At approximately 2:12 PM SA [          ] served the attached subpoena to     b6
NADER's attorneys who accepted service for him.                             b7C

At approximately 2:15 PM Senior Assistant Special Counsel Ahmad agreed
to send photographs of NADER's text messages to his attorney.

Exhibit 24
Declaration of James A. Bowman
**Filed Under Seal**

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM

Exhibit 25
Declaration of James A. Bowman
**Filed Under Seal**

*United States v. Alshahhi, et al.*, No. 1:21-cr-00371-BMC-TAM