UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AL MALIK ALSHAHHI, et al.,<br><br>                Defendants. | Case No.: 1:21-cr-00371-BMC-TAM<br><br>**DECLARATION OF JAMES A. BOWMAN IN SUPPORT OF DEFENDANT THOMAS J. BARRACK, JR.'S REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY** |

     I, James A. Bowman, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

     1.     I am an attorney licensed to practice law in California and appearing in the above-entitled action *pro hac vice*. I am a partner with the law firm O'Melveny & Myers LLP, attorneys for defendant Thomas J. Barrack, Jr., in this matter. I respectfully submit this declaration in support of Mr. Barrack's Reply in Support of Motion to Compel Discovery.

     2.     Attached as Exhibit 1 is a true and correct copy of an April 5, 2022 letter from Assistant United States Attorney Ryan Harris to counsel for Mr. Barrack.

     3.     Attached as Exhibit 2 is a true and correct copy of a July 20, 2021 Department of Justice Press Release.

     4.     Attached as Exhibit 3 is a true and correct copy of an August 26, 2021 letter from Assistant United States Attorney Ryan Harris to counsel for Mr. Barrack.

[*Remainder of page left intentionally blank.*]

2

5. Attached as Exhibit 4 is a true and correct copy of a January 27, 2022 letter from Assistant United States Attorney Ryan Harris to counsel for Mr. Barrack.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 12, 2022
      Santa Barbara, CA

O'MELVENY & MYERS LLP

James A. Bowman (admitted *pro hac vice*)
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: jbowman@omm.com

*Attorneys for Thomas J. Barrack, Jr.*