UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

AL MALIK ALSHAHHI, *et. al.*

Defendants.

Case No. 21-CR-371 (BMC)

NOTICE OF APPEARANCE

Please enter the appearance of Samantha E. Miller of O'Melveny & Myers LLP as counsel *pro hac vice* for Defendant Thomas Joseph Barrack in the above-captioned case.

Dated: New York, New York
May 12, 2022

Respectfully submitted,

O'MELVENY & MYERS LLP

/s/ Samantha E. Miller

Samantha E. Miller
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: samanthamiller@omm.com

*Attorney for Thomas Joseph Barrack*