UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AL MALIK ALSHAHHI, et al.<br><br>Defendants. | Case No.: 1:21-cr-00371-BMC-TAM |

# **DEFENDANT THOMAS J. BARRACK, JR.'S**
# **RENEWED MOTION TO DISMISS**

On January 31, 2022, the defendant Thomas J. Barrack, Jr., moved to dismiss the indictment against him. *See* ECF No. 67 (motion to dismiss); *see also* ECF No. 80 (government's opposition to motion to dismiss); ECF No. 83 (reply in support of motion to dismiss); ECF No. 94 (notice of supplemental authority). On May 16, 2022, the government filed a superseding indictment in this case. *See* ECF No. 105.

On May 24, 2022, this Court held a status conference. During that conference, Mr. Barrack's counsel informed the Court that Mr. Barrack intended to renew his previously-filed motion to dismiss in view of the government's superseding indictment. Because the superseding indictment suffers from the same flaws as the original indictment, Mr. Barrack hereby renews his prior motion to dismiss all counts of the superseding indictment against him.

<div style="display: flex;">

Dated: New York, New York
      May 25, 2022

Respectfully submitted,

O'MELVENY & MYERS LLP

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (admitted *pro hac vice*)
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
E-mail: dpetrocelli@omm.com

James A. Bowman (admitted *pro hac vice*)
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: jbowman@omm.com

Samantha Miller
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: samanthamiller@omm.com

*Attorneys for Thomas Joseph Barrack, Jr.*

</div>