

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

June 6, 2022

**Daniel M. Petrocelli**
D: +1 310 246 6850
dpetrocelli@omm.com

**VIA ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    ***United States v. Thomas J. Barrack***
       **Criminal Docket No. 1:21-CR-371-2 (BMC)**

Dear Judge Cogan:

On behalf of Defendant Thomas J. Barrack, Jr., we write regarding the June 6, 2022 motion made by Defendant Matthew Grimes seeking severance of his trial from Mr. Barrack's trial ("the Motion").  Mr. Barrack joins in the Motion and respectfully requests that the Court grant the relief requested.


Respectfully submitted,


*/s/ Daniel M. Petrocelli*


Daniel M. Petrocelli
Partner
of O'MELVENY & MYERS LLP