U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

RCH/SPN/HDM/CRH
F. #2018R01309

June 10, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Rashid Sultan Rashid Al Malik Alshahhi, et al.
               Criminal Docket No. 21-371 (S-1) (BMC)

Dear Judge Cogan:

      The government hereby notifies the Court of its filing today—via the Classified Information Security Officer—of a classified motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1), with related material. A copy of the motion's cover page, with markings removed, and a proposed order on the motion are enclosed.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Craig R. Heeren
      Ryan C. Harris
      Samuel P. Nitze
      Hiral D. Mehta
      Craig R. Heeren
      Assistant U.S. Attorneys

      MATTHEW G. OLSEN
      Assistant Attorney General
      Department of Justice
      National Security Division

By:   /s/
      Matthew J. McKenzie
      Trial Attorney

cc:   Counsel for Defendants (by ECF)
      Clerk of Court (BMC) (by ECF)