UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 1:21-cr-00371-BMC-TAM |
| AL MALIK ALSHAHHI, et al. | |
| Defendants. | |

# **DEFENDANT THOMAS J. BARRACK, JR.'S**
# **MOTION TO RECONSIDER**

The defendant Thomas J. Barrack, Jr. hereby joins defendant Matthew Grimes's motion to reconsider the defendants' motions to dismiss the indictment in light of the Supreme Court's decision in *Ruan v. United States* , No. 20-1410 (U.S. June 27, 2022).

| | |
|---|---|
| Dated: New York, New York<br>      June 29, 2022 | Respectfully submitted, |
| WILLKIE FARR & GALLAGHER LLP | O'MELVENY & MYERS LLP |
| Michael Steven Schachter<br>Randall Wade Jackson<br>Steven J. Ballew<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>Fascimile: (212) 728-8111<br>Email: mschachter@willkie.com<br>        rjackson@willkie.com<br>        sballew@willkie.com | */s/ Daniel M. Petrocelli*<br>Daniel M. Petrocelli (admitted *pro hac vice*)<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br>E-mail: dpetrocelli@omm.com<br><br>James A. Bowman (admitted *pro hac vice*)<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>E-mail: jbowman@omm.com<br><br>Samantha Miller<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>E-mail: samanthamiller@omm.com |

*Attorneys for Thomas Joseph Barrack, Jr.*