

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

RCH/SPN/HDM/CRH
F. #2018R01309

July 19, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Rashid Sultan Rashid Al Malik Alshahhi, et al.
     Criminal Docket No. 21-371 (S-1) (BMC)

Dear Judge Cogan:

   The government respectfully writes in response to the Court's scheduling order entered on July 15, 2022. See Minute Entry dated July 15, 2022. In their letter to the Court dated May 23, 2022, the parties advised the Court that they had jointly agreed to submit proposed juror questionnaires on August 1, 2022. See Dkt. No. 107. At the subsequent status conference, the Court adopted the parties agreed-upon schedule. See Minute Entry dated May 24, 2022. In its most recent scheduling order, the Court indicated that prospective jurors are to complete questionnaires on August 1, 2022, the date that the parties had proposed to submit their draft juror questionnaires for the Court's consideration. The government therefore respectfully requests

clarification from the Court as to the date by which the parties should submit their proposed juror questionnaires.

                                                            Respectfully submitted,

                                                            BREON PEACE
                                                            United States Attorney

                               By:     /s/ Hiral D. Mehta
                                                            Ryan C. Harris
                                                            Samuel P. Nitze
                                                            Hiral D. Mehta
                                                            Craig R. Heeren
                                                           Assistant U.S. Attorneys
                                                           (718) 254-7000

                                                           MATTHEW G. OLSEN
                                                           Assistant Attorney General
                                                           Department of Justice
                                                           National Security Division

                               By:     /s/ Matthew J. McKenzie
                                                            Matthew J. McKenzie
                                                           Trial Attorney

cc:     Counsel for Thomas Joseph Barrack (by ECF)
        Counsel for Matthew Grimes (by ECF)
        Clerk of the Court (BMC) (by ECF)