

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

**Daniel M. Petrocelli**
D: +1 310 246 6850
dpetrocelli@omm.com

July 26, 2022

<u>**VIA ECF**</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *United States v. Thomas J. Barrack*
Criminal Docket No. 1:21-CR-371 (BMC)

Dear Judge Cogan:

On behalf of Defendants Thomas J. Barrack, Jr., and Matthew Grimes, we submit a proposed jury questionnaire, attached hereto as Exhibit A. Counsel for Mr. Grimes has reviewed the questionnaire and consents to its submission.

Respectfully submitted,

*/s/ Daniel M. Petrocelli*

Daniel M. Petrocelli
James A. Bowman
Partners
of O'MELVENY & MYERS LLP