Juror Name: _____          Juror Number: _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
# UNITED STATES OF AMERICA

      **-against-**                         **1:21-cr-00371 (BMC)**

# THOMAS JOSEPH BARRACK and
# MATTHEW GRIMES,
              **Defendants**
---------------------------------------------------X


# UNITED STATES DISTRICT JUDGE BRIAN M. COGAN

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK
# 225 CADMAN PLAZA EAST
# BROOKLYN, NEW YORK


# JURORS ARE INSTRUCTED TO CALL: 1-800-522-5100
# ON _____ AFTER 7:00 P.M.
# FOR FURTHER REPORTING INSTRUCTIONS.

Juror Name: _____          Juror Number: _____

## <u>UNITED STATES v. BARRACK and GRIMES</u>
JUROR QUESTIONNAIRE INSTRUCTIONS

TO THE PROSPECTIVE JUROR:

Welcome to the courthouse and thank you for participating in jury service.  This questionnaire is an important part of the jury selection process.  You are sworn to give complete and truthful answers – under penalty of perjury – to the questions that follow.  All of the information you provide will be kept confidential and will be seen only by the Judge, the Clerk's Office and the members of the prosecution and defense teams, including the defendants.

There are no "right" or "wrong" answers to these questions; just answer honestly and completely.  Please answer each question by placing a check next to the correct response and by providing the information requested.  Take your time and answer each question as fully as possible. Answer all questions.  If you cannot answer a question because you do not understand it, write "do not understand" next to the question.  If a question does not apply to you, fill in the space with an "N/A" for "not applicable."  If you request that your response to a particular question not be made public, write "PRIVATE" in the space next to the question. The Judge may ask you about the topic in a nonpublic session at a later date.  Do not leave any answer blank.

Write in dark ink and as legibly as possible.  Please do not write on the back of any page. If you need extra space, you may continue your answer in the space provided at the end of the questionnaire.

It is very important that you not discuss this questionnaire or your answers with friends, family, co-workers, court personnel or anyone else.  The answers that you provide must be yours and yours alone.  From this point forward, do not read or listen to any news about this case, including anything about the case on TV, radio, newspaper, websites, bios, or social media.  Do not discuss this case with anyone, including your family.  Do not research this case or the people involved: do not research any of the facts presented in this questionnaire, any prior court proceedings, the victims, the defendant, the lawyers and/or the Judge.  This includes research conducted on the internet or through any other source of information.

Jury service is one of the most important duties a citizen can be called on to perform. You will fulfill that civic duty by responding completely and honestly during jury selection.  The Court appreciates your participation and cooperation.

_____
U.S.D.J.

2

Juror Name: _____          Juror Number: _____

## UNITED STATES v. BARRACK and GRIMES

### CASE SUMMARY

The criminal case about to be tried is the result of charges filed against Thomas Joseph Barrack, a former head of an investment fund, and Matthew Grimes, a former employee of that investment company and Mr. Barrack.  The indictment charges that Mr. Barrack, a United States citizen, acted as an agent of United Arab Emirates without prior notification to the Attorney General of the United States, obstructing justice, and making materially false statements to the government.  The indictment charges that Mr. Grimes, a United States citizen, acted as an agent of the United Arab Emirates without prior notification to the Attorney General of the United States.

Mr. Barrack and Mr. Grimes each pled not guilty to the charges in the indictment, and each asserts his innocence of all crimes charged.  The charges that have been filed are only a statement of the charges, are not evidence and do not mean that either of the defendants are guilty.  You must presume each defendant's innocence and the jury must find them not guilty for each crime unless and until the government proves each defendant's guilt for each crime beyond a reasonable doubt.

This is just a summary of the charges to give you some background on the case.  The Court will instruct the jury on the elements of the crimes charged and the applicable law at a more appropriate time during trial.

Juror Name: _____          Juror Number: _____

## <u>BACKGROUND INFORMATION</u>

1.    What is your full name? _____

2.    Where were you born? _____

3.    Is English your first language?

        [  ] Yes          [  ] No

    a.   If no, what is your first language? _____

    b.   How well do you understand *written* English?

        [  ] Well   [  ] Not Very Well   [  ] Poorly

    c.   How well do you understand *spoken* English?

