UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AL MALIK ALSHAHHI, et al.<br><br>　　　　Defendants. | Case No.:  1:21-cr-00371-BMC-TAM<br><br>**MOTION AND [PROPOSED] ORDER OF WITHDRAWAL OF NICOLE M. ARGENTIERI AS COUNSEL OF RECORD** |

　　　　Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4, the undersigned attorneys respectfully request the withdrawal of Nicole M. Argentieri as counsel of record for Defendant Thomas J. Barrack, Jr.  As set forth in the accompanying Declaration of James A. Bowman, Ms. Argentieri left the law firm of O'Melveny & Myers LLP and no longer represents Mr. Barrack.  O'Melveny & Myers LLP and Willkie Farr & Gallagher LLP continue to be counsel of record in this matter for Mr. Barrack.  Mr. Barrack consents to Ms. Argentieri's withdrawal.

| | |
|---|---|
| Dated: July 27, 2022<br>       Washington, D.C. | Respectfully submitted,<br><br>O'MELVENY & MYERS LLP<br><br>*/s/ Daniel M. Petrocelli*<br>Daniel M. Petrocelli, Esq. (admitted *pro hac vice*)<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone:  (310) 553-6700<br>Facsimile:  (310) 246-6779<br>E-mail:  dpetrocelli@omm.com<br><br>James A. Bowman (admitted *pro hac vice*)<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone:  (213) 430-6000<br>Facsimile:  (213) 430-6407<br>E-mail:  jbowman@omm.com<br><br>WILLKIE FARR & GALLAGHER LLP<br><br>Michael S. Schachter<br>Randall W. Jackson<br>Steven J. Ballew<br>787 Seventh Avenue<br>New York, New York 10019<br>Phone:  (212) 728-8000<br>Email:  mschachter@willkie.com<br><br>*Attorneys for Thomas J. Barrack, Jr.* |

SO ORDERED

_____
Honorable Brian M. Cogan
United States District Judge

Case 1:21-cr-00371-BMC-TAM   Document 138   Filed 07/27/22   Page 2 of 2 PageID #: 3135