UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AL MALIK ALSHAHHI, et al.<br><br>    Defendants. | Case No.: 1:21-cr-00371-BMC-TAM<br><br>**DECLARATION OF JAMES A. BOWMAN IN SUPPORT OF MOTION TO WITHDRAW NICOLE M. ARGENTIERI AS COUNSEL OF RECORD** |

I, James A. Bowman, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney licensed to practice law in California and appearing in the above-entitled action *pro hac vice*. I am a partner with the law firm O'Melveny & Myers LLP, attorneys for defendant Thomas J. Barrack, Jr., in this matter. I respectfully submit this declaration pursuant to Local Criminal rule 1.1(b) and Local Civil Rule 1.4 in support of the accompanying Motion to Withdraw Nicole M. Argentieri as counsel of record for Defendant Thomas J. Barrack, Jr.

2. Ms. Argentieri left the law firm of O'Melveny & Myers LLP and no longer represents Mr. Barrack. O'Melveny & Myers LLP and Willkie Farr & Gallagher, LLP will remain counsel of record for Mr. Barrack.

3. Given that O'Melveny & Myers LLP and Willkie Farr & Gallagher, LLP will remain counsel of record for Mr. Barrack, the requested withdrawal of Ms. Argentieri will not unnecessarily delay this action.

4. Mr. Barrack has consented to Ms. Argentieri's withdrawal and Ms. Argentieri is not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2022
Goleta, CA

By: _____
James A. Bowman