# EXHIBITS 1 and 3

# FILED UNDER SEAL