U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH/SPN/HDM/CRH/MM  *271 Cadman Plaza East*
F. #2018R01309  *Brooklyn, New York 11201*

August 23, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Thomas Joseph Barrack, et al.
                Criminal Docket No. 21-371 (S-1) (BMC)

Dear Judge Cogan:

      The parties respectfully submit for the Court's consideration a joint list of agreed-upon strikes for cause, consisting of 251 jurors, attached hereto as Exhibit A.

      The parties have conferred and request permission to provide our positions as to the remainder of potential jurors, and appropriate questions for supplemental voir dire, by August 26, 2022.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

By:    /s/
       Ryan C. Harris
       Samuel P. Nitze
       Hiral D. Mehta
       Craig R. Heeren
       Assistant U.S. Attorneys
       (718) 254-7000

By:    /s/
       Matthew J. McKenzie
       Trial Attorney

cc:    Counsel for Thomas Joseph Barrack (by ECF)
       Counsel for Matthew Grimes (by ECF)
       Clerk of the Court (BMC) (by ECF)