# Exhibit 2
## Defendants' Proposed Juror-Specific Supplemental Voir Dire[1]

| Juror # | Questionnaire Numbers for Further Voir Dire |
|---|---|
| 1 | 36, 80, 86, 87, 96 |
| 2 | 16, 26, 43, 56, 57, 70, 87 |
| 3 | 57, 58, 86, 101 |
| 5 | 36, 37, 56, 57 |
| 8 | 66, 86, 87 |
| 11 | 56, 57, 61, 62, 64-67, 73, 95, 97, 98, 119 |
| 15* | 57, 64, 76, 86, 87 |
| 16 | 25, 36, 41, 56, 57, 66, 69, 127 |
| 18 | 33, 25, 32, 58, 66, 69, 78, 86, 87, 121 |
| 21 | 36, 56, 73, 76, 86, 95-98 |
| 28 | 37, 56, 57, 70, 119 |
| 32 | 25, 36, 57, 70, 121 |
| 37 | 25, 50, 58, 86, 87 |
| 41 | 25, 32, 33, 49, 57, 86, 87, 121 |
| 44* | 43, 56, 57, 73, 76, 77, 86, 87 |
| 48 | 36, 57, 80, 86, 87, 101, 119 |
| 49 | 36, 56-58, 86, 87, 121, 125 |

---

[1] Jurors denoted with an asterisk are ones whom defendants respectfully submit the Court does not need to bring in for *voir dire* for the reasons articulated in the defendants' contemporaneously filed letter.

| Juror # | Questionnaire Numbers for Further Voir Dire |
|---|---|
| 50* | 36, 57, 80, 86-89, 95, 101 |
| 52 | 19, 50, 85, 80, 86, 87, 89, 93, 121 |
| 53 | 25, 26, 27, 29, 32, 33, 36 |
| 54 | 25, 40, 50, 56-58, 114 |
| 55 | 43, 57, 58, 66, 86-88, 91, 93, 121 |
| 57 | 37, 73, 119 |
| 59 | 56, 57, 67, 76, 113 |
| 60* | 10, 25, 56-57, 119 |
| 61* | 10, 36, 57, 118 |
| 64* | 10, 36, 56, 57, 80, 86, 87-89 |
| 65 | 25, 50, 56, 57, 86, 87 |
| 68 | 57, 89, 95, 119, 121, 125 |
| 72 | 21, 24-26, 32, 56, 57, 80, 86, 87, 89 |
| 74 | 28, 29, 49-51, 55-57, 59-60 |
| 75 | 49-51, 89, 80, 86, 87 |
| 77* | 36, 94, 57, 80, 86, 87, 101 |
| 78 | 48, 54, 55-57, 76, 86 |
| 80 | 92, 119, 86 |
| 82 | 10, 36, 56-57, 73, 94-96, 80, 86, 87, 113, 121 |
| 85 | 36, 49, 57, 58, 80, 86, 87, 95, 111, 119-120, 122 |
| 86 | 25, 36, 56-57, 121 |

| Juror # | Questionnaire Numbers for Further Voir Dire |
|---|---|
| 87 | 47, 85, 89, 120-122 |
| 89 | 43, 49, 56-57, 87, 123 |
| 91* | 10, 97-108, 109-112, 117, 118 |
| 103* | 57, 63, 86, 87 |
| 104 | 25, 26, 56, 57, 86, 87, 114, 119 |
| 109 | 29, 41, 51, 57, 86, 87, 119 |
| 111 | 36, 57, 63, 86-89, 96, 103, 107, 124 |
| 112 | 36, 56, 57, 119 |
| 114* | 57, 86, 87 |
| 116* | 24, 43, 53, 57, 63, 75-77, 85, 89, 93-95, 126 |
| 118 | 25, 49, 50, 56, 57, 97-104, 121 |
| 119* | 25, 41, 54, 57, 58, 70, 87, 113 |
| 120 | 36, 48-52, 75, 88, 89, 91, 92, 94 |
| 125 | 36, 56-58, 91-93, 119 |
| 126* | 57, 70, 73, 76, 87, 121, 123 |
| 128 | 36, 56, 57, 70/Attachment A, 73, 79, 113 |
| 129 | 49, 58, 56, 57, 73, 87, 120 |
| 130 | 25, 36, 56, 57, 63, 87, 92 |
| 133 | 25, 92-95, 100, 121 |
| 135 | 25, 41, 87, 119, 121 |
| 136 | 10, 56, 57, 67, 119, 125 |

3

| Juror # | Questionnaire Numbers for Further Voir Dire |
|---|---|
| 137* | 49, 57, 58, 87, 120-125 |
| 141 | 36, 40, 73, 80 |
| 142 | 10, 58, 87, 108, 118 |
| 147 | 56-59, 86, 117, 119 |
| 148 | 25, 51, 63, 70, 86, 87 |
| 149* | 25, 50, 51, 55, 57, 86, 87 |
| 154 | 37, 40, 56-58, 70 |
| 157* | 40, 57, 76, 81, 87 |
| 158 | 56, 57, 59, 109 |
| 160 | 56, 57, 80 |
| 161 | 36, 42, 57, 58, 73, 76, 86, 87 |
| 162 | 25, 50, 56-58, 86, 87, 119 |
| 170 | 36, 57, 58, 67 |
| 172 | 36, 56, 57, 80, 86, 87 |
| 175 | 36, 57, 58, 80, 86, 87, 120 |
| 176* | 43, 44, 56, 57, 83, 86, 87, 97-98 |
| 184 | 36, 58, 78, 86, 87, 121 |
| 185 | 36, 40, 57, 57, 73, 80, 86, 87 |
| 186* | 57, 58, 86, 87, 121 |
| 187 | 36, 37, 51, 56-59, 70, 80, 86, 87 |
| 195* | 10, 32, 56, 57, 73 |

