UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AL MALIK ALSHAHHI, et al.<br><br>Defendants. | Case No.: 1:21-cr-00371-BMC-TAM<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF GRANT B. GELBERG IN SUPPORT OF NON-PARTY ALISON MARCKSTADT'S MOTION TO QUASH RULE 17(C) SUBPOENA**

I, Grant B. Gelberg, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney with the law firm of Halpern May Ybarra Gelberg LLP, counsel for Non-Party Alison Marckstadt ("Ms. Marckstadt"). Unless otherwise stated expressly below, the facts set forth herein are known to me personally, and, if called as a witness, I could and would testify competently thereto. I make this declaration in support of Ms. Marckstadt's Motion to Quash Rule 17(c) Subpoena.

2. On August 18, 2022, I met and conferred telephonically with the government regarding the document requests in the Rule 17(c) subpoena issued by the government to Ms. Marckstadt on August 1, 2022 (the "Subpoena"). During the meet and confer, I discussed each request in the Subpoena with the government to better understand its position. In subsequent email correspondence with the government, I explained why each of the requests did not comply with the standard for Rule 17(c) subpoenas. However, the government did not agree to withdraw or otherwise modify the document requests to bring them into compliance with the standard for Rule 17(c) subpoenas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 1, 2022
Los Angeles, California

/s/ Grant B. Gelberg
Grant B. Gelberg (CA State Bar No. 229454)
HALPERN MAY YBARRA GELBERG LLP
550 S. Hope Street, Suite 2330
Los Angeles, CA 90071
Telephone: (213) 402-1900
Facsimile: (213) 402-1901
E-mail: grant.gelberg@halpernmay.com

*Attorney for Non-Party Alison Marckstadt*