# EXHIBIT D

# PAUL HASTINGS

1(202) 551-1820
mattherrington@paulhastings.com

May 2, 2019

**VIA EMAIL AND FEDEX**

Assistant U.S. Attorney Nathan Reilly
U.S. Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Dear Mr. Reilly:

On behalf our clients, Thomas Davis and Alison Marckstadt, please find enclosed a ShareFile link containing documents Bates numbered EDNY_0000188 – EDNY_00001057 that they are voluntarily producing in response to your requests for documents. The following documents are produced:

- EDNY_0000188 - EDNY_0000551 contain Ms. Gibbs' documents responsive to your March 19, 2019 request;

- EDNY_0000552 - EDNY_0000952 contain Ms. Hall's documents responsive to your March 19, 2019 request;

- EDNY_0000953 - EDNY_0001028 contain Ms. Marckstadt's documents responsive to your February 27, 2019 request; and

- EDNY_0001029 - EDNY_0001057 contain Mr. Daddi's documents responsive to your February 27, 2019 request.

As agreed upon during our meeting in your office on April 2, 2019, we have prioritized production of documents relating to the communications surrounding the Middle East, including but not limited to, relevant investment funds and the "Marshall Plan for the Middle East."

A copy of the production has also been sent to your office at the address above via FedEx.

Searches for responsive documents remain ongoing and we will continue to make productions on a rolling basis accordingly.

Please let us know if you have any questions.

Respectfully submitted,

Matthew J. Herrington
Counsel to Thomas J. Barrack, Jr.

Enclosure



cc: Assistant U.S. Attorneys Ryan Harris and Hiral Mehta (via email without enclosure).