# EXHIBIT G

| | |
|---|---|
| **Subject:** | [EXTERNAL] Re: U.S. v. Barrack |
| **Date:** | Monday, August 1, 2022 at 3:13:35 PM Pacific Daylight Time |
| **From:** | Mehta, Hiral (USANYE) |
| **To:** | Grant Gelberg |
| **CC:** | Harris, Ryan (USANYE) 1, Nitze, Samuel (USANYE), Heeren, Craig (USANYE), McKenzie, Matthew (NSD) |
| **Attachments:** | 2022.8.1.Markstadt.Rider Final.pdf, 2022.8.1.Jessica Gibbs Subpoena.pdf, 2022.8.1.Ashley Hall Subpoena.pdf, 2022.8.1.Alison Marckstadt Subpoena.pdf |

Grant:

As you may have heard, the Court pushed the trial to September 19, 2022. Accordingly, we are issuing new trial subpoenas. We are also requesting certain documents from Ms. Marckstadt. Please let us know if you accept service of these subpoenas on your clients' behalf. In addition, it would be helpful to know if Ms. Marckstadt, Ms. Hall or Ms. Gibbs will be willing to voluntarily meet with us prior to trial. We are happy to do it via WebEx and if so, we would like to start setting some dates now for later this month and in early September. Happy to jump on a call to discuss. Thank you.

Best,

Hiral

**Hiral D. Mehta**
Deputy Chief, Business & Securities Fraud
Bank Integrity Task Force | Criminal Division
U.S. Attorney's Office | Eastern District of New York
(718) 254-6418 (o) | (718) 812-1937 (c)
Hiral.Mehta@usdoj.gov