**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AL MALIK ALSHAHHI, et al., | No. 21 Cr. 371 (BMC) (TAM) |

To the Clerk of this Court and All Parties of Record:

Please enter the appearance of Emil Bove of Chiesa Shahinian & Giantomasi PC as counsel for Interested Party Alison Marckstadt in the above-captioned action. I certify that I am a member of the bar of this Court in good standing.

Dated: September 6, 2022

                                                                                    Respectfully submitted,

                                                                                   /s/ Emil Bove
                                                                                   Emil Bove
                                                                                   Chiesa Shahinian & Giantomasi PC
                                                                                   11 Times Square, 34th Floor
                                                                                   New York, NY 10036
                                                                                   (212) 324 7265
                                                                                   ebove@csglaw.com