UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>AL MALIK ALSHAHHI, *et. al.*<br><br>Defendants. | Case No. 1:21-CR-00371 (BMC)<br><br>**NOTIOCE OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**PLEASE TAKE NOTICE** that upon Movant's Affidavit in support of this Motion, and the attached Certificate of Good Standing, I, Grant B. Gelberg, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts, for the Southern and Eastern Districts of New York, for an Order allowing admission of Movant, a member in good standing of the Bar of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **NON-PARTY ALISON MARCKSTADT.** There are no pending disciplinary proceedings against me in any State or Federal Court.

Dated:  Los Angeles, California
            September 6, 2022

Respectfully submitted,

HALPERN MAY YBARRA GELBERG LLP

/s/  Grant B. Gelberg

Grant B. Gelberg
HALPERN MAY YBARRA GELBERG LLP
550 S. Hope Street, Suite 2330
Los Angeles, CA 90071
Telephone:  (213) 402-1900
Facsimile:  (213) 402-1901
E-mail:  grant.gelberg@halpernmay.com

*Attorney for Non-Party Alison Marckstadt*