UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | CASE NO.: 1:21-CR-00371-BMC-TAM |
| V. | |
| AL MALIK ALSHAHHI, ET AL., | |
| DEFENDANTS. | |

**DEFENDANT THOMAS J. BARRACK, JR.'S JOINDER IN
NON-PARTY ALISON MARCKSTADT'S
<u>MOTION TO QUASH RULE 17(C) SUBPOENA</u>**

Defendant Thomas J. Barrack, Jr., joins in non-party Ms. Alison Marckstadt's motion to quash the Rule 17(c) subpoena that the government served on her.  Ms. Marckstadt was a central member of Mr. Barrack's defense team for eight months and worked closely with counsel to collect information, analyze issues, and prepare Mr. Barrack's defense for trial.  *See* Mot. to Quash 3-5 (ECF No. 186-1).  The government's subpoena threatens to invade Mr. Barrack's relationship with counsel by seeking material protected by the attorney-client privilege and work-product doctrine.  Mr. Barrack accordingly joins in Ms. Marckstadt's motion to quash the government's subpoena.

Dated: September 12, 2022

| **WILLKIE FARR & GALLAGHER LLP** | **O'MELVENY & MYERS LLP** |
|---|---|
| By: */s/ Michael S. Schachter*<br>    Michael S. Schachter<br>    Randall W. Jackson<br>    Casey Donnelly<br>    Steven Ballew<br>    Jordan Reisch<br>    787 Seventh Avenue<br>    New York, New York 10019<br>    Phone:  (212) 728-8000<br>    Email:  mschachter@willkie.com | James A. Bowman (admitted *pro hac vice*)<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone:  (213) 430-6000<br>Facsimile:  (213) 430-6407<br>E-mail:  jbowman@omm.com |