# EXHIBIT J

**Subject:** RE: Subpoenas
**Date:** Friday, March 22, 2019 at 9:30:00 AM Pacific Daylight Time
**From:** Harris, Ryan (USANYE) 1
**To:** Herrington, Matthew
**CC:** Reilly, Nathan (USANYE), Desai, Ronak D., Cassis, Brady

Hi Matt,

We've reviewed your proposed search terms and have some additions (bolded)/subtractions (strikethroughs), below. We also agree that prioritizing Group 3 makes sense. Happy to discuss if you have questions.

Best,
Ryan

1. Campaign Terms: Campaign ~~OR Presidential OR Donaldtrump.com OR~~ Trumporg.com OR Kushnercompanies.com ~~OR kellyanne@pollingcompany.com~~ OR pmanafort@dmpint.com OR Rgates6@me.com **or DJT or Trump or Jared**

2. Inauguration/PIC Terms: ~~Inauguration OR Inaugural OR PIC OR @swwcreative.com OR jon@tinyhorse.com OR 58pic2017.org OR~~ (foreign w/5 contribute) OR (foreign w/5 donate) OR (foreign w/5 contribution) OR (foreign w/5 donation) OR Patten **OR "Global Dinner" or Chairman's w/5 dinner OR Stripe**

3. Middle East Terms: Emir OR Emirates OR UAE OR "Abu Dhabi" OR Dubai OR Rashid OR Mubadala OR ADIA OR MBZ OR "Al Nahyan" OR "Al Maktoum" OR Sheikh OR Tahnoon OR Takhnoon OR Tahnoun OR Takhnoun OR Saudi OR KSA OR MBS OR Salman OR PIF OR "Vision 2030" OR Riyadh ~~OR Dammam OR Dharan OR Jeddah~~ OR Qatar! OR HBJ OR Hamad OR "Al Thani" OR QIA ~~OR Doha~~ OR Malik OR Otaiba OR Hayah OR "Cal Plaza" OR ("660" w/50 Kushner) OR ("666" w/50 Kushner) OR "mcfarland" OR "flynn" OR "Ironbridge" OR "IP3" OR MPME OR "Marshal Plan" OR "Marshall Plan" **OR Taknoon OR "Sheikh T" or "Shk T" or "HH" or "big boss" or "our friends" OR Westinghouse OR DAMAC OR Sajwani OR Hussain OR Brookfield OR Ghafli OR Khalifa OR Neyadi OR Rumayyan OR ADIC OR ICD OR "Investment Corporation of Dubai" OR Sharjah OR Khaimah OR "Monetary Authority" OR Bannon OR Flatt OR Harvey**

4. USG Communications: All emails in which a .gov or .mil email address is in the "To," "From," or "CC" line.

---

Ryan C. Harris
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
T: (718) 254-6489
F: (718) 254-6076
Ryan.Harris2@usdoj.gov

-----Original Message-----
From: Herrington, Matthew <mherring@steptoe.com>
Sent: Tuesday, March 19, 2019 7:37 PM
To: Reilly, Nathan (USANYE) <NReilly@usa.doj.gov>; Harris, Ryan (USANYE) 1 <RHarris1@usa.doj.gov>
Cc: Desai, Ronak D. <rdesai@Steptoe.com>; Cassis, Brady <bcassis@Steptoe.com>; Herrington, Matthew

<mherring@steptoe.com>
Subject: RE: Subpoenas

Dear Nathan and Ryan:

Further to our call earlier this week, below are proposed search terms on the subpoena topics.  As we discussed, given the focus of your interests it may make sense to prioritize the group 3 terms, but we will of course defer to your guidance on that approach.

1. Campaign Terms: Campaign OR Presidential OR Donaldtrump.com OR Trumporg.com OR Kushnercompanies.com ORkellyanne@pollingcompany.com ORpmanafort@dmpint.com OR Rgates6@me.com
2. Inauguration/PIC Terms: Inauguration OR Inaugural OR PIC OR @swwcreative.com OR jon@tinyhorse.com OR 58pic2017.org OR (foreign w/5 contribute) OR (foreign w/5 donate) OR (foreign w/5 contribution) OR (foreign w/5 donation) OR Patten
3. Middle East Terms: Emir OR Emirates OR UAE OR "Abu Dhabi" OR Dubai OR Rashid OR Mubadala OR ADIA OR MBZ OR "Al Nahyan" OR "Al Maktoum" OR Sheikh OR Tahnoon OR Takhnoon OR Tahnoun OR Takhnoun OR Saudi OR KSA OR MBS OR Salman OR PIF OR "Vision 2030" OR Riyadh OR Dammam OR Dharan OR Jeddah OR Qatar! OR HBJ OR Hamad OR "Al Thani" OR QIA OR Doha OR Malik OR Otaiba OR Hayah OR "Cal Plaza" OR ("660" w/50 Kushner) OR ("666" w/50 Kushner) OR "mcfarland" OR "flynn" OR "Ironbridge" OR "IP3" OR MPME OR "Marshal Plan" OR "Marshall Plan"
4. USG Communications: All emails in which a .gov or .mil email address is in the "To," "From," or "CC" line.

Very truly yours,

Matt