

1901 L Street, NW
Washington, DC 20036
T +1 202 282 5000
F +1 202 282 5100

**ABBE DAVID LOWELL**
Partner
202-282-5875
ADLowell@winston.com

September 15, 2022

**VIA ECF**
Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **Re:** *United States v. Al Malik Alshahhi, et. al.*, No. 1:21-cr-00371 (BMC)

Dear Judge Cogan:

  I write on behalf of Defendants Thomas J. Barrack, Jr. and Matthew Grimes in response to the Court's order regarding the request from in-house press corps. *See* Dkt. No. 225 (Order). Defendants have no objection to the media's request, with some clarifications. We would want to reserve the first row(s) in the courtroom for our assistants, family, and friends and that should not be a problem for the space that the media has requested. With respect to individual voir dire, generally there is no objection, but Defendants defer to the Court if a juror wants a sidebar or some privacy not to have a member of the media standing there as well. In these instances, it would seem access to the transcript would be consistent with the law and their request. Thank you for your consideration.


Respectfully submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 282-5875
Fax: (202) 282-5100
ADLowell@winston.com


*Counsel for Defendant Matthew Grimes*



September 15, 2022
Page 2

/s/ *Randall W. Jackson*
Randall W. Jackson
Michael S. Schachter
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
rjackson@willkie.com
mschachter@willkie.com

James A. Bowman
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
jbowman@omm.com

*Counsel for Defendant Thomas J. Barrack, Jr.*

cc: All counsel of record (via ECF)