

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH/SPN/HDM/CRH
F. #2018R01309

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 15, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Rashid Sultan Rashid Al Malik Alshahhi, et al.
             Criminal Docket No. 21-371 (S-1) (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter in response to the Court's order regarding requests from the in-house press corps.  See Dkt. No. 225.  The government consents to the request that a member of the in-house press corps attend sidebar during voir dire.  With respect to the in-house press corps' requests to bring a laptop computer to the overflow courtroom and reserving a row in the courtroom gallery for the accredited press, the government takes no position.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Ryan C. Harris
      Samuel P. Nitze
      Hiral D. Mehta
      Craig R. Heeren
      Assistant U.S. Attorneys
      (718) 254-7000

      MATTHEW G. OLSEN
      Assistant Attorney General
      Department of Justice
      National Security Division

By:    /s/

                                      Matthew J. McKenzie
                                      Trial Attorney

cc:    Counsel for Thomas Joseph Barrack (by ECF)
        Counsel for Matthew Grimes (by ECF)
        Clerk of the Court (BMC) (by ECF)