**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

September 16, 2022

*VIA ECF*

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Thomas Barrack, et al., 1:21-cr-371 (BMC) (S-1)**

Dear Judge Cogan:

     We write to respectfully request the Court's permission for Mr. Barrack and the following non-attorneys assisting the defense during trial permission to enter the courthouse with a laptop and/or cell phone for use at the trial of this matter.

| Individual: | Devices Permitted: |
|---|---|
| Thomas J. Barrack, Jr. (Defendant) | 1 laptop, 1 cell phone |
| Raymond McLeod (Trial Support) | 2 laptops, 1 cell phone |
| Maria Obregon (Trial Support) | 1 laptop, 1 cell phone |
| Scott Allen (Trial Support) | 1 laptop, 1 cell phone |
| Chad Lackey (Trial Support) | 1 laptop, 1 cell phone |
| Ashley Moore (Paralegal) | 1 laptop, 1 cell phone |
| Thomas Davis (Consultant) | 1 laptop, 1 cell phone |
| Vincent Marra (Security) | 1 laptop, 1 cell phone |

We appreciate the Court's consideration of this application. For the Court's convenience, a proposed Order is attached as <u>Exhibit A</u>. Thank you.

Respectfully submitted,

| WILLKIE FARR & GALLAGHER LLP | WINSTON & STRAWN LLP |
|---|---|
| <u>/s/ Michael S. Schachter</u><br>Michael S. Schachter<br>Randall W. Jackson<br>Casey E. Donnelly<br>Steven J. Ballew<br>Jordan D. Reisch | <u>/s/ *Abbe David Lowell*</u><br>Abbe David Lowell<br>Christopher D. Man<br>Sofia R. Arguello<br>Johanna Rae Hudgens<br><br>*Counsel for Defendant*<br>*Matthew Grimes* |

O'MELVENY & MYERS LLP

James A. Bowman

*Counsel for Defendant*
*Thomas J. Barrack*, Jr.

Cc (via ECF): Hiral D. Mehta
Nathan Daniel Reilly
Ryan C. Harris
Samuel P. Nitze
Craig R. Heeren
Matthew John McKenzie