UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA Plaintiff, -against- AL MALIK ALSHAHHI, et al., Defendants. | No. 1:21-cr-000371-BMC-TAM |
|---|---|

## ORDER

WHEREAS, trial is scheduled to commence in the above captioned case on Monday September 19, 2022 in Courtroom 8D South before the Honorable Brian M. Cogan;

WHEREAS, counsel for Mr. Barrack has filed a letter motion requesting the Court's permission for Mr. Barrack and certain non-attorneys assisting the defense during trial to enter the courthouse with a laptop and/or cell phone for use in connection with the trial in this matter.

IT IS HEREBY ORDERED that Mr. Barrack and the following non-attorneys assisting the defense during trial will be permitted to enter the courthouse with the following devices for use in connection with the trial in this matter:

| Individual: | Devices Permitted: |
|---|---|
| Thomas J. Barrack, Jr. (Defendant) | 1 laptop, 1 cell phone |
| Raymond McLeod (Trial Support) | 2 laptops, 1 cell phone |
| Maria Obregon (Trial Support) | 1 laptop, 1 cell phone |

| | |
|---|---|
| Scott Allen<br>(Trial Support) | 1 laptop, 1 cell phone |
| Chad Lackey<br>(Trial Support) | 1 laptop, 1 cell phone |
| Ashley Moore<br>(Paralegal) | 1 laptop, 1 cell phone |
| Thomas Davis<br>(Consultant) | 1 laptop, 1 cell phone |
| Vincent Marra<br>(Security) | 1 laptop, 1 cell phone |

**SO ORDERED.**

_____
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated:   September 17, 2022
            Brooklyn, New York