# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

September 21, 2022

***VIA ECF***

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Thomas Barrack, et al., 1:21-cr-371 (BMC) (S-1)**

Dear Judge Cogan:

    We write in response to the Government's letter concerning the slides that Mr. Barrack intends to use during today's opening statements. We were informed by counsel who appeared before the Court in the Court's last criminal trial it was acceptable to the Court to exchange any slides after the Government's opening, so as to not to prematurely reveal defense strategy before the Government opens. However, we will comply with the Government's request that we provide the slides before 9:30 AM this morning and the parties will raise any objections that cannot be resolved amongst counsel, before opening statements.

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP
/s/ Michael S. Schachter
Michael S. Schachter
Randall W. Jackson
Casey E. Donnelly
Steven J. Ballew
Jordan D. Reisch

O'MELVENY & MYERS LLP

James A. Bowman

*Counsel for Defendant
Thomas J. Barrack, Jr.*

Cc (via ECF): Hiral D. Mehta
Nathan Daniel Reilly
Ryan C. Harris
Samuel P. Nitze

NEW YORK   WASHINGTON   HOUSTON   PALO ALTO   SAN FRANCISCO   CHICAGO   PARIS   LONDON   FRANKFURT   BRUSSELS   MILAN   ROME

Craig R. Heeren
Matthew John McKenzie