# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

October 8, 2022

**<u>VIA ECF</u>**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: <u>United States v. Thomas Barrack, et al., 1:21-cr-371 (BMC) (S-1)</u>**

Dear Judge Cogan:

We respectfully submit this letter requesting that the Court order the Government to comply with the Court's instruction given yesterday. As Your Honor will recall, the Court instructed the Government:

> THE COURT: Can you give him the witnesses for Tuesday and Wednesday?
> MR. NITZE: Could we have until later -- **yes, is the answer, and we just need a moment to orient ourselves to the week to come.**
> THE COURT: So when you tell him at noon tomorrow, he's not going to do anything between now and then? So **you tell him by noon tomorrow who the witnesses for Tuesday and Wednesday are likely to be. Okay? And then be ready on Tuesday to tell him who the witness on Thursday and Friday, Friday afternoon is going to be.**
> MR. NITZE: Yes.
> We've been doing, just for the -- we've been
> giving three-days' notice. There is an agreement among the
> parties. We expect the same when it comes time for a
> defense case, if any.
> THE COURT: Okay.
> MR. NITZE: Thank you.
> THE COURT: Anything else?
> MR. JACKSON: No. Thank you, Judge.

(Tr. 2076-77) (emphasis added). At 2:40pm today, almost three hours after the deadline set by the Court, we had received nothing from the Government. Upon reminding the Government of the Court's instruction, the Government provided us with their anticipation for Tuesday, but AUSA Harris refused to provide any anticipated witnesses for Wednesday, even after defense counsel reminded him of the specific language of the Court's instruction.

We therefore respectfully request that the Court order the Government to comply with Your Honor's direction.

Respectfully Submitted,


WILLKIE FARR & GALLAGHER LLP
/s/ Randall W. Jackson
Michael S. Schachter
Randall W. Jackson
Casey E. Donnelly
Steven J. Ballew
Jordan D. Reisch

O'MELVENY & MYERS LLP

James A. Bowman

*Counsel for Defendant*
*Thomas J. Barrack*, Jr.

Cc (via ECF): Hiral D. Mehta
Nathan Daniel Reilly
Ryan C. Harris
Samuel P. Nitze
Craig R. Heeren
Matthew John McKenzie

All defense counsel