# EXHIBIT F

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                    Plaintiff,<br><br>         -against-<br><br><br>AL MALIK ALSHAHHI, et al.,<br>                    Defendants.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x - - | No.   1:21-cr-000371-BMC-TAM<br><br>DECLARATION OF THOMAS DAVIS |

I, Thomas Davis, hereby declare pursuant to 28 U.S.C. 1746(1) as follows:

1.      I am a litigation, crisis management, and media relations consultant and have been the principal of Davis Advisors, LLC since approximately June 2017.  I have personal knowledge of the facts set forth herein.

2.      From 2017 through 2022, I have been retained by several different law firms and corporate clients regarding investigations, activist investor actions, and crisis management issues.  In that capacity, I have worked closely with in house counsel for corporate clients, as well as outside counsel for individual and corporate clients.  My work is not limited to media relations, nor do I draft or prepare press releases.  Instead, I work with counsel and clients on legal strategy and media strategy in complex matters and often retain specific public relations firms, investigators, and accountants to assist counsel and clients with those matters.

3.      Separate from my work in the present case, I have been retained to provide these services by (a) Steptoe & Johnson, LLP, (b) Paul Hastings, LLC, (c) O'Melveny & Myers, LLP , (d) Aegis Law Group, (e) a leading private equity investor (uninvolved in this matter), and (f) Willkie, Farr, and Gallagher, LLP regarding an activist investor matter overseas.

4.      Although I previously worked with Mr. Barrack on matters involving Colony Capital, I did not work with him from February 2016 through June 2017, as I was retained by a different client during that time period.

5.      I was retained by Steptoe & Johnson in February 2019 related to the investigation by the Eastern District of New York.  I was later retained by Paul Hastings in August 2021 after the indictment was filed in this case.  When Willkie and O'Melveny replaced Paul Hastings in this case, I was retained by O'Melveny in October 2021 to continue as a consultant for defense counsel.

- 2 -

 I declare under penalty of perjury that the forgoing is true and correct.

Dated this day 14 of October 2022
in New York, New York

/s/ Thomas Davis
Thomas Davis