IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:21-cr-00371(BMC)(TAM) |
| ) | Hon. Brian M. Cogan |
| MATTHEW GRIMES ) | |

## [PROPOSED] ORDER

WHEREAS, trial is scheduled to continue in the above captioned case in Courtroom 8D South before the Honorable Brian M. Cogan;

WHEREAS, counsel for Mr. Grimes has filed a letter motion requesting the Court's permission for Mr. Joshua Ryder (trial technician) to enter the Courthouse with a cellphone, laptop(s), hard-drive(s), cable(s), and related accessories for use in connection with the ongoing trial in this matter.

IT IS HEREBY ORDERED that Mr. Ryder will be permitted to enter the Courthouse with these devices and materials for use in connection with the trial in this matter.

**SO ORDERED.**

Dated: October 19, 2022
Brooklyn, New York

_____
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York