UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA,                  :
:
                                           :   **VERDICT SHEET**
      - against -                          :
                                           :   21-cr-371 (BMC)
                                           :
AL MALIK ALSHAHHI, *et al.*,               :
                                           :
                          Defendants.      :
                                           :
------------------------------------------------------------ X

## COUNT ONE
(Acting As an Agent of a Foreign Government
Without Prior Notification to the Attorney General)

How do you find the defendant Thomas Joseph Barrack?

    Guilty _____          Not Guilty __X__

How do you find the defendant Matthew Grimes?

    Guilty _____          Not Guilty __X__

## COUNT TWO
(Conspiracy to Act As an Agent of a Foreign Government
Without Prior Notification to the Attorney General)

How do you find the defendant Thomas Joseph Barrack?

    Guilty _____          Not Guilty __X__

How do you find the defendant Matthew Grimes?

    Guilty _____          Not Guilty __X__

## COUNT THREE
(Obstruction of Justice)

How do you find the defendant Thomas Joseph Barrack?

Guilty _____     Not Guilty \_\_X\_\_

## COUNT FOUR
(Materially False Statements)

How do you find the defendant Thomas Joseph Barrack?

Guilty _____     Not Guilty \_\_X\_\_

## COUNT FIVE
(Materially False Statements)

How do you find the defendant Thomas Joseph Barrack?

Guilty _____     Not Guilty \_\_X\_\_

## COUNT SIX
(Materially False Statements)

How do you find the defendant Thomas Joseph Barrack?

Guilty _____     Not Guilty \_\_X\_\_

## COUNT SEVEN
(Materially False Statements)

How do you find the defendant Thomas Joseph Barrack?

Guilty _____     Not Guilty \_\_X\_\_

## COUNT EIGTH
### (Materially False Statements)

How do you find the defendant Thomas Joseph Barrack?

Guilty _____  Not Guilty __X__

## COUNT NINE
### (Materially False Statements)

How do you find the defendant Thomas Joseph Barrack?

Guilty _____  Not Guilty __X__

Dated: Brooklyn, New York

\_\_Nov 4\_\_\_\_\_, 2022

_____
FOREPERSON