# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

Thomas J. Barrack

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:21-cr-00371-BMC-TAM-2

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Digitally signed by Brian M. Cogan
_____
Signature of Judge

| Brian M. Cogan | U.S.D.J. |
|---|---|
| Name of Judge | Title of Judge |

11/4/2022
Date