        [  ] Well   [  ] Not Very Well   [  ] Poorly

    d.   If English is not your first language, what is your comfort level with written and spoken English?
    _____

4.    What is your current age? _____

5.    Are you [  ] Male   or   [  ] Female   or   [  ] non-binary?

6.    Where do you currently live (neighborhood, borough/county)?
    _____

7.    How long have you lived there?   _____ years.

8.    Where else have you lived in the last 8 years?
    _____

    _____

    _____

    _____

    _____

Juror Name: _____          Juror Number: _____

9.     Your current marital status:

       [ ] Single, never married     [ ] Married     [ ] Live with partner

       [ ] Widowed       [ ] Divorced __years       [ ] Other (specify): _____

10.    Regarding your residence:

       a.   Do you rent, own, or live with family/friends?          [ ] Rent     [ ] Own
            [ ] Live with family/friends

       b.   With whom do you live?

            [ ] Alone            [ ] Child(ren)          [ ] Sibling(s)

            [ ] Spouse/partner   [ ] Parent(s)           [ ] Roommate(s)

            [ ] Other: _____(please specify)

11.    Do you have any children?        [ ] Yes     [ ] No

       a.   If Yes, please list the following for each:

| Minor or over 18 | Gender | Living with you (Y/N) | Child's highest level of education | Type of occupation (do not list employer or school) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

12.    What is the highest level of education you have completed?

       [ ] Grade School          [ ] Some High School          [ ] High School Graduate

       [ ] Tech/Trade School   [ ] Some College          [ ] Associate Degree

       [ ] College Graduate   Major/degree: _____(please specify)

       [ ] Post Graduate    Major/degree: _____(please specify)

13.    If you are currently pursuing or previously pursued an educational certificate or
       degree, what degree were/are you seeking and what was/is your major area of study?

       _____

Juror Name: _____          Juror Number: _____

_____

14.     What is your current employment status? (Please check all that apply)

[ ] Working more than one job     [ ] Self Employed          [ ] Disabled

[ ] Working full time             [ ] Homemaker              [ ] Laid off

[ ] Working part time             [ ] Full-time student      [ ] Retired ____(year)

[ ] Unemployed                    [ ] Other: _____

15.     Complete the following for your current job or, if not currently employed, your most
        recent job.  If you have more than one job, complete for all jobs.

        Employer                          Job title

        _____          _____

        _____          _____

        _____          _____

        a.      How long have you worked at your most recent job(s)? _____

                _____

        b.      What are/were your job duties and responsibilities? _____

                _____

                _____

16.     What other jobs have you had in in the last ten years?

        _____

        _____

        _____

        _____

17.     Have you or any of your family members ever owned a business?

        [ ] Yes, me          [ ] Yes, family member       [ ] No

        a.  If Yes, please explain, including the nature of the business, the number of
            employees and whether it's still in operation:

6

Juror Name: _____          Juror Number: _____

_____

_____

_____

18.     Have you ever had any education, training, or work experience in the following
        areas? (Please check all that apply)

        [  ] Banking/Finance              [  ] Investigation

        [  ] Economics                    [  ] Compliance/regulatory oversight

        [  ] Journalism                   [  ] Sales

        [  ] Business administration      [  ] Business development

        [  ] Accounting                   [  ] Real estate/real estate development

        [  ] Bookkeeping                  [  ] Real estate financing/Lending

        [  ]  Securities/Investments      [  ] International business/relations

        a.   If Yes to any of the above, please explain:

        _____

        _____

        _____

19.     Have you ever had a job considered management?

           [  ] Yes          [  ] No

        a.   If Yes, please explain including when, your job title, and number of employees
             supervised:

        _____

        _____

20.     If you are married or live with a partner, what is your spouse's or partner's highest
        level of education, most recent employer, and most recent job title?

        _____

        _____

Juror Name: _____          Juror Number: _____

21.    How important is religion in your life?

[ ] Very important                    [ ] Somewhat important

[ ] Not very important              [ ]Not important at all

22.    What community, civic, social, union, professional, fraternal, political, religious, recreational organizations do you belong to, or are otherwise affiliated with (for example, PTA, Rotary Club, political action committees, etc.)?  Please identify the organization(s).