| Juror # | Questionnaire Numbers for Further Voir Dire |
|---|---|
| 196 | 36, 40, 58, 121 |
| 202 | 25, 56, 57, 70, 86, 87, 119, 121 |
| 208 | 25, 64, 65, 67 |
| 210 | 40, 48, 53, 56, 57, 58, 86, 87 |
| 213* | 52, 57, 58, 81 |
| 214 | 49-51, 58, 76, 121 |
| 220 | 32, 38, 40, 57, 63, 66, 70, 80, 86, 87 |
| 221 | 25, 40, 41, 56-58, 86, 87, 121 |
| 222 | 25, 48, 49, 57 |
| 223 | 43, 48, 54, 63, 57, 58, 66, 114 |
| 224 | 58, 66, 70, 86, 87 |
| 225 | 25, 54, 58, 80 |
| 226 | 25, 36, 56, 57, 67, 70, 73, 119 |
| 229 | 25, 43, 57, 67, 70, 80, 86, 87 |
| 234 | 25, 56-58, 70, 86 |
| 240* | 25, 36, 43, 57, 70, 86, 87, 120 |
| 241 | 56-58, 70, 76, 119 |
| 243* | 25, 36, 56, 57, 119, 120, 125 |
| 245* | 10, 56, 57, 86 |
| 246 | 56-62, 64-70, 119, 125 |
| 247 | 36, 49, 56, 57, 66, 80, 86, 87, 106, 119, 120 |

5

| Juror # | Questionnaire Numbers for Further Voir Dire |
|---|---|
| 252 | 10, 56, 57, 87, 119 |
| 253* | 25, 36, 40, 56, 57, 58, 76, 87, 118 |
| 260 | 10, 46, 51, 58 |
| 263* | 58, 66, 76, 80, 86, 87, 119, 121 |
| 264 | 25, 32, 41, 49-51, 56, 57 |
| 267 | 25, 56, 57, 78, 80, 86, 87, 121 |
| 272 | 36, 55-58, 87, 89, 120 |
| 274 | 36, 49, 56, 57, 76, 86, 89 |
| 275 | 56-58, 69, 80 |
| 278* | 25, 49, 50, 76, 80, 86, 87, 121, 125 |
| 279* | 10, 36, 56, 57, 58, 65, 67, 76 |
| 280 | 25, 40, 48, 50, 63, 86 |
| 282* | 49, 57, 70, 94, 95, 120 |
| 285 | 25, 43, 49, 51, 56, 57, 119 |
| 286 | 25, 36, 56-58, 80, 86, 87, 89, 121 |
| 290* | 41, 49, 57, 58, 63, 76, 86, 87, 95, 113, 114, 121 |
| 291 | 57, 58, 80, 86, 87, 93, 94 |
| 297 | 22, 25, 56-58, 80, 83, 86 |
| 299* | 24, 57, 58, 61, 70, 80, 86, 87, 89, 92, 94 |
| 302 | 36, 80, 86, 87, 121, 125, 126 |
| 304 | 25, 36, 40, 49, 58, 80, 86, 87 |

| Juror # | Questionnaire Numbers for Further Voir Dire |
|---|---|
| 306 | 10, 56, 57, 121, 127 |
| 307 | 49, 50, 56-58 |
| 313* | 10, 43, 56, 57, 80, 86, 87, 119 |
| 314 | 29, 57, 58, 80, 86, 87 |
| 315 | 49, 54, 56, 57, 80, 86, 87 |
| 319* | 10, 56-58, 119 |
| 323* | 25, 49, 57, 67, 73, 79, 80, 86, 87 |
| 325 | 36, 57, 58 |
| 329* | 36, 49, 56, 57, 76, 121, 125 |
| 330 | 58, 66, 86, 87, 89 |
| 342 | 50, 51, 55, 65, 80, 119, 121, 125 |
| 344 | 36, 56, 57, 65, 67, 73 |
| 345* | 10, 36, 56-58, 121, 127 |
| 347* | 49, 50, 57, 58, 73, 76, 85, 94, 118, 119 |
| 349 | 72, 119-123 |
| 350 | 36, 70, 86, 87, 101, 121, 123, 125 |
| 356 | 32, 57, 58 |
| 358* | 10, 36, 48, 70, 73, 87, 121 |
| 359 | 49-50, 56-58, 78, 86, 121 |
| 364* | 48, 57, 76, 119 |
| 366 | 48, 50, 55, 58, 107, 119, 121, 125 |

| Juror # | Questionnaire Numbers for Further Voir Dire |
|---|---|
| 370 | 21, 29, 56-58, 86, 87, 119 |
| 372 | 36, 58, 103, 118, 119, 121 |
| 373* | 57, 58, 86, 87, 119 |
| 378 | 57, 85, 88, 89, 94, 95, 108, 121 |
| 379 | 56-58, 67, 73, 80, 86, 87, 119 |
| 382 | 57, 58, 73, 78, 120-125 |
| 383* | 36, 48, 50, 57, 80, 86, 87, 89, 97, 119 |
| 386 | 56, 57, 119 |
| 387 | 36, 56, 57, 58 |
| 391 | 49, 50, 56, 57, 58, 80, 86, 87, 119, 121 |
| 393 | 56, 57, 58, 70, 76, 87, 117, 121, 125 |
| 396 | 49, 56-58, 69, 80, 86, 87, 121 |
| 397 | 57, 58, 78, 81, 86, 87, 91, 121 |
| 400 | 49, 50, 56, 57, 80, 91, 121 |
| 406* | 48, 50, 57, 76, 80, 85, 86, 87 |