_____

_____

_____

_____

23.    Have you ever held a leadership position in any of the organizations you are affiliated with?      [ ] Yes      [ ] No

a.   If Yes, please explain, including the position, organization, and for how long:

_____

_____

24.    Have you, a family member, or a very close friend ever worked for the federal government?

[ ] Yes, me    [ ] Yes (family or friend)      [ ] No

a.   If Yes, please explain:   _____

_____

_____

25.    Have you, a family member, or a very close friend ever worked in law enforcement (including state or local police departments, the FBI, US Marshals, U.S. Citizenship and Immigration Services, Immigration and Customs Enforcement, Customs and Border Protection, Internal Revenue Service, police department, any state or federal prosecutor's office, the Bureau of Prisons or any state or local prison system)?

[ ] Yes, me              [ ] Yes, someone close to me              [ ] No

a.   If Yes, please explain who worked in law enforcement, which law enforcement agency you/they worked at, and the position you/they held: _____

Juror Name: _____          Juror Number: _____

_____

_____

26.     Are you, a family member, or a very close friend studying or planning to work in law enforcement?

[ ] Yes, me     [ ] Yes, someone close to me          [ ] No

27.     Have you or anyone close to you served in the military?

[ ] Yes, I have

[ ] Yes, someone close to me: _____ (please specify who)

[ ] No

a.   What branch(es)?   _____

b.   In what country/countries? _____

c.   Did you/they ever serve in combat?  [ ] Yes [ ] No

d.   Are you/they currently in active service or the reserves?

[ ] Active      [ ] Reserves   [ ] Neither

28.     Are you, a family member or very close friend studying, planning to, or currently working in a legal profession (e.g. lawyer, paralegal, legal secretary)?

[ ] Yes, me     [ ] Yes, someone close to me          [ ] No

**GENERAL EXPERIENCES WITH THE LEGAL SYSTEM**

29.     Have you ever had any education, training or employment in any aspect of the law or legal field, including the courts?

[ ] Yes          [ ] No

a.   If Yes, please explain:_____

_____

_____

9

Juror Name: _____          Juror Number: _____

30.     On how many cases have you served as a trial juror?

        [ ]  None          [ ]  1          [ ]  2          [ ]  3 or more

        a.   Where was the jury service? _____

        b.   What type of cases?

             [ ]  Civil          [ ]  Criminal          [ ]  Both

        c.   Did all of the juries reach a verdict?

             [ ] Yes          [ ] No

        d.   Did you ever serve as the jury foreperson?

             [ ] Yes          [ ] No

        e.   How would you describe your jury service?

             [ ] Positive   [ ] Negative   [ ] Mixed

        f.   If you have served on a jury, did anything happen that might have any bearing on your ability to be a juror in this case?

             [ ] Yes          [ ] No

        g.   If Yes, please explain: _____

             _____

             _____

31.     Have you ever served as a grand juror?

        [ ] Yes          [ ] No

        a.   If Yes, were you the foreperson of the grand jury? [ ] Yes    [ ] No

        b.   If you have ever served as a grand juror, did anything happen that might have any bearing on your ability to be a juror in this case?

             [ ] Yes          [ ] No

        c.   If Yes, please explain: _____

10

Juror Name: _____        Juror Number: _____

_____

_____

32.    If you have served on a jury before, did you learn anything after your verdict was reached that caused you to question your verdict or vote?

[ ] Yes          [ ] No

a.   If Yes, please explain: _____

_____

_____

33.    Have you, a family member, or a very close friend ever:

| | Yourself | Family Member | Friend |
|---|---|---|---|
| a. Been a witness in a criminal matter? | | | |
| b. Been a witness in a civil matter? | | | |
| c. Been a plaintiff in a lawsuit/sued someone? | | | |
| d. Been a defendant in a lawsuit/sued by someone? | | | |

If none of these apply, please check here: [ ]

a.   If you checked Yes to any of the above, please explain, including who (relationship to you):

_____

_____

b.   If Yes, would this have any bearing on your ability to be a fair juror in this case?

[ ] Yes          [ ] No

c.   If Yes, please explain: _____

_____

_____

34.    Have you, a family member, or a very close friend ever been the victim of a crime?

[ ] Yes, me          [ ] Yes, someone close to me          [ ] No

11

Juror Name: _____     Juror Number: _____

    a.   If Yes, please explain including who (relationship to you): _____

_____

_____

    b.  If Yes to Question 32, did you or the person close to you report it to the police?

       [ ] Yes       [ ] No

    c.  If Yes to Question 32, would anything about the experience, including dealings with police or law enforcement, have any bearing on your ability to serve as a fair and impartial juror in this case?

       [ ] Yes       [ ] No

    d.  If Yes to Question 34c, please explain: _____

_____

_____

35.     Have you, a family member, or a very close friend ever been accused of or convicted of a crime?

       [ ] Yes, me   [ ] Yes, someone close to me    [ ] No

    a.  If Yes, please describe what happened, including who was involved (relationship to you):_____

_____

    b.  Were you/they satisfied with the way law enforcement handled the matter?

       [ ] Yes       [ ] No

    c.  Why or why not?_____

_____

_____

    d.  Do you feel you/they were treated well by your own attorney(s)? [ ] Yes  [ ] No

       Please explain:_____

Juror Name: _____        Juror Number: _____

_____

_____

36.    Have you ever filed a complaint against a lawyer, a judge or anybody else involved in the legal system?

[ ] Yes          [ ] No

a.    If Yes, please describe the complaint: _____

_____

_____

37.    Have you ever followed any trials closely on TV, the radio, newspapers or internet ?

[ ] Yes          [ ] No

a.    If Yes, please state which trials you followed and why you were interested in them:_____  _____

_____

_____

38.    How often does the federal government criminally prosecute people who are innocent?

[  ] Frequently
[  ] Sometimes
[  ] Rarely
[  ] Never

39.    Regardless of what the law may be, a defendant in a criminal trial should be required to produce evidence to prove that he or she is not guilty.

[  ] Strongly agree
[  ] Somewhat agree
[  ] Somewhat disagree
[  ] Strongly disagree

40.    If a federal prosecutor charges someone and then the case proceeds to trial, the accused person is very likely to be guilty.

[  ] Strongly agree
[  ] Somewhat agree
[  ] Somewhat disagree
[  ] Strongly disagree

Juror Name: _____          Juror Number: _____

41.     The testimony of an FBI agent is more credible than the testimony of another witness.

[  ] Strongly agree
[  ] Somewhat agree
[  ] Somewhat disagree
[  ] Strongly disagree

42.     How common is it for assistants of senior corporate executives to engage in illegal business activities?

[  ] Very common
[  ] Somewhat common
[  ] Somewhat rare
[  ] Very rare

## MEDIA AND THE INTERNET

43.     What publicly known person do you most admire and why?

_____

_____

_____

44.     What publicly known person do you least admire and why?

_____

_____

_____

45.     How often do you follow the news?

[  ] Every day            [  ] Almost every day          [  ] Several times a week

[  ] Several times a month [  ] Never

46.     Which sources do you regularly rely on for news?

[  ] Television     [  ] Newspapers       [  ] Radio     [  ] Internet searches

[  ] Magazines     [  ] Personal conversations [  ] Facebook     [  ] Twitter

[  ] Other (list other sources): _____

14

Juror Name: _____          Juror Number: _____

47.   What are your main sources of news? (Please check all that apply.)

[  ] ABC                          [  ] Daily News
[  ] CBS                          [  ] New York Post
[  ] NBC                          [  ] New York Times
[  ] Fox                          [  ] NPR
[  ] CNN                          [  ] Drudge Report
[  ] MSNBC                        [  ] Bloomberg
[  ] CNBC                         [  ]Wall Street Journal
[  ] BBC                          [  ] Financial Times
[  ] PIX11                        [  ] Newsday
[  ] Spectrum NY1                 [  ] Huffington Post
[  ] Al Jazeera                   [  ] Talk Radio
[  ] Comedy current events shows (The Daily Show, Full Frontal with Samantha Bee,
        The Amber Ruffin Show, Last Week Tonight)
[  ] Social Media (Facebook, Twitter, YouTube, etc.)
[  ] Family/Friends
[  ] Other:  _____
            _____

48.   What magazines or journals do you read?
      _____

      _____

      _____

49.   What radio station(s) do you listen to most often?
      _____

      _____

      _____

50.   Have you ever called in to a radio talk show, written a letter to the editor, participated
      in any webpages or chat rooms on the internet, or posted a comment online?

          [  ] Yes                    [  ] No

      a.   If Yes, what type:     [  ] Radio Caller        [  ] Letter to the Editor

                                  [  ] Blog/Chat Room   [  ] Posted Comment

      b.   If Yes, what topics have you addressed?
           _____

           _____

Juror Name: _____        Juror Number: _____

_____

51.    What is your favorite book and why?

_____

_____

_____

52.    What are your favorite television shows?

_____

_____

_____

53.    Generally speaking, do you follow crime stories in the media? [ ] Yes  [ ] No

54.    What are your favorite Internet sites, pages, apps, or social media sites, including any that you visit for news and current events, celebrity news/gossip, or other sites or apps?

_____

_____

_____

55.    If you are chosen to be a juror in this case, you will be instructed that you will not be able to do Internet research on any issues in the case or communicate with others about your jury service. Is this an instruction that you will be able to follow?

         [ ] Yes, I will be able to follow this instruction

         [ ] No, I will not be able to follow this instruction – it is important to me to research information and to communicate online

### POLITICS AND FOREIGN RELATIONS ISSUES

56.    Have you, a family member, or a very close friend ever run for any public office?

       [ ] Yes, me                 [ ] Yes, someone close to me            [ ] No

       a.   If Yes, what was the office and when did you or the person close to you run?

       _____

       _____

16

Juror Name: _____      Juror Number: _____

b.  If Yes, did you engage in fundraising efforts to support the campaign?

[ ] Yes            [ ] No

c.  If Yes, did you/they win?

[ ] Yes            [ ] No

57.   How closely do you follow politics on a day-to-day basis?

[ ] Very closely          [ ] Somewhat closely          [ ] Not closely at all

58.   Have you or has anyone close to you ever worked for, volunteered for, or served in any capacity in the office of any elected official or legislature?

[ ] Yes              [ ] No

a.  If Yes, please explain: _____

_____

_____

59.   Have you or a family member ever worked or volunteered for a political party, political campaign, or political advocacy or lobbying firm?

[ ] Yes, me      [ ] Yes, family member              [ ] No

a.  If Yes, please describe the group, party, or campaigns, the dates, and the activity you did:

_____

_____

_____

60.   How often do you volunteer or work on political campaigns?

[ ] Never      [ ] Rarely      [ ] Often      [ ] Every election cycle

61.   How often do you attend political rallies or political fundraisers?

[ ] Never      [ ] Rarely      [ ] Often      [ ] Every election cycle

Juror Name: _____     Juror Number: _____

62.   Do you feel that President Trump has taken any actions that have strongly affected you positively or negatively?

[ ] Yes, positively             [ ] Yes, negatively          [ ] No

a.   If Yes, please explain: _____

_____

_____

63.   Do you, a family member, or a very close friend have any experience lobbying any branch of local, state, or federal government?

[ ] Yes, me       [ ] Yes (family or friend)     [ ] No

a.   If Yes, please identify the branch and level of government you or the person close to you lobbied, as well as the issues on which you lobbied: _____

_____

_____

64.   Are you familiar with any laws or requirements regarding registration with the federal government for lobbying or other activities performed on behalf of someone other than yourself?

[ ] Yes                         [ ] No

a.   If Yes, please explain: _____

_____

_____

65.   How closely did you follow the 2016 Presidential Election?

[ ] Very closely            [ ] Somewhat closely          [ ] Not closely at all

66.   How closely did you follow news about former President Donald J. Trump?

[ ] Very closely            [ ] Somewhat closely          [ ] Not closely at all

67.   What are your feelings regarding former President Donald J. Trump?

_____

_____

_____

Juror Name: _____     Juror Number: _____

68.　　What are your feelings regarding individuals who served in the Trump Campaign, his Inaugural Committee or his Administration?

_____

_____

_____

69.　　Have you or has anyone close to you ever volunteered, advocated, or worked for any of President Trump's <u>opponents</u> in his campaigns for elected office?

　　　[ ] Yes　　[ ] No　　[ ] Unsure

　　a. If Yes, please explain: _____

_____

_____

70.　　Have you ever participated in a protest, signed a petition or engaged in any other activity to express your opposition to President Trump or any of his policies?

　　　[ ] Yes　　[ ] No

　　a. If Yes, please explain: _____

_____

_____

71.　　Have you seen, read or heard any news stories about criminal investigations involving or potentially implicating former President Trump?

　　　[ ] Yes　　[ ] No

　　a. If Yes, please describe what you have seen, read, or heard: _____

_____

_____

　　b. If Yes, have you formed any opinions based on what you have seen, read or heard about these investigations?

　　　[ ] Yes　　[ ] No

　　c. If Yes, please describe those opinions: _____

_____

_____

Juror Name: _____       Juror Number: _____

72.    Defendant Thomas Joseph Barrack acted as Chairman of President Trump's Inaugural Committee.  Have you ever heard of Thomas Joseph Barrack?

[ ] Yes                    [ ] No

a.  If Yes, please explain: _____

_____

_____

b.  Have you read, seen, or heard anything about President Trump's Inaugural Committee?

[ ] Yes                    [ ] No

c.  If Yes, please explain: _____

_____

_____

73.    It is also possible that several former Trump campaign and/or administration officials may testify at trial. Have you seen, read or heard any news stories or social media posts about any of the following individuals? (Please check all that apply.)

[ ]  Steve Bannon          [ ]  Gary Cohn
[ ]  Rick Gates            [ ]  Jared Kushner
[ ]  Paul Manafort         [ ]  Steven Mnuchin
[ ]  Reince Priebus        [ ]  Rex Tillerson

a.  If Yes, have you formed any opinions about any of these individuals based on what you have seen, read, or heard?

[ ] Yes                    [ ] No

b.  If Yes, please explain: _____

_____

_____

74.    Would you find it difficult to treat the testimony of someone associated with the former President the same as you would any other witness?

[ ] Yes                    [ ] No

a.  If Yes, please explain: _____

_____

_____

Juror Name: _____        Juror Number: _____

75.   This case involves allegations surrounding the United Arab Emirates.  Have you read, seen, or heard anything about the United Arab Emirates?

[ ] Yes                    [ ] No

76.   Please describe what you know about the UAE and your views or feelings about that information. _____

_____

_____

_____

77.   Have you, a family member, or a very close friend ever had a job where you dealt with any foreign government or foreign official?

[ ] Yes, me        [ ] Yes (family or friend)     [ ] No

a.   If Yes, please explain, including which countries, the employer, job title and for how long:

_____

_____

_____

78.   Have you or any of your family members worked for a company that did business in the Middle East?

[ ] Yes, me     [ ] Yes, someone close to me          [ ] No

a.   If Yes, please explain, please explain, including the employer, job title and for how long? _____

_____

_____

79.   Have you, any of your family members, or close friends ever lived or worked in the United Arab Emirates (UAE), Saudi Arabia, Qatar, Israel or any other Middle Eastern country?

[ ] Yes, me     [ ] Yes, someone close to me          [ ] No

a.   If Yes, please explain, including who, where, when and for how long? _____

_____

_____

Juror Name: _____     Juror Number: _____

80.     In the past 10 years, have you or a family member traveled to any of these countries: United Arab Emirates, Saudi Arabia, Qatar, Israel, Egypt, Jordan, Kuwait, or Lebanon?

        [ ] Yes, me     [ ] Yes, family member          [ ] No

        a.  If Yes, please list the country(ies) you traveled to, when you traveled there, and whether the purpose for your travel was for business or vacation?

        _____

        _____

        b.  As a result of your travel experiences, or for any other reason, do you have strong views about any of the listed countries?   [ ] Yes     [ ] No

        If Yes, please explain your views:

        _____

        _____

81.     Do you have any strong <u>negative</u> opinions of any of the following Middle Eastern countries? (Please check all that apply)

        [ ] Egypt       [ ] Israel      [ ] Saudi Arabia
        [ ] Jordan      [ ] Kuwait      [ ] Lebanon
        [ ] Qatar       [ ] United Arab Emirates

        a.  If you checked any of the above countries, please explain: _____

        _____

        _____

        _____

82.     Do you have any strong views on any of the positions President Trump has taken with respect to the Middle East?

        [ ] Yes                [ ] No

        a.  If Yes, please explain: _____

        _____

        _____

        b.  How did you learn about this issue? _____

        _____

22

Juror Name: _____       Juror Number: _____

_____

83.    Do you have any strong views on foreign investments in the United States or U.S. companies investing in foreign countries?

          [ ] Yes           [ ] No

    a.  If Yes, please explain: _____

_____

_____


## KNOWLEDGE OF THE CASE AND TRIAL PARTICIPANTS

84.    The case for which you are summoned involves criminal charges against the defendants Thomas Joseph Barrack and Matthew Grimes. Before today, have you read, seen, or heard anything about either defendant or the case? (This includes not only anything you may have seen or read in the media, but also anything you might have heard from relatives, friends or coworkers.)

          [ ] Yes         [ ] No       [ ] Sounds familiar, but unsure

    a.  If Yes, how closely have you been following the case brought against Thomas Joseph Barrack and Matthew Grimes?

        [ ]  Very closely
        [ ]  Somewhat closely
        [ ]  I have heard of the case, but I have not been following it
        [ ]  Not at all

    b.  If Yes, from what sources have you heard about the case? _____

_____

_____

_____

_____

    c.  If Yes, please describe in detail what you recall reading, seeing, or hearing about the defendants, the alleged crimes, the court proceedings, or the people involved (regardless of whether you believe this information is accurate): _____

Juror Name: _____     Juror Number: _____

_____

_____

_____

_____

85.    Do you personally know Thomas Joseph Barrack or Matthew Grimes, the individuals on trial, or any of their family members?

        [ ] Yes                 [ ] No

    a.  If Yes, please identify who you know and how you know them: _____

_____

_____

86.    Have you formed any opinions about this case?

        [ ] Yes                 [ ] No

    a.  If Yes, please describe:

_____

_____

    b.  If Yes, do you have an opinion as to the guilt or innocence of Thomas Joseph Barrack?

        [ ] Yes                 [ ] No

    c.  If Yes, do you have an opinion as to the guilt or innocence of Matthew Grimes?

        [ ] Yes                 [ ] No

    d.  Are you able to set aside anything you have read, heard, or seen, and consider only the evidence presented in this case and this Court's instructions on the law?

        [ ] Yes                 [ ] No

87.    Do you feel like Mr. Barrack or Mr. Grimes might start off even a little bit behind before this case begins because they have been charged with crimes or because of what you have read, heard, seen about the case?

        [ ] Yes                 [ ] No

Juror Name: _____     Juror Number: _____

88.     Is there anything that you have heard about this case that you feel would make it hard for you to be a juror in this case?

[ ] Yes                    [ ] No

a.   If Yes, please explain: _____

_____

_____

_____

_____

89.     In general, would you view the evidence presented by the defense differently than you would the evidence presented by the prosecution?

[ ] Yes                    [ ] No

a.   If Yes, how? _____

_____

_____

_____

_____

90.     Under the law, a defendant need not testify or produce any evidence. The burden of proof is always on the government. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision. Would you have any difficulty following this rule?

[ ] Yes                    [ ] No

a.   If Yes, explain why: _____

_____

_____

_____

_____

91.     Every defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in the case decides that his guilt has

Juror Name: _____         Juror Number: _____

been proved beyond a reasonable doubt. Would you have any difficulty following this rule?

      [ ] Yes     [ ] No

a.  If Yes, explain why: _____

_____

_____

_____

_____

92.     Do you personally know any of the people who are prosecuting this case?

     [ ] Kristin Mace

     [ ] Ryan Harris

     [ ] Samuel Nitze

     [ ] Hiral Mehta

     [ ] Craig Heeren

     [ ] Matthew McKenzie

     [ ] Nathan Reilly

a.  If you checked any of the names above, please explain: _____

_____

_____

93.     Do you personally know any of the attorneys or law firms for the defense?

     [ ] Daniel Petrocelli
     [ ] James (Jim) Bowman
     [ ] The Law Firm of O'Melveny & Myers LLP
     [ ] Michael S. Schachter
     [ ] Randall Jackson
     [ ] Steven J. Ballew
     [ ] The Law Firm of Willkie Farr & Gallagher LLP
     [ ] Abbe D. Lowell
     [ ] Christopher Man
     [ ] Sofia Arguello
     [ ] Johanna Hudgens
     [ ] The Law Firm of Winston & Strawn LLP

Juror Name: _____     Juror Number: _____

94.     If you checked any of the names above, please explain: _____

        _____

        _____

95.     The judge presiding in this case is U.S. District Judge Brian M. Cogan. Do you or does anyone close to you know Judge Cogan or any judge or court personnel in the federal or local courts?

                [ ] Yes                    [ ] No

        b.  If Yes, please explain: _____

        _____

        _____

96.     During this trial, you may hear references to the following companies and entities. Do you know anything about any of them or have you had any dealings with them?

                [ ] Colony Capital
                [ ] Colony NorthStar
                [ ] Digital Bridge
                [ ] Falcon Peak Partners, LLC
                [ ] Colony SPAC

        a.  If you checked any of the names above, please explain:

        _____

        _____

        _____

        _____

97.     Please review the list attached to this questionnaire (Attachment A) that provides the names of persons who you may hear about during the trial. Do you, a family member, or a close friend know or have any connection with the individuals listed?

                [ ] Yes          [ ] No

        a.  If Yes, please check the name on the attachment and explain, including who (their relation to you) knows them:

        _____

        _____

Juror Name: _____    Juror Number: _____

_____

_____

_____

_____


## **PERSONAL CONCERNS**

98.     Do you have any health issues (e.g., hearing, seeing, etc.) that would interfere with your ability to serve as a juror in this case?

         [ ] Yes               [ ] No

     a.   If Yes, please explain: _____

_____

_____


99.     Do you have any non-health issues (e.g., family obligations, work hours, etc.) that would interfere with your ability to serve as a juror in this case?

         [ ] Yes               [ ] No

     b.   If Yes, please explain: _____

_____

_____


100.    Do you have any difficulty with your eyesight or hearing?

         [ ] Yes               [ ] No

     a.   If Yes, please explain: _____

_____

_____


101.    Are you taking any medication(s) regularly that affect your memory, concentration, or stamina?   [ ] Yes            [ ] No


102.    Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person or that will make it difficult to render a verdict in this case?

         [ ] Yes               [ ] No

Juror Name: _____   Juror Number: _____

     a.  If Yes, please explain: _____

_____

_____

103.   This trial is expected to begin on September 19, 2022 and last approximately four weeks. Court sessions will last from approximately 9:30 AM until 4:30 PM, Monday through Thursday or Friday, depending on the week. There will be breaks in the morning and afternoon and a one-hour break for lunch.

104.   Do you wish to apply to the Court to be excused on the grounds that jury service in this case would be a serious hardship to you?

         [ ] Yes             [ ] No

     b.  If Yes, please explain: _____

_____

_____

105.   Are there any questions that you would prefer to discuss privately? If so, please write down the number(s) of the question(s) here: _____

_____

_____

106.   Is there any matter that you should call to the court's attention that may have any bearing on your qualifications to serve as a juror, or that may affect your ability to render an impartial verdict based solely on the evidence and the court's instructions on the law?

         [ ] Yes    [ ] No

     a.  If Yes, please explain:_____

_____

_____

_____

_____

Extra Space (Please put the question number in front of your answer):

_____

_____

Juror Name: _____          Juror Number: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Name: _____          Juror Number: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Thank you very much for your time and care in completing this questionnaire.

**I hereby certify under penalty of perjury that my answers in this questionnaire, are true, correct, and complete to the best of my knowledge.**

_____          _____
**Juror Signature**                                       **Date**

_____          _____
**Juror Name (Printed)**                                  **Juror Number**

Juror Name: _____          Juror Number: _____

## **ATTACHMENT A**

(Do you or does anyone close to you know or have any connection with the individuals listed?)

[  ] Abdullah Khalifa Al Ghafli

[  ] Rashid Sultan Rashid Al Malik Alshahhi, aka Rashid Al Malik

[  ] Khaldoon Al Mubarak

[  ] Mohammed bin Zayed Al Nahyan (also known as MBZ)

[  ] Ali Al Neyadi

[  ] Yousef Al Otaiba

[  ] Mohammed bin Salman Al Saud (also known as MBS)

[  ] Ali Mohammed Hammad Al Shamsi

[  ] Steve Bannon                    [  ] Thomas Barrack

[  ] Erin Burnett                    [  ] Justin Chang

[  ] Gary Cohn                       [  ] Rick Gates

[  ] Jessica Gibbs                   [  ] Matthew Grimes

[  ] Jonathan Grunzweig              [  ] Jared Kushner

[  ] Paul Manafort                   [  ] Alison Marckstadt

[  ] Steve Mnuchin                   [  ] Robert Mueller

[  ] Charlie Rose                    [  ] Erik Schatzker

[  ] Avery Schwartz                  [  ] Representative Steve Stockman

[  ] Sylvio Tabet                    [  ] Donald J. Trump

[  ] Tahnoun bin Zayed Al Nahyan


[  ] None of